FILED
CLERK, U.S. DISTRICT COURT

9/10/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DD_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 8:20-cr-00127-MWF |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1519: Destruction and Alteration of Records in a Federal Investigation] |
| GUAN LEI, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

18 U.S.C. § 1519

On or about July 25, 2020, in Orange County, California, within the Central District of California, defendant GUAN LEI knowingly altered, destroyed, mutilated, concealed, and covered up a record, document, and tangible object, namely by destroying and discarding a black 2.5-inch internal computer hard drive, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the

///

///

1   Federal Bureau of Investigation, a department or agency of the United

2   States, or in relation to or in contemplation of any such matter.

3                                          A TRUE BILL

4

5                                          _____/S/_____

6                                          Foreperson

7
    NICOLA T. HANNA
8   United States Attorney

9

10
    CHRISTOPHER D. GRIGG
11  Assistant United States Attorney
    Chief, National Security Division
12
    ANNAMARTINE SALICK
13  Assistant United States Attorney
    Chief, Terrorism and Export
14  Crimes Section

15  WILLIAM M. ROLLINS
    GEORGE E. PENCE
16  Assistant United States Attorneys
    Terrorism and Export Crimes
17  Section

18

19

20

21

22

23

24

25

26

27

28

                                    2