NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
GEORGE E. PENCE (Cal Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7407/2253
    Facsimile: (213) 894-2927
    E-mail:   william.rollins@usdoj.gov
            george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-127-MWF |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S REPORT PURSUANT TO FED. R. CRIM. P. 46(h)(2) REGARDING DETAINED MATERIAL WITNESSES |
| GUAN LEI, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 46(h)(2), plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby submits its report of a material witness who has

//

been held in custody more than 10 days.

Dated: September 25, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney


         /s/
_____
GEORGE E. PENCE
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

**REASONS WHY MATERIAL WITNESS SHOULD NOT BE RELEASED**

CASE:   United States v. GUAN LEI

CASE NO.:   MJ 20-04071

MATERIAL WITNESS:   YANG ZHIHUI

AUSAs:   GEORGE E. PENCE, WILLIAM M. ROLLINS

DATE MATERIAL WITNESS WAS ORDERED DETAINED:   August 31, 2020

DISTRICT JUDGE/MAGISTRATE JUDGE WHO ORDERED MATERIAL WITNESS DETAINED:   Hon. Rozella A. Oliver

DEPUTY FEDERAL PUBLIC DEFENDER/PANEL ATTORNEY REPRESENTING WITNESSES:   Marilyn Bednarski

**REASONS FOR DETENTION OF MATERIAL WITNESS:**

____   1.   Detention pending trial for ten days or less (**no report necessary** (Fed. R. Crim. P. 46(h)(2)

____   2.   Detention during continuance of detention hearing pending resolution by court of motion for detention (§ 3142(f))

  X    3.   Detention pending trial due to risk of flight (§ 3142(e) & (g)) based on the following ground(s):

   X     a.   Lack of family ties in the United States;

   X     b.   Lack of employment prospect in the United States;

   X     c.   Witness failed to provide complete and accurate information to law enforcement;

   X     d.   Lack of third party surety;

____     e.   Witness proffered unreliable third party surety;

____     f.   Witness' third party surety unable to post property to secure bond.

1

|     |     |     |
| --- | --- | --- |
| \_\_\_\_ | 4. | Detention pending trial because the complexity/nature of testimony to be offered from witness such that deposition is inadequate to secure testimony and live testimony needed to prevent failure of justice (18 U.S.C. § 3144). |
| \_\_\_\_ | 5. | Detention pending trial due to witness' inability to meet bond conditions and the complexity/nature of testimony to be offered from witness such that deposition is inadequate to secure testimony and live testimony needed to prevent failure of justice (18 U.S.C. § 3144) |
| _X_ | 6. | Detention pending trial because witness has not requested that his/her deposition be taken (18 U.S.C. § 3144; Fed. R. Crim. P. 15). |
| \_\_\_\_ | 7. | Detention pending trial because court denied witness' motion for deposition (18 U.S.C. § 3144; Fed. R. Crim. P. 15). |
| \_\_\_\_ | 8. | Detention pending court's resolution of motion for deposition filed by witness (18 U.S.C. § 3144; Fed. R. Crim. P. 15). |
| \_\_\_\_ | 9. | Detention pending deposition ordered by court (18 U.S.C. § 3144; Fed. R. Crim. P. 15). |
| \_\_\_\_ | 10. | Deposition not alternative to detention because defendant is a fugitive or has not been charged yet; therefore there is no adverse party to notify regarding a deposition (18 U.S.C. § 3144; Fed. R. Crim. P. 15). |
| \_\_\_\_ | 11. | Other: |