CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL A. SCHACHTER (Bar No. 298610)
(E-Mail: Michael_Schachter@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
GUAN LEI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUAN LEI,<br><br>　　　　　Defendant. | Case No. CR 8:20-CR-00127-MWF<br><br>DEFENDANT GUAN LEI'S STATEMENT RE MOTION FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESS ZHIHUI YANG |

　　　The defense respectfully provides the following statement regarding material witness ZhiHui Yang's motion.

　　　　On or about October 2, 2020, Mr. Guan's unit at MDC (9 South) was placed under quarantine. Persons under quarantine in the unit were not able to attend VTC meetings or in-person meetings during the quarantine. Mr. Guan is a Mandarin speaker, and it was not possible for undersigned counsel to speak with him with a Mandarin interpreter during his unit's quarantine. (Legal calls are theoretically possible, but cannot be set up for times certain, meaning that it is not possible to speak with a client with an interpreter, which our office must hire in advance, through a legal call.) Accordingly, counsel was not able to meet with Mr. Guan to discuss the

1

defense's options with respect to Ms. Yang's motion, and therefore cannot take a position at this time.

    Defense counsel understands Mr. Guan's unit's quarantine was lifted today. Counsel anticipates meeting with Mr. Guan with an interpreter within the next week and counsel further anticipates that after conferring with Mr. Guan, counsel may seek leave to file a supplemental brief regarding the defense's position on the motion.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 19, 2020      By   */s/ Michael A. Schachter*
    MICHAEL A. SCHACHTER
    Deputy Federal Public Defender
    Attorney for GUAN LEI