**EXHIBIT A**

DECLARATION OF GEORGE E. PENCE

I, GEORGE E. PENCE, declare as follows:

1. I am an Assistant United States Attorney and responsible for the government's prosecution of United States v. Guan Lei, CR 20-127-MWF. I submit this declaration in support of both the government's Ex Parte Application (1) for Continuance of Trial Date, (2) for Findings of Excludable Time Pursuant to Speedy Trial Act, and (3) to Set Hearing Date. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I have participated in several telephone conversations and met in person with Deputy Federal Public Defender ("DFPD") Michal Schachter, counsel for defendant GUAN LEI, to discuss issues ranging from discovery, to the potential resolution of this case, to the looming trial date of November 17, 2020.

3. No later than October 16, 2020, I requested that DFPD Schachter inform the government as to GUAN's position concerning a stipulated continuance of the trial date. He informed me that, due to quarantine conditions present at the Metropolitan Detention Center, where GUAN is incarcerated, he would not be able to able to confer with GUAN concerning that issue until October 22, 2020.

4. Having received no response from DFPD Schachter as to GUAN's position with respect to a stipulated continuance of the trial date, on October 23, 2020, my colleague, AUSA William Rollins again requested that DFPD Schachter provide GUAN's position on that issue and, if GUAN were not inclined to so stipulate, GUAN's position on the government's proposal to file an ex parte application to continue the trial date until March 2021.

5. On October 26, 2020, the parties met and conferred with respect to a trial continuance and were unable to resolve their differences. Based on this conversation, the government understands that GUAN opposes the government's Ex Parte Application (1) for Continuance of Trial Date, (2) for Findings of Excludable Time Pursuant to Speedy Trial Act, and (3) to Set Hearing Date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 26, 2020.

GEORGE E. PENCE

2