**FILED**
CLERK, U.S. DISTRICT COURT

10/27/2020

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>GUAN LEI,<br><br>            Defendant. | CR 20-127(A)-MWF<br><br>F I R S T<br><br>S U P E R S E D I N G<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1546(a): Visa Fraud; 18 U.S.C. § 1001(a)(2): False Statements; 18 U.S.C. § 1519: Destruction and Alteration of Records in a Federal Investigation; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 2(b): Causing an Act to be Done] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1546(a)]

From on or about August 14, 2018, to on or about August 28, 2020, in the Central District of California, and elsewhere, defendant GUAN LEI ("LEI") knowingly uttered, used, and possessed a nonimmigrant visa knowing it to have been procured by means of a false claim and statement, otherwise procured by fraud, and

unlawfully obtained, in that defendant LEI falsely stated on his nonimmigrant visa application that defendant LEI never previously served in the military, when in fact, as defendant LEI then well knew, he had previously served in the military of the People's Republic of China. Defendant LEI then uttered, used, and possessed the nonimmigrant visa he knew he had procured by means of a false claim and statement, otherwise procured by fraud, and unlawfully obtained to unlawfully enter the United States and reside in and attend a university in the Central District of California.

COUNT TWO

[18 U.S.C. § 1001(a)(2)]

On or about July 18, 2020, in Orange County, California, within the Central District of California, in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the Federal Bureau of Investigation ("FBI"), defendant GUAN LEI ("LEI") willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in an interview with FBI special agents, in that defendant LEI stated and represented that he did not have any other digital storage, apart from the digital storage he identified to the FBI special agents, when, in fact, as defendant LEI then well knew, he had other digital storage, including a USB drive and an iPad Air 2, that defendant LEI did not disclose to the FBI special agents.

COUNT THREE

[18 U.S.C. § 1519;

18 U.S.C. § 2(a), (b)]

On or about July 25, 2020, in Orange County, California, within the Central District of California, defendant GUAN LEI knowingly altered, destroyed, mutilated, concealed, and covered up a record, document, and tangible object, namely by destroying and discarding a black 2.5-inch internal computer hard drive, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, a department or agency of the United States, or in relation to or in contemplation of any such matter.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

WILLIAM M. ROLLINS
GEORGE E. PENCE
Assistant United States Attorneys
Terrorism and Export Crimes
Section

4