# DECLARATION

# DECLARATION OF HAJI SHAH

I, Haji Shah, declare:

1. I am a Paralegal with the Office of the Federal Public Defender for the Central District of California. I submit this declaration in support of Defendant Guan Lei's Opposition to the Government's Ex Parte Application for a Continuance of the Trial Date.

2. I have a Bachelor of Science degree in Technical Management and certifications in several forensic tools, including: Encase, Forensic Toolkit, Cellebrite, and Mobile Phone Examiner. I have 15 years of information technology experience that varies from building computer workstations, replacing and upgrading hardware components in both desktop and laptop computers, and troubleshooting hardware and software issues. I have 15 years of experience in examining the hardware and software of many types of digital devices, creating forensic images and extractions, and analyzing forensic reports made by other experts.

3. On October 2, 2020, I visited the Federal Building at 11000 Wilshire Boulevard in Los Angeles, CA with Deputy Federal Public Defender Michael Schachter to examine and take photographs of a Lenovo L450 and hard drive shell that the government has seized as evidence in this case.

4. During the examination I compared the hard drive shell with the hard drive found inside the Lenovo laptop, and with the hard drive bay where a hard drive would be seated inside the laptop. Attached as Exhibits A, B, and C are photos of those comparisons that I personally took.

5. While the hard drive shell measured 1.2cm deep (see Exhibit C), the depth of the hard drive bay of the laptop only measured 0.8cm deep (see Exhibit B). It is my opinion the hard drive shell would not have fit inside the Lenovo laptop with the back cover of the laptop installed.

6. My colleague, Aaron Bateman, also reviewed the images taken of the Lenovo laptop and hard drive shell. Aaron is a Computer System Administrator for the

1

1 | Federal Public Defenders office and has many years of expertise in computer desktop
2 | and laptop hardware and software.

3 |     7.    While Aaron and I are not Western Digital experts and cannot confirm
4 | with 100% certainty, it is our collective opinion that the model number stamped on the
5 | outside case of the recovered hard drive shell (see Exhibit D) corresponds to a Western
6 | Digital hard drive specifically manufactured for use in an external hard drive enclosure,
7 | the type you would typically find on a hard drive that connects to the USB port of a
8 | computer. The letters "WXA" found in the model number are consistent with what we
9 | have observed as letters found on external Western Digital hard drives (we purchase
10 | 100 or so Western Digital external drives each year), and are not consistent with letters
11 | found on hard drives manufactured for use inside of a laptop computer.

12 |     8.    With knowledge of how sensitive and personal information might remain
13 | on a hard drive that has been formatted, and the understanding of how easily that
14 | information may be recovered, it is common practice among individuals within the
15 | Information Technology community to physically destroy hard drives no longer being
16 | used. I have destroyed my own personal hard drives in order to protect sensitive
17 | information like my Social Security number, address, email address, and other
18 | information typically used in identity theft. Our office owns a hard drive crushing
19 | device for this same reason, to protect sensitive information of clients and employees.

20 |     9.    I declare under penalty of perjury under the laws of the United States of
21 | America that the foregoing is true and correct.

22 |     Executed on October 30, 2020, at Los Angeles, California.

_____
HAJI SHAH

2

Exhibit A



Exhibit B



3

Exhibit C



Exhibit D



4