# EXHIBIT 1

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                    UCLA

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO        SANTA BARBARA        SANTA CRUZ



DEPARTMENT OF MATHMATICS
520 PORTOLA PLAZA
BOX 951555
LOS ANGELES, CA 90095-1555
PHONE 310-825-4701

June 15, 2020

Lei Guan
School of Computer, National University of Defense Technology
109 Deya Rd, Kaifu District
Changsha, 410073, China

To Whom It May Concern,

The purpose of this letter is to certify that Mr. Lei Guan has been staying in my research laboratory as a visiting graduate researcher during the period from October 17, 2018 to June 30, 2020, in the Department of Mathematics at the University of California, Los Angeles. During this period, Mr. Guan has been working on various deep learning related topics. He has been a very valuable member of my research group. I expect that he will continue to have a productive career.

Should you have any questions, please feel free to contact me.

Sincerely,

Wotao Yin
Professor of Mathematics

# EXHIBIT 2

▊▊▊▊▊▊ Serial 17

- 1 of 2 -

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___07/29/2020___

UCLA Professor Wotao YIN was telephonically interviewed from the FBI Los Angeles Field Office. UCLA attorney Robert "Bobby" SWERDLOW facilitated the conversation using his mobile phone, ▊▊▊▊▊▊, and was on the call. After being advised of the identity of the interviewing Agent and the nature of the interview, YIN provided the following information:

National University of Defense Technology (NUDT) researchers were described as quality, pretty strong, and very good. YIN's research was not in sensitive areas. GUAN Lei contacted YIN directly about researching with him in the United States. GUAN was a quality researcher and had a strong resume. YIN was interested in GUAN's field as well.

GUAN's math was not good, but he was the best programmer in YIN's lab. GUAN was the best use of YIN's 2080TI GPU, which was a consumer GPU. YIN was happy to share configurations of the GPU with the FBI. There was nothing that concerned YIN about GUAN's access to the GPU. There was nothing private and everything would be published. YIN never wanted to patent anything.

YIN would be upset if someone published his work without him, but sharing was a common thing which helped attract people to his lab. GUAN posted a paper on archive.org.

Researchers shared their work to test ideas. GUAN wrote code, always from public data sets. Multiple people used YIN's GPU, each with their own username and password.

YIN was the most senior manager of the GPU user accounts and their was a firewall for the department. Sharing of username and password was not allowed. If someone did this, YIN would be unhappy because it would use UCLA energy and UCLA as paying the bill.

**UNCLASSIFIED//FOUO**

| Investigation on | 07/18/2020 | at | Los Angeles, California, United States (Phone) |
|---|---|---|---|

| File # | ▊▊▊▊▊▊ | | Date drafted | 07/28/2020 |
|---|---|---|---|---|

by  Timothy Daniel Hurt

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)                    ██████████████ Serial 17

UNCLASSIFIED//FOUO

██████████████

(U//FOUO) Interview of Wotao YIN - UCLA
Continuation of FD-302 of Professor _____ .On 07/18/2020 .Page 2 of 2

    YIN planned to close GUAN's account once he departed the United States. GUAN's code was the most advanced, if anything people would steal GUAN's code and not the code made by others.

    No activity from GUAN would have alarmed YIN. Their research was not worth taking, because the field moved too fast. YIN did believe Chinese institutes may have a reason to hack US institutes.

    GUAN did not work on any US government-funded projects. GUAN's pay came from his funding. Researchers could get travel reimbursements. GUAN was not paid by UCLA.

    YIN visited NUDT's math department to give a talk. He didn't enjoy the trip because the military had bad hotels. YIN thought it was normal for students to go through two weeks of military style training on a Chinese campus with PLA officials teaching to march, discipline, and political implications. It was pretty universal and to honor traditions. This may have changed since YIN graduated in China.

    GUAN was allowed to keep the code he developed at UCLA. He was also allowed to email it and put it on GitHub. GUAN did not have a UCLA email address.

