**DECLARATON OF AUSA ROLLINS**

1. I am an Assistant U.S. Attorney ("AUSA") in the Central District of California assigned to United States v. Guan Lei, CR 20-127-MWF. I make this declaration in support of the government's opposition to defendant's ex parte application for release.

2. Attached hereto as **Exhibit 1** is a true and correct copy of emails sent from defense counsel to the prosecutors in this case.

3. On January 20, 2021, an attorney advisor for the Bureau of Prisons ("BOP") provided me with the following information regarding defendant's conditions at the Metropolitan Detention Center ("MDC") in Los Angeles:

    a. All attorney visitation has not remained suspended since November 16, 2020. Although the visitation suspension went into effect on 11/16/2020 to prevent the spread of COVID through MDC, inmates on 6 North were deemed "recovered" and began having in-person legal visits as early as December 9, 2020. Although defendant was not designated to that particular unit, "all visitation" was not and does not remain suspended. This information, including updates about inmate movement, access to VTC and telephone calls, and in-person legal visits can be tracked through MDC and BOP updates to the Court, which were shared and disseminated throughout the legal community.

    b. Attached as **Exhibit 2** are true and correct copies of some of the letters BOP has distributed regarding the conditions at MDC during the COVID-19 pandemic.

    c. Defendant has not had a cell mate since before New Year's Day. As of January 20, 2021, defendant still did not have a cellmate.

   d. MDC and BOP records show that defendant had attorney-client privileged legal phone calls on 08/30/2020; 08/31/2020; 09/12/2020; 10/05/2020; 10/09/2020; 10/12/2020; 10/15/2020; 01/04/2021; and 01/19/2021.  According to BOP, aside from MDC's brief suspension of legal calls in November and December, defendant had access to legal calls to discuss matters with his attorneys.

  4. On Friday, January 22, 2021, BOP informed the government (and the Court) that MDC would be returning to its less restrictive modified operations that allow for VTCs and attorney visits throughout the facility.  Attached hereto as **Exhibit 3** is a letter from BOP regarding the status of operations at MDC effective January 25, 2021.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 25, 2021.

WILLIAM M. ROLLINS  
Assistant United States Attorney

2