## May Shin - Update No.25- Metropolitan Detention Center- Los Angeles

| | |
|---|---|
| **From:** | LOS-Warden-S |
| **To:** | philip_gutierrez@cacd.uscourts.gov;  pla_chambers@cacd.uscourts.gov |
| **Date:** | 11/23/2020 1:16 PM |
| **Subject:** | Update No.25- Metropolitan Detention Center- Los Angeles |
| **CC:** | Cuauhtemoc_Ortega@fd.org;  DSFischer@cacd.uscourts.gov;  Fox, Brandon;  ... |
| **BC:** | May Shin |

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

As I emailed last Monday, there has been a significant outbreak of COVID-19 at the MDCLA.  Unfortunately, as we have continued to test our inmate population, we are finding positive inmates on housing units in addition to 6 North.  As of today, there are 203 inmates with confirmed positive COVID-19 tests results at MDCLA.  These additional positive tests have now placed most of MDCLA's housing units on either quarantine or isolation status.  More specifically, housing units 5 North, 6 South, 8 North (the Special Housing Unit), the 8 South Annex, and 9 North are currently on quarantine.  Housing units 6 North, 7 North and 8 South are on isolation.  Housing Unit 5 South remains the institution's designated intake quarantine unit.

The inmates will not be removed from quarantine or isolation until they can satisfy the CDC and BOP's standards of termination of that status.   For inmates in quarantine, this requires that they have a confirmed negative test taken no earlier than day 14 of the quarantine.  BOP COVID-19 Pandemic Response Plan, Module 3, p. 6. Furthermore, while in either quarantine or isolation status, each inmate will be closely monitored with symptom and temperature checks conducted at least once a day.  BOP COVID-19 Pandemic Response Plan, Module 4, p. 7 and 13.

As I emailed last week, the BOP cannot simply release a list of inmates who are either in isolation or on quarantine.  Instead, if you or the any of the attorneys in the case have a question about a specific inmate, I would ask that you contact the institution so that we can provide information about the inmate's quarantine or isolation status.

Finally, given this situation, we will be extending our previously announced limits on internal movement with the institution through at least December 15, 2020.  As a result, all VTC hearings, VTC visits, legal and social visitation, use of TRULINCS and all telephone calls are suspended through at least that date. Although cognizant of the issues that these suspensions may present, we are implementing these procedures to minimize the potential of further exposure and spread of the virus within the institution.  Any lesser measures creates the opportunity of the virus to spread even further within the institution.

I will continue to keep you informed of the situation, including when the institution can resume modified operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period.  If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information.  Again, I ask that you disseminate this letter to all of the Judges in

the District Court so that it can be shared as widely as possible.  Furthermore, I am again copying this email to the individuals and agencies indicated below.

Sincerely,

W. Z. Jenkins II
Warden

cc:      Honorable Dale S. Fischer
         Kiry K. Gray, District Court Executive & Clerk of Court
         Nicola T. Hanna, United States Attorney
         Tracy Wilkison, First Assistant United States Attorney
         Brandon Fox, Chief of the Criminal Division, USAO
         Cuauhtemoc Ortega, Federal Public Defender
         Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
         Marilyn E. Bednarski, CJA Panel
         Anthony M. Solis, CJA Panel
         David M. Singer, U.S. Marshal
         Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
         Michelle Carey, Chief U.S. Probation Officer

**May Shin - Update No.24- Metropolitan Detention Center- Los Angeles**

| | |
|---|---|
| **From:** | LOS-Warden-S |
| **To:** | philip_gutierrez@cacd.uscourts.gov;  pla_chambers@cacd.uscourts.gov |
| **Date:** | 11/16/2020 11:56 AM |
| **Subject:** | Update No.24- Metropolitan Detention Center- Los Angeles |
| **CC:** | Cuauhtemoc_Ortega@fd.org;  DSFischer@cacd.uscourts.gov;  Fox, Brandon;  ... |
| **BC:** | May Shin |

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

As I explained last week, on Tuesday, November 3, 2020, our medical staff tested an inmate who was due for release for COVID-19 utilizing the rapid testing machine which resulted in a positive test for COVID-19.  As is also standard agency procedure, our staff also obtained a second nasal swab and sent it out to a local laboratory for confirmation of the result.  Unfortunately, this second nasal swab confirmed the positive result and this inmate remains in isolation.

As I also explained, we immediately placed this inmate's housing unit, 6 North, on quarantine and began obtaining nasal swabs from all of the inmates housed in that housing unit.  I must report that 99 of the inmates on that housing unit have so far had their tests return "positive".  All of these inmates have been placed in isolation and will remain in that status until they have satisfied the CDC and BOP standards for the discontinuation of isolation.  As is also standard agency procedure, the remainder of the inmates from 6 North must remain on quarantine as a result of their potential exposure to these positive COVID-19 cases.

