

**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

535 N. Alameda Street
Los Angeles, California 90012

January 22, 2021

Honorable Philip S. Gutierrez
Chief Judge of the District Court
Central District of California
First Street Courthouse
Courtroom 6A, 6th Floor
350 West 1st Street
Los Angeles, CA 90012

Honorable Paul L. Abrams
Chief Magistrate Judge of the District Court
United States District Court,
Central District of California
255 East Temple Street, Courtroom 780
Los Angeles, CA 90012

RE:   Update No. 29 –the Metropolitan Detention Center, Los Angeles

Dear Judge Gutierrez and Magistrate Judge Abrams,

    I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

    I am pleased to report that today, our Health Services staff determined that Housing Units 6 North, 7 North, 8 South, 9 North, and 9 South no longer need to be on quarantine.  Starting Monday, January 25, 2021, our institution will resume modified operations and inmates on the aforementioned housing units will be able to participate in VTC hearings, VTC legal visits, and in-person legal visits.  As before, attorneys can request legal calls by emailing LOS-LegalCalls-s@bop.gov.  Furthermore, the inmates at MDCLA can appear for court appearances in-person, by telephone, or by VTC.

    Additionally, in conformance with the BOP's COV-19 Pandemic Response Plan, to avoid further spread of the virus and to allow for consistent management of COVID-19 operations for inmates in quarantine, MDCLA will continue to house all quarantined inmates, including all new commitments, court and hospital returns, pre-transfer, and pre-release inmates, on Housing Unit

Honorable Philip S. Gutierrez
Honorable Paul L. Abrams
United States District Court
Central District of California
January 22, 2021
Page 2

5 South. Inmates housed on any type of quarantine or isolation status will not have access to the institution's VTCs or to in-person visits. These inmates will continue to have access to legal calls and be able to make Court appearances by phone. Once an inmate has cleared quarantine or isolation status, they will be moved to a general population housing unit where they can have access to the VTCs and in-person visits and appearance. Although cognizant of the issues that these suspensions may present, we are implementing these procedures to avoid the potential of further exposure to and spread of the virus to other inmates, staff and visitors.

Lastly, we have now completed the administration of the second doses of the COVID-19 vaccine to MDLCA staff and to a portion of the inmate population. Inmates were prioritized for vaccination in conformance with the BOP's COVID-19 Vaccine Guidance, which is available for review at: https://www.bop.gov/resources/pdfs/2021_covid19_vaccine.pdf.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period. If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information. Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible. Furthermore, I am again copying this email to the individuals and agencies indicated below.

Sincerely,

W. Z. Jenkins II
Warden

cc:   Honorable Dale S. Fischer
      Kiry K. Gray, District Court Executive & Clerk of Court
      Tracy Wilkison, Acting United States Attorney
      Brandon Fox, Chief of the Criminal Division, USAO
      Cuauhtemoc Ortega, Federal Public Defender
      Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
      Marilyn E. Bednarski, CJA Panel
      Anthony M. Solis, CJA Panel
      David M. Singer, U.S. Marshal
      Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
      Jeffrey Thomason, Acting Chief U.S. Probation Officer