    YIN didn't think GUAN could have done any damage to UCLA. NUDT had many civilians and many were affiliated with the People's Liberation Army. GUAN never told YIN if he was military or not.

GUAN_00000116

# EXHIBIT 3



# ITINERARY

AIRLINE PNR:

NAME:GUAN/LEI

ID NUMBER:PPPE1567019

1E PNR:MD7ZM3

ETKT NBR:7312132177389-90

CONJ NBR:

ISSUING AIRLINE:XIAMENAIRLINE.

DATE OF ISSUE:07JUL20

ISSUING AGENT:

AGENCY ADDRESS:

TEL:

IATA CODE:10090600

FAX:

| ORIGIN/DES | FLIGHT | CLASS | DATE | TIME | ARRTIME | PERIOD | STATUS | ALLOW | TERMINAL Takeoff | Arrival |
|---|---|---|---|---|---|---|---|---|---|---|
| LAX--LOS ANGELES INTL XMN--XIAMEN | MF830 | Economy | 20JUL | 0015 | 0530+1 | 20JUL20/20JUL20 | OK | 2PC | B | T3 |

# EXHIBIT 4

 Serial 15

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Full Investigation Opening     **Date:** 07/27/2020

**From:** LOS ANGELES
　　　　 LA-CC-72 (SSA R. FORGUS)
　　　　 **Contact:** Timothy Daniel Hurt, ▆▆-▆▆-▆▆▆

**Approved By:** SSA FORGUS ROBERT G

**Drafted By:** Timothy Daniel Hurt

**Case ID #:** ▆▆▆▆▆▆▆▆▆     (U//FOUO) GUAN Lei; UCLA

**Synopsis:** (U//FOUO) Full Investigation Opening

**Details:**

### Initial Justification for Preliminary Investigation

(U//FOUO) On 07/09/2020, FBI Los Angeles Field Office opened a Preliminary Investigation on GUAN Lei based on information indicating GUAN may have committed "fraud and misuse of visas, permits, and other documents" in violation of Title 18 USC 1546 and that GUAN posed a threat to US national security for his ongoing affiliation with NUDT, a denied entity run by the People's Liberation Army. Additionally, GUAN's activity may have been in violation of Title 18 USC 951, acting as an undeclared agent of the People's Liberation Army (PLA). The Preliminary Investigation was based on the following information:

(U) On 05/29/2020, the President of the United States, Donald J. Trump, signed a White House Proclamation stating the People's Republic of China (PRC) is "engaged in a wide-ranging and heavily resourced campaign to acquire sensitive United States technologies and intellectual property, in part to bolster the modernization and capability of its military, the People's Liberation Army. The PRC's acquisition of

UNCLASSIFIED//FOUO

█████████████ Serial 15

UNCLASSIFIED//FOUO

Title:  (U//FOUO) Full Investigation Opening
Re:  ████████████, 07/27/2020


sensitive United States technologies and intellectual property to
modernize its military is a threat to our Nation's long-term economic
vitality and the safety and security of the American people."
Additionally, the proclamation stated "PRC authorities use some Chinese
students, mostly post-graduate student and post-doctorate researchers, to
operate as non-traditional collectors of intellectual property. Thus,
student or researchers from the PRC studying or researching beyond the
undergraduate level who are or have been associated with the PLA are at
high risk of being exploited or co-opted by the PRC authorities and
provide particular cause for concern." The proclamation initiated the
suspension or denial of F and J visa applicants supporting PRC military-
civil fusion.