On Saturday, November 14, 2020, an inmate on housing unit 7 North became symptomatic. Our medical staff tested the inmate utilizing the rapid testing machine which resulted in a positive test for COVID-19. We are still awaiting the results of the second nasal swab that was sent out to a local laboratory for confirmation of the result. All inmates on 7 North will be tested for COVID-19. As a precaution, 20% of every other housing unit will also be tested for COVID-19. The inmates will not be removed from quarantine or isolation until they can satisfy the CDC and BOP's standards of termination of that status.

Please note that the BOP cannot simply release a list of inmates who are either in isolation or on quarantine. Instead, please contact the institution if you would like to know if an inmate is on quarantine or isolation status.

Given the current number of positive cases, we will be limiting inmate movement for all inmates in the institution. As a result, all VTC hearings and VTC visits have been temporarily suspended. Furthermore, in-person legal and social visitation are also temporarily suspended.  All telephone calls, whether legal calls or telephonic hearings, are also temporarily suspended.  Although cognizant of the issues that these suspensions may present, we are implementing these procedures to avoid even the potential of exposure and spread of the virus to other inmates, staff and visitors. Any lesser measures creates the opportunity of the virus to spread even further within the institution and we simply cannot take that risk.

I will continue to keep you informed of the situation, including when the institution can resume modified

operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period.  If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information.  Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible.  Furthermore, I am again copying this letter to the individuals and agencies indicated below.

Sincerely,

W. Z. Jenkins II
Warden

cc:     Honorable Dale S. Fischer
        Kiry K. Gray, District Court Executive & Clerk of Court
        Nicola T. Hanna, United States Attorney
        Tracy Wilkison, First Assistant United States Attorney
        Brandon Fox, Chief of the Criminal Division, USAO
        Cuauhtemoc Ortega, Federal Public Defender
        Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
        Marilyn E. Bednarski, CJA Panel
        Anthony M. Solis, CJA Panel
        David M. Singer, U.S. Marshal
        Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
        Michelle Carey, Chief U.S. Probation Officer



**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

*535 N. Alameda Street*
*Los Angeles, California 90012*

December 7, 2020

Honorable Philip S. Gutierrez
Chief Judge of the District Court
Central District of California
First Street Courthouse
Courtroom 6A, 6th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Paul L. Abrams
Chief Magistrate Judge of the District Court
United States District Court,
Central District of California
255 East Temple Street, Courtroom 780
Los Angeles, CA 90012

**RE:    Update No. 26 –the Metropolitan Detention Center, Los Angeles**

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

As of today, there are 72 inmates who are positive and 225 inmates recovered of COVID-19 at MDCLA.  While the number of inmates with COVID-19 have decreased significantly in the past two weeks, the majority of housing units at MDCLA are still either on quarantine, isolation, or hybrid status.  While Housing Unit 5 South remains the institution's designated intake quarantine unit, Housing Unit 6 North is now considered "Recovered" and on modified operations. All other housing units are still under enhanced modified operations in order to mitigate the further spread of the virus in the institution.

As I advised in my previous email of November 23, 2020, the inmates will not be removed from quarantine or isolation until they can satisfy the CDC and BOP's standards of termination of that status.  For inmates in quarantine, this requires that they have a confirmed negative test taken no earlier than day 14 of the quarantine.  BOP COVID-19 Pandemic Response Plan, Module 3, p. 6.

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
December 7, 2020
Page 2

Furthermore, while in either quarantine or isolation status, each inmate will be closely monitored with symptom and temperature checks conducted at least once a day. BOP COVID-19 Pandemic Response Plan, Module 4, p. 7 and 13.

As the inmates on 6 North have been deemed "recovered" by MDCLA's medical staff, these inmates will be permitted to attend in-person legal visits starting on December 9, 2020. Attorneys wishing to visit with an inmate will need to send a request *at least 24 hours before the visit* via e-mail to LOS-Lobby-s@bop.gov. If the visit is to take place on the day after a weekend or holiday, the intervening weekday or holiday will not be counted toward this 24 hour notice period. All requests must come directly from the attorney and must be sent on the attorney's letterhead and bear the attorney's signature. The request must include the inmate's name, register number, and the date and time of the requested visit. If approved, the legal visitor will still need to undergo the screening implemented at MDCLA. Any prospective legal visitor who is symptomatic or deemed to have a risk of COVID-19 exposure will be denied access to the facility.