    (U) According the PRC National University of Defense Technology
(NUDT) English web page, the institution was founded in 1953 as the PLA
Military Academy of Engineering, or Harbin Military Academy of
Engineering. As of 2003, its motto was "Excel in Virtue and Knowledge;
Strengthen the Armed Forces and the Nation." NUDT is "under the direct
leadership of the Central Military Commission, and has been a key
university heavily invested by the state and the military." Additionally,
NUDT provided "Challenging military training. Recruit training brigades
are formed according to the army system to subject newly recruited
students to intensive military and political training…coupled with
fighting, shooting, orienteering, martial arts, diving and other
extracurricular coaching training, to help student challenge the limit
and outdo themselves." Lastly, NUDT "undertakes PLA's foreign military
training, organizes and participates in the international summer school
for graduate students. The university sends students to foreign countries
for counterpart military exchanges…[and] invites foreign military
delegations from the United States' West Point and other schools to
exchange ideas and experience."

UNCLASSIFIED//FOUO
2

GUAN_00000102

▆▆▆▆▆▆▆▆▆▆ Serial 15

**UNCLASSIFIED//FOUO**

Title:  (U//FOUO) Full Investigation Opening
Re:  ▆▆▆▆▆▆▆▆▆, 07/27/2020


(U) Photographs on the NUDT web page almost exclusively consist of men and women in PLA uniforms, as well as images of military aircraft and weapons systems. Additionally, photographs of both the students and professors are depicted in PLA uniforms with a variety of rank insignias and encompassing a variety of PLA command levels. Articles on the web pages refer to students taking military entrance examinations.

(U//FOUO) Following the above identified White House proclamation, FBI LA started taking a closer look at visa holders from military-civil fusion institutions such as but not limited to NUDT.

(U//FOUO) According to US Customs and Border Protection TECS, on 10/17/2018, Chinese national GUAN entered the United States from Peking, China at Los Angeles International Airport.

(U//FOUO) According to the US Department of State (DOS), GUAN applied for of visa to enter the United States on 08/14/2018, on which GUAN's stated occupation was as a Ph.D. student at NUDT, address No. ▆▆▆▆▆▆▆, ▆▆▆▆▆▆, ▆▆▆▆▆▆▆▆, ▆▆▆▆, ▆▆▆▆. GUAN provided his most recent employment/education at NUDT began on 03/01/2017 and that he was earning RMD 7,000 per month in income. GUAN provided he works on machine learning and algorithm optimization. GUAN's provided points of contact were TANG Jianchao, telephone ▆▆▆▆▆▆, email ▆▆▆▆▆▆▆▆ and YAN Jinli, telephone ▆▆▆▆▆▆, email ▆▆▆▆▆▆▆▆

(U//FOUO) GUAN's stated purpose of travel to the United States was to earn a graduate degree from the University of California – Los Angeles (UCLA), at ▆▆▆▆▆▆▆▆▆, ▆▆▆▆▆▆, ▆▆▆▆. GUAN's UCLA professor was identified as WOTAO YIN, the recipient of multiple grants from the National Science Foundation and a grant from the Office of Naval Research.


**UNCLASSIFIED//FOUO**

3

GUAN_00000103

██████████████ Serial 15

**UNCLASSIFIED//FOUO**

Title:   (U//FOUO) Full Investigation Opening
Re:   ████████████ , 07/27/2020


(U//FOUO) US DOS records also show that GUAN attended Lanzhou University from 09/01/2010 - 06/18/2014 and NUDT from 09/01/2014 - 12/31/2016.

(U//FOUO) US DOS records revealed GUAN's passport was ███████████, which is identified as a passport for public affairs issued on 07/06/2018 and set to expire on 07/06/2021. GUAN also provided that his research at UCLA would be largely funded by the Chinese Scholarship Council, which is direct funding from the PRC government.

(U//FOUO) US DOS records showed that GUAN published papers with numerous Chinese nationals, including by not limited to TAO GAO (GAO), one of GUAN's research partners at NUDT, and YUTONG LU (LU), his graduate level NUDT advisor.

(U//FOUO) GAO's visa record provided by US DOS revealed his DOB is ████████████ and his military status was identified as "cadet" at NUDT from 09/01/2011 - 10/31/2015. GAO earned his computer science graduate degree with NUDT, located at No. ████████████ ████████████, ████████, ████████ ████████, ████████████, from 09/01/2011 - 12/31/2013. GAO applied for his visa with the US DOS on 11/10/2015, but GAO did not provide any information to account for his employment or education between 12/31/2013 - 11/10/2015.