For all other housing units except housing unit 6 North, the previously announced limits on internal movement within the institution will continue through at least December 15, 2020. As a result, all VTC hearings, VTC visits, and legal and social visitation are suspended through at least that date. For urgent legal calls, requests must still be emailed to LOS-LegalCalls-s@bop.gov. Any attorney wishing to conduct an urgent legal telephone call with an inmate must send a written request via e-mail *at least 24 hours ahead of the requested time*. If the call is to take place on the day after a weekend or holiday, the intervening weekend day or holiday will not be counted toward this 24 hour notice period. The request must be submitted on the attorney's letterhead and bear the attorney's signature. The request must include the following details: 1) the name and register number of the inmate/client, 2) specific dates and times of availability for the requested legal call, and 3) the requester's telephone number. A written request must be submitted for each legal call request.

Although cognizant of the issues that these suspensions may present, we are implementing these procedures to minimize the potential of further exposure and spread of the virus within the institution. Any lesser measures creates the opportunity of the virus to spread even further within the institution. I will continue to keep you informed of the situation, including when the institution can resume modified operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period. If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information. Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible. Furthermore, I am again copying this email to the individuals and agencies indicated below.

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
December 7, 2020
Page 3

Sincerely,

W. Z. Jenkins II
Warden

cc:     Honorable Dale S. Fischer
        Kiry K. Gray, District Court Executive & Clerk of Court
        Nicola T. Hanna, United States Attorney
        Tracy Wilkison, First Assistant United States Attorney
        Brandon Fox, Chief of the Criminal Division, USAO
        Cuauhtemoc Ortega, Federal Public Defender
        Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
        Marilyn E. Bednarski, CJA Panel
        Anthony M. Solis, CJA Panel
        David M. Singer, U.S. Marshall
        Rogelio Nuno Marquez, Assistant Chief U.S. Marshall
        Michelle Carey, Chief U.S. Probation Officer



**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

*535 N. Alameda Street*
*Los Angeles, California 90012*

December 15, 2020

Honorable Philip S. Gutierrez
Chief Judge of the District Court
Central District of California
First Street Courthouse
Courtroom 6A, 6th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Paul L. Abrams
Chief Magistrate Judge of the District Court
United States District Court,
Central District of California
255 East Temple Street, Courtroom 780
Los Angeles, CA 90012

**RE:    Update No. 27 –the Metropolitan Detention Center, Los Angeles**

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

On November 23, 2020, I notified you that MDCLA would be extending our previously announced limits on internal movement within the institution through at least December 15, 2020. I write to inform you that we need to extend the suspension of VTC appearances for all inmates and legal visits for most inmates. In addition, we must continue to prioritize legal calls based on urgency. I provide further details below.

As of today, there are 8 inmates who are positive and 281 inmates recovered of COVID-19 at MDCLA.  While the number of inmates with confirmed positive tests for COVID-19 have decreased significantly in the past few weeks, the majority of housing units at MDCLA are still either on quarantine, isolation, or hybrid status.  As of today, only Housing Units 6 North and 7 North are considered "Recovered" and on modified operations. All other housing units are still under enhanced modified operations, as medical staff are waiting to receive COVID-19 test

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
December 15, 2020
Page 2

results back for the inmates on these units. Once the institution receives the test results back from the laboratory, our medical staff will determine which other housing units can be taken off of enhanced modified operations and resume in-person legal visits.

As I advised in my December 7, 2020 letter, the inmates will not be removed from quarantine or isolation until they can satisfy the CDC and BOP's standards of termination of that status. For inmates in quarantine, this requires that they have a confirmed negative test taken no earlier than day 14 of the quarantine. BOP COVID-19 Pandemic Response Plan, Module 3, p. 6. Furthermore, while in either quarantine or isolation status, each inmate will be closely monitored with symptom and temperature checks conducted at least once a day. BOP COVID-19 Pandemic Response Plan, Module 4, p. 7 and 13.

As the inmates on 6 North and 7 North have been deemed "recovered" by MDCLA's medical staff, these inmates will be permitted to attend in-person legal visits starting on December 16, 2020. Attorneys wishing to visit with an inmate will need to send a request *at least 24 hours before the visit* via e-mail to LOS-Lobby-s@bop.gov. If the visit is to take place on the day after a weekend or holiday, the intervening weekday or holiday will not be counted toward this 24 hour notice period. All requests must come directly from the attorney and must be sent on the attorney's letterhead and bear the attorney's signature. The request must include the inmate's name, register number, and the date and time of the requested visit. If approved, the legal visitor will still need to undergo the entrance screening implemented at MDCLA. Any prospective legal visitor who is symptomatic or deemed to have a risk of COVID-19 exposure will be denied access to the facility.