(U//FOUO) LU's visa records provided by US DOS revealed her DOB is ████████████ and her military status was identified as "civil Service" at NUDT from 08/01/1990 - 08/23/2016. She stated she was employed at No. ████ ████████████████, ████████████, ████████ ████████████████, ████████, where she earned her undergraduate degree in computer science from 08/01/1986 - 07/01/1990 and her graduate degree from 08/01/1990 - 03/01/1994. As of 2016, LU appears to have left NUDT to work on the National Super Computing Center Guangzhou (NSCC-GZ).

**UNCLASSIFIED//FOUO**

GUAN_00000104

███████████ Serial 15

UNCLASSIFIED//FOUO

Title: (U//FOUO) Full Investigation Opening
Re: ██████████████, 07/27/2020


(U//FOUO) Despite GUAN's close associates at NUDT both claiming military affiliation during their graduate studies at NUDT, in the same department where GUAN earned his graduate degree and where he is earning his Ph.D, as well as during the same time period, GUAN provided that he had no military service and never obtained specialized skills or training in firearms, explosives, etc.

(U//FOUO) According to the US Department of Commerce, both NUDT and NSCC-GZ were placed on the Denied Entity list for their acting contrary to US national security.

**Justification for Conversation to Full Investigation**

(U//FOUO) On 7/17/2020, GUAN was interviewed by FBI agents about his affiliation with the PLA. During that interview, GUAN stated numerous times to the interviewer that he was not a PLA military and indicated he had never worn PLA uniform. GUAN minimized his involvement with all things PLA military, including his contact with his NUDT advisor LU Xicheng (GENERAL LU), who is readily identifiable as being a PLA Lieutenant General on the Internet. GUAN stated he was not aware of GENERAL LU's military status. Later in the interview, GUAN changed his story and admitted having worn PLA camouflage uniform for about a month when he first entered NUDT, but that he wasn't military. GUAN stated multiple times he had never worn it again; however, later in the interview GUAN provided he had worn PLA service dress uniform on two more occasions. During the interview, GUAN readily consented to a search of his laptop and two mobile phones, all of which GUAN said he recently deleted because they were not running well. One of the phones was said to be given to GUAN by a friend, ZHANG Shuohua. Based on other information provided by GUAN, he deleted the devices shortly after visiting PRCCONLA to receive a "health packet." The laptop and both phones appeared to be fully functioning, although the iPhone was not setup again after its

UNCLASSIFIED//FOUO

5

████████████ Serial 15

**UNCLASSIFIED//FOUO**

Title:  (U//FOUO) Full Investigation Opening
Re:  ████████████, 07/27/2020


reset. (████████████████████)

(U//FOUO) On 7/12/2020, U.S. Customs and Border Patrol conducted an interview of another PLA researcher at LAX. During that interview, the interviewee admitted having been called to the PRC Embassy in Washington, D.C. under false pretenses, and to being given instructions to delete her electronic devices prior to departure from the United States. This was because CBP would likely contact her at the airport. (TECS Incident Number 20202720683452)

(U//FOUO) On 7/22/2020, an interview of GUAN's friend, ZHANG Shuohua, determined GUAN told ZHANG his iPhone screen was broken, so he needed to borrow a phone from ZHANG. Additionally, GUAN borrowed a screwdriver kit from ZHANG so he could replace the internal Solid State Drive, otherwise known as the memory, of his laptop. GUAN apparently had two laptops, not just one. This was all supported through ZHANG's saved WeChat messages, which were provided to the interviewing agent. Additionally, ZHANG provided that "health packets" were not normally retrieved from PRCCONLA, but were issued at the universities. (████████████████████)

(U//FOUO) GUAN biographical Information is a follows:

Name: GUAN Lei

STC: 7070 4320

DOB: ████████████

Email: ████████████████

Telephone: ████████████, ████████████

IP Address: ████████████

**UNCLASSIFIED//FOUO**

GUAN_00000106

██████████████ Serial 15

**UNCLASSIFIED//FOUO**

Title:   (U//FOUO) Full Investigation Opening
Re:   ██████████████, 07/27/2020

Address: ██████████████,   ██████████

   (U//FOUO) Based on the above articulable facts, it is requested
that this investigation be converted from a Preliminary Investigation to
a Full Investigation. In addition to Title 18 USC 1546 and Title 18 USC
951, the FBI is investigating violations of Title 18 USC 1831, Economic
Espionage; Title 18 USC 1832, Theft of Trade Secrets; Title 18 USC 371
Conspiracy; Title 18 USC 1001, Lying to a Federal Agent; Title 18 USC
1519, Destruction of Evidence; and Title 50 USC 1705, International
Emergency Economic Powers Act.

◆◆

GUAN_00000107

# EXHIBIT 5

Serial 16

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____07/27/2020_____

(U//FOUO) On 07/14/2020, SA Timothy HURT contacted UCLA Office of General Council attorney Ina BRYANT by telephone at [redacted]. SA HURT informed BRYANT that UCLA was a possible victim of a crime, that the FBI wanted to issue a subpoena to UCLA for records and wanted to interview a UCLA professor. BRYANT provided she was not the point of contact, but she would have someone contact SA HURT to assist. UCLA attorney Robert "Bobby" SWERDLOW contacted SA HURT via email from [redacted] later on that day to set up a telephone call for the following day.

(U//FOUO) On 07/15/2020, SA HURT contacted SWERDLOW at [redacted] to reiterate the need for assistance determining who a Grand Jury Subpoena (GJS) should be issued to at UCLA and with orchestrating the interview of a UCLA professor. SWERDLOW was not provided the UCLA professor's name and was not provided the target of the GJS during the phone call.

(U//FOUO) On approximately 07/17/2020, SA HURT provided SWERDLOW with the name of the professor the FBI wished to interview, Wotao YIN, as well as the name of the person of interest at UCLA, GUAN Lei.

(U//FOUO) On 07/18/2020, SA HURT contacted SWERDLOW again about interviewing UCLA Professor YIN. SSA Robert Forgus and AUSA George Pence were also on the call. SWERDLOW relayed that YIN wanted a Non-Target Letter from the AUSA, which meant YIN was not the target of the interview. AUSA Pence agreed with the letter. According to SWERDLOW, YIN and SWERDLOW talked by phone on 07/17/2020. SWERDLOW didn't get the impression YIN would lie to protect a student. SWERDLOW relayed that YIN asked him thoughtful questions and he believed YIN would conduct the interview with the FBI. [AGENT NOTE: Non-Target Letter serialized separately]

(U//FOUO) On 07/18/2020, SA HURT contacted SWERDLOW a second time. SWERDLOW provided that YIN was willing to be interviewed by SA HURT.

**UNCLASSIFIED//FOUO**

| | | |
|---|---|---|
| Investigation on  07/15/2020  at  Los Angeles, California, United States (Phone) | | |
| File # [redacted] | | Date drafted  07/26/2020 |
| by  Timothy Daniel Hurt | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GUAN_00000108

FD-302a (Rev. 5-8-10)                                    ████████████  Serial 16

UNCLASSIFIED//FOUO

████████████

(U//FOUO) Contact with UCLA Office of
General Council - Subpoena and Interview
Continuation of FD-302 of  Coordination                        , On  07/15/2020  , Page  2 of 2

SWERDLOW also provided he believed SA HURT would be disappointed with the
interview and information available at UCLA. SWERDLOW provided that there
were not really any rules, no signatures, no sensitive work and
publicly available data sets. SWERDLOW also provided that Professor YIN did
math and created algorithms. YIN and SWERDLOW made themselves available for
an interview at 7:00pm. [AGENT NOTE: Interview memorialized seperately]