For all other housing units except housing unit 6 North and 7 North, the previously announced limits on internal movement within the institution will continue. As a result, all VTC hearings, VTC visits, and legal and social visitation are suspended until further notice.

As previously detailed in my last letter of December 7, 2020, for all inmates housed at MDCLA, attorneys may request urgent legal calls that must be emailed to LOS-LegalCalls-s@bop.gov. Note that inmates may appear by telephone or in-person for court appearances if scheduled by the Court.

Although cognizant of the issues that these suspensions may present, we are implementing these procedures to minimize the potential of further exposure and spread of the virus within the institution. Any lesser measures creates the opportunity of the virus to spread even further within the institution. I am hopeful that the institution will return to modified operations by the new year, and will continue to keep you informed of the situation, including when the institution can resume modified operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period. If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information. Again, I ask

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
December 15, 2020
Page 3

that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible.  Furthermore, I am again copying this email to the individuals and agencies indicated below.

Sincerely,

D. Rue, Acting Warden

W. Z. Jenkins II
Warden


cc:    Honorable Dale S. Fischer
       Kiry K. Gray, District Court Executive & Clerk of Court
       Nicola T. Hanna, United States Attorney
       Tracy Wilkison, First Assistant United States Attorney
       Brandon Fox, Chief of the Criminal Division, USAO
       Cuauhtemoc Ortega, Federal Public Defender
       Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
       Marilyn E. Bednarski, CJA Panel
       Anthony M. Solis, CJA Panel
       David M. Singer, U.S. Marshal
       Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
       Michelle Carey, Chief U.S. Probation Officer



**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

*535 N. Alameda Street*
*Los Angeles, California 90012*

December 18, 2020

Honorable Philip S. Gutierrez
Chief Judge of the District Court
Central District of California
First Street Courthouse
Courtroom 6A, 6th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Paul L. Abrams
Chief Magistrate Judge of the District Court
United States District Court,
Central District of California
255 East Temple Street, Courtroom 780
Los Angeles, CA 90012

**RE:    Update No. 28 –the Metropolitan Detention Center, Los Angeles**

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

First, I must sadly report that on December 16, 2020, inmate Manuel Sassounian died from COVID-19 complications. On November 27, 2020, Mr. Sassounian tested positive for COVID-19 while at MDCLA. On November 29, 2020, inmate Manuel Sassounian was sent to the local hospital from MDCLA for chest pain and shortness of breath, and his condition continued to decline. On December 16, 2020, Mr. Sassounian, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced dead by hospital staff. Mr. Sassounian was a 78 year-old male who was awaiting extradition to Lithuania. He had been in custody at MDCLA since May 7, 2019.

As of today, there are 9 inmates who are positive and 281 inmates recovered of COVID-19 at MDCLA.  Starting Monday, December 21, 2020, recovered inmates on housing units

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
December 18, 2020
Page 2

6 North and 7 North will be able to participate in VTC hearings, VTC legal visits, and in-person legal visits.

Except for 6 North and 7 North, the other housing units at MDCLA are still either on quarantine, isolation, or hybrid status. For all other housing units except housing units 6 North and 7 North, the previously announced limits on internal movement within the institution will continue. For inmates that are not housed on 6 North and 7 North, VTC appointments and in-person visits are still temporarily suspended.

However, all inmates can appear telephonically for court hearings. For all inmates requiring legal calls, attorneys may request urgent legal calls by submitting a proper request to LOS-LegalCalls-s@bop.gov.

Although cognizant of the issues that these suspensions may present, we are implementing these procedures to minimize the potential of further exposure and spread of the virus within the institution. Any lesser measures creates the opportunity of the virus to spread even further within the institution. I will continue to keep you informed of the situation, including when the institution can resume modified operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period. If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information. Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible. Furthermore, I am again copying this email to the individuals and agencies indicated below.

Sincerely,

W. Z. Jenkins II
Warden

cc:   Honorable Dale S. Fischer
      Kiry K. Gray, District Court Executive & Clerk of Court
      Nicola T. Hanna, United States Attorney
      Tracy Wilkison, First Assistant United States Attorney
      Brandon Fox, Chief of the Criminal Division, USAO
      Cuauhtemoc Ortega, Federal Public Defender
      Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
      Marilyn E. Bednarski, CJA Panel
      Anthony M. Solis, CJA Panel

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
December 18, 2020
Page 3

David M. Singer, U.S. Marshal
Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
Jeffrey Thomason, Acting Chief U.S. Probation Officer