# EXHIBIT 6

███████████████ Serial 73

-1 of 3 -

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/01/2020

On 08/22/2020, MENG ZHAO, date of birth ████████, telephone number ████████████, was interviewed at his residence, █████████████, ███████████. After being advised of the identity of the interviewing Agents and the nature of the interview ZHAO provided the following information:

MENG's former roommate, YANG Zhihui, and her boyfriend, GUAN Lei, moved out a couple of weeks ago.  YANG shared MENG's apartment at the above captioned address for approximately one year.  GUAN frequently stayed with YANG in her room.  YANG and MENG were students at University of California Irvine (UCI).  MENG was a post doctorate student.  MENG believed GUAN may be a student at UCLA, not UCI, and affiliated with Guofang Keji Daxue [Agent Note: this name was spelled by MENG] in China, although MENG did not know GUAN's course of study.  When asked if GUAN attended the National University of Defense Technology, MENG responded with "maybe."

MENG did not spend time with YANG and GUAN other than while preparing meals in the apartment kitchen.  He had limited conversation with the two besides small talk about food.  They communicated electronically only via WeChat and very seldom, such as when someone forgot their keys and needed to be let into the apartment.  YANG's WeChat ID is ██████████.  GUAN's WeChat ID is ███████████.

MENG has a Lenovo laptop, black with orange trim, that he usually takes with him when he leaves the apartment.  It is not password protected.  He also has a desktop computer in his bedroom, which is password protected.  YANG used an Apple laptop and iPad.  GUAN used a black Lenovo laptop, a newer model than MENG's.  MENG was unsure if it was a Thinkpad.  He only saw GUAN use one laptop and cell phone.  GUAN mainly used his laptop in YANG's room, but occasionally sat at the kitchen table when YANG was not home.  MENG did not pay attention to GUAN's computer use or content.

UNCLASSIFIED//FOUO

---

Investigation on  08/22/2020  at  Irvine, California, United States (In Person)

File # ███████████                                    Date drafted  08/26/2020

by  Virginia Kwon, Melling, Seth Chamberlain

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)                     Serial 73

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U) Interview of Meng Zhao on 08/22/2020 , On 08/22/2020 , Page 2 of 3

MENG did not notice if GUAN used an external hard drive or other storage media.

MENG did not believe GUAN ever used MENG's electronic devices. MENG did allow YANG to use his cell phone three or four times within a two-day period after YANG's cell phone was seized during the execution of a federal search warrant (on 07/30/2020). YANG claimed to use his phone in order to contact her attorney. She called telephone number ████████ twice with MENG's cell phone. She took MENG's phone to her bedroom to make the calls. MENG saw YANG and GUAN both with new phones within days of the search, but did not see them with new laptops. MENG never used any of GUAN or YANG's telephone, computer or other electronic devices.

MENG had tools stored in his kitchen cabinet. GUAN once asked to borrow a screwdriver. MENG said this may have occurred a couple of months ago, but could no recall. He told GUAN where he could find the tools. MENG did not know what GUAN's purpose was for using the tool.

After GUAN was interviewed by the FBI at MENG's apartment, he did not discuss the situation with MENG other than to say he believed the "FBI suspected him because of his university" in China. When asked what the FBI suspected GUAN of, MENG did not know. GUAN spoke privately with YANG in her room. Shortly after the interview, GUAN attempted to take a flight to China. MENG spoke with GUAN when he returned from the airport because he was surprised GUAN returned to the apartment. GUAN was planning to fly to China that evening, and had made those plans a long time ago. GUAN said the Customs and Border Patrole stopped him, and authorities said he had to stay for 15 days.

MENG did not see YANG or GUAN use their laptops after the interviews, or take them out of the apartment. He did not pay attention to their actions. After the search of MENG's apartment, GUAN returned the next day or the day after.

YANG did not say why they moved out of MENG's apartment. She left some bedding, boxes, and kitchenware behind. MENG does know if she will want to keep those items. MENG believed YANG is currently staying with her attorney, and was under the impression it is not that close by.

UNCLASSIFIED//FOUO

GUAN_00000797

FD-302a (Rev. 5-8-10)                        ████████████  Serial 73

UNCLASSIFIED//FOUO

████████████

Continuation of FD-302 of (U) Interview of Meng Zhao on 08/22/2020      , On  08/22/2020   , Page  3 of 3

YANG and GUAN received packages at their apartment fairly routinely.
Some seemed to have been from Amazon, but MENG did not pay attention to
shipping labels.  After YANG and GUAN moved out, YANG told MENG to keep an
eye out for packages.  MENG had one UPS envelope for YANG from China Telcom,
CK Global Inc. in Chantilly, Virgina.  YANG had recently told MENG she would
be picking that package up and is expecting more packages.  MENG once
referred GUAN to the local FedEx store for services.

In approximately April or May 2020, MENG, YANG, and GUAN were all
notified about COVID-19 "health packets" via a WeChat moment.  They went to
a Google forum to register for the packets and were assigned a time to pick
it up from a group in the UCI parking lot.  The three drove together in
MENG's car.  YANG and GUAN do not have cars.  MENG said the notices were
sent to Chinese students from a Chinese student group, but MENG could not
remember the name of the group.  MENG still had his sealed "health packet."

MENG has an account for internet service through UCI, which he set up
online approximately 3 years ago for the apartment.  He said UCI is the
internet service provider.  Utilities are included with the rent, for which
he paid the property management company.  He uses a Netgear 76 wifi router,
serial number 4S677ABD00152, MAC address B0395650047D5.

UNCLASSIFIED//FOUO

EXHIBIT 7



# EXHIBIT 8



U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

535 N. Alameda Street
Los Angeles, California 90012

September 23, 2020

Honorable Philip S. Gutierrez
Chief Judge of the District Court
Central District of California
First Street Courthouse
Courtroom 6A, 6th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Paul L. Abrams
Chief Magistrate Judge of the District Court
United States District Court,
Central District of California
255 East Temple Street, Courtroom 780
Los Angeles, CA 90012

**RE:   Update No. 19 –the Metropolitan Detention Center, Los Angeles**

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide further updates on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") as well as the modification of Phase 9 of the Federal Bureau of Prison's ("BOP") response to the Coronavirus Disease 2019 (COVID-19) pandemic.

First, I would like to notify you that Warden Heriberto Tellez has transferred and is now the Warden at the Metropolitan Detention Center in Brooklyn, New York. MDCLA will have Interim and Acting Wardens serve until the newly named Warden, W. Z. Jenkins II, arrives.

As previously reported in Warden Tellez's letter of August 13, 2020, the Director of the Federal Bureau of Prisons ordered the implementation of Phase 9 of the BOP's COVID-19 Action Plan on August 5, 2020, which remained in effect through August 31, 2020. In summary, Phase 9 extended guidance regarding staff training and travel, legal access, inmate programming, volunteers and contractors, UNICOR, compliance reviews, court trips, inmate intakes, and inmate movement.

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
September 23, 2020
Page 2

On August 31, 2020, the Director of the Federal Bureau of Prisons ordered the modification of Phase 9, adding a provision to allow the start of social visiting as described below. The other aspects of the Phase 9 Action Plan detailed in Warden Tellez's letter of August 13, 2020, remain in effect through September 30, 2020.

In line with the Director's orders, social visiting will resume at MDCLA on September 28, 2020. Staff have created procedures for visiting that adhere to and comply with CDC guidelines. The number of visitors allowed in the lobby and visiting room will be limited to ensure everyone can maintain social distancing. Tempered glass barriers have been placed in the visiting room to prevent contact between inmates and visitors. In addition, tempered glass has been installed in each legal room to provide barriers between inmates and attorneys.

The procedures also establish a coordinated entry and exit pathway for inmates and visitors to ensure physical distance is maintained. Social distancing stickers have been affixed to ensure proper distance is enforced in the lobby and visiting room. In addition, seating in the lobby has been limited to ensure 6 feet social distancing between all visitors.

In order to avoid potential exposure and the spread of the virus, housing units will have designated days where they will receive social visits. Inmates will only be authorized two visitors per social visit, but only if both individuals are in the same household. Pre-trial inmates will only be permitted to receive social visits from immediate family members. Cadre inmates are authorized to visit with approved visitors. This will allow inmates the opportunity to receive social visits at least twice a month. Note that inmates in quarantine or isolation will not participate in social or in-person legal visits.

Social visiting for pretrial inmates will take place from Sunday to Friday, from 2:30 p.m. – 8:00 p.m., and for Cadre inmates on Saturday, from 8:00 a.m. – 1:00 p.m. The minimum time allotted for each social visit is 30-minutes. Due to the need for social distance and the space limitations within the visiting room, social visits may not exceed one hour in length. The resumption of social visits will not affect legal visits, which take place Monday to Friday from 8:00 a.m. to 2:00 p.m.

Sanitation will be a top priority as an orderly will be stationed in the visiting room during visitation hours to ensure that sanitation is conducted after each visit. Restrooms and water fountains are not authorized for use during social or legal visitation hours. The restrooms will remain secured at all times, to include lobby restrooms.

All visitors will undergo symptom screening and temperature checks upon entry into the facility. Visitors who are sick or symptomatic will not be allowed to visit. In addition, visitors will not be authorized entry if they are not wearing a proper face mask. Anyone removing their mask will have their visit terminated

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
September 23, 2020
Page 3

immediately, with the visitor escorted out of the building. All visitors and staff must perform hand sanitation procedures prior to entering the visiting room. Finally, there will be no physical contact of any kind between inmates and social visitors.

In light of social visiting resuming at MDCLA for all inmates, changes will be made to the VTC schedule in order to avoid exposure and co-mingling of inmates who are in the visiting room for VTC appointments with inmates who are participating in social visits. This will help to ensure that inmates from different housing units do not co-mingle inside of the visiting room. As such, MDCLA must eliminate the 2:30 p.m. VTC slot from the VTC schedule. The VTC schedule for legal visits, interviews, and court hearings will take place from 7:00 a.m. to 1:00 p.m. (the last slot to end at 2:00 p.m.) starting on September 28, 2020. Legal visits will continue to take place from 8:00 a.m. to 2:00 p.m., and social visits will take place from 2:30 p.m. to 8:00 p.m. Concluding all in-person legal visits and VTC appointments at 2:00 p.m. will allow 30 minutes for sanitation of the entire visiting room before social visits begin and avoid any co-mingling of inmates from different housing units in the visiting room.

Although cognizant of the issues that the removal of the 2:30 p.m. VTC slot may present, the Bureau's move towards in-person legal visits and social visits necessitates this change. Thank you for your understanding during this challenging time.

Lastly, MDCLA's visiting schedule will be maintained on the BOP's public website. A copy of Phase 9 Action Plan and the Modification of Phase 9 Action Plan are attached for your information. A summary of the agency's current modified operations can also be found at https://www.bop.gov/coronavirus/covid19_status.jsp.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period. If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information. Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible. Furthermore, I am again copying this letter to the individuals and agencies indicated below.

Sincerely,

Paul Thompson
Interim Warden

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
September 23, 2020
Page 4

cc:    Honorable Dale S. Fischer
       Kiry K. Gray, District Court Executive & Clerk of Court
       Nicola T. Hanna, United States Attorney
       Tracy Wilkison, First Assistant United States Attorney
       Brandon Fox, Chief of the Criminal Division, USAO
       Cuauhtemoc Ortega, Federal Public Defender
       Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
       Marilyn E. Bednarski, CJA Panel
       Anthony M. Solis, CJA Panel
       David M. Singer, U.S. Marshal
       Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
       Michelle Carey, Chief U.S. Probation Officer