HARLAND BRAUN SBN 41842
Braun & Braun LLP
Braun & Braun LLP
10250 Constellation Blvd., Suite 1020
Los Angeles, California 90067
Tel: (310) 277-4777
Fax: (310) 507-0232
email: harland@braunlaw.com

BIN LI, State Bar No. 223126
LAW OFFICES OF BIN LI, PLC
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 861-6880
Facsimile: (909) 861-8820
email: bli@libinlaw.com

Attorneys for Defendant
GUAN LEI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>GUAN LEI,<br><br>          Defendant. | No. CR 20-127-MWF<br><br>DECLARATION OF ATTORNEY BIN LI IN SUPPORT OF DEFENDANT GUAN LEI'S RESPONSE TO OPPOSITION TO APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER DENYING RELEASE AND IMPOSING DETENTION UNDER 18 U.S.C. § 3142(e) |

**DECLARATION OF BIN LI, ESQ.**

I, Bin Li, Esq., declare as follows:

　　1.　I am an attorney at law, duly licensed to practice before this Court and am an attorney of record for defendant.  The following statements are made of my own personal knowledge and if called upon I

1

could and would testify competently thereto.

2.  A true and correct copy of a document produced by the government in discovery and bates stamped GUAN 00000613 attached as Exhibit "A".

3.  Initially, the written request dated December 8, 2020 in anticipation of the material witness's deposition.  This was refused. Next, a written request for privileged communications dated December 10, 2020, requesting any of four dates in mid-December.  This was ignored.  Finally, a written request dated January 19, 2021, requesting two dates in January 2021, it was accepted and arranged. All of communications to and from MDC at critical times have been unprivileged and it was one way call from Defendant only for five (5) minutes each during the quarantine, and Defendant and counsel have assumed the government has been monitoring them. True and correct copies of these are attached as Exhibits "B," "C" and "D."

4.  As to calls in January 2021, these were not privileged. Based on MDC notices and my interactions with the MDC, MDC has been closed for personal visit since November 2020 to January 26, 2021. Unit 9 where Defendant jailed at MDC was not open for personal visit for at least two months from November 2020 to January 2021.

5.  Review of 37,000 documents, most of which are computer related specialty and technical documents, is not a task that can be handled by one attorney meeting sporadically and for limited time at the MDC's whim.  This work requires multiple staff assistance and extended face-to-face meetings with the client and out of the prying eyes of the government.  Defendant is not going to signpost the government on defense trial tactics theories and requests the Court not to require Defendant to identify them or what it expects to establish during the document review.

I declare under penalty of perjury of the State of California and the laws of the United States that the foregoing is true and correct, dated this 29th day of January 2021 at City of Diamond Bar, California.

/s/ Bin Li, Esq.

EXHIBIT A

UNCLASSIFIED

We are currently running this case as a priority 3 (out of 6), anything higher has to come via request to our Executive Management.  It's already in the DNA unit, hopefully you'll hear something from them soon.


\*\*\*\*\*\*\*\*\*\*\*\*\*
Rebecca Reynolds
Request Coordinator
FBI Laboratory
███████████ - Desk
███████████ - Cell

---

**From:** Hurt, Timothy D. (LA) (FBI) ████████████
**Sent:** Saturday, August 8, 2020 11:46 AM
**To:** Reynolds, Rebecca Ann (LD) (FBI) █████████████
**Cc:** Forgus, Robert G. (NY) (FBI) █████████████; Pomerantz, Zachary E. (CD) (FBI) ██████████████
**Subject:** ████████████

Rebecca,

I just spoke to Candy at the Lab and she informed me the evidence I sent out was broken down and ready to be sent out on Monday, I think for examination.

I know you all are still operating on weird schedules and some of this is hard to predict, but I was hoping you could shed some light on the process, when I'll be contacted by an examiner, completion, results, etc.

My case is unusual for me, due to a lot of uncertainty, the main one being the subjects pending permanent departure from the US. Additionally, it is getting a lot of attention from high levels at HQ and other government agencies. Anything you can share will help me keep them and the AUSA informed.

Hope you have a nice weekend.

Tim Hurt

-

On Aug 7, 2020 12:08 PM, "Reynolds, Rebecca Ann (LD) (FBI)" ██████████████ wrote:
Good afternoon,

I'm finishing up the admin portion of your submission and I have a quick question.  Your LER is marked with FOUO, but our Lab system is on an unclass network; would it be ok if we kept our reports unclassified?  We don't put the case classification code in the system or on the reports, and if you'd prefer we can keep the subject's name out as well.

UNCLASSIFIED

GUAN_00000613

EXHIBIT B

# LAW OFFICES OF BIN LI & ASSOCIATES
## A PROFESSIONAL LAW CORPORATION

730 N. Diamond Bar Blvd
Diamond Bar, CA 91765
Tel: 909.861.6880
Fax:909.861.8820
info@libinlaw.com
www.libinlaw.com

December 8, 2020
via email:  LOS-legalcalls-s@bop.gov

MDC Los Angeles
535 N. Alameda Street
Los Angeles, CA  90012

Re:     inmate LEI GUAN
          Register Number: 79705-112
          requests for attorney-client telephone conference

Dear Sir or Madam:

The undersigned is the attorney of record for the above-referenced inmate, defendant in the matter *United States v Guan*, USDC case no: 8:20-cr-00127-MWF.  I am in your records as his attorney of record.  This is a request for an emergency attorney-client telephone conference with Mr. Guan under conditions where the attorney-client communication privilege, FRCP 5.1, is maintained.

The reason for the emergency request is that the Court in *US v. Guan* has ordered the deposition of material witness ZHIHUI YANG set for December 18, 2020 or January 7,8. Given the no-visitation orders at MDC Los Angeles in effect because of the ongoing pandemic, it is not possible for me to effectively confer with my client regarding the material witness's testimony and prepare for cross-examination in this upcoming deposition.  This conference is critical for his trial preparation and his Sixth Amendment right to effective assistance of counsel. This should be arranged as soon as possible to prepare for the YANG deposition which is now less than ten days away.

Additionally, as a condition of the deposition moving forward, the Court has ordered that Mr Guan provide a written waiver of his right to be physically present at the deposition, and this waiver must be filed with the Court not later than close of business on two days before the deposition.  Please advise on how his signature may be obtained.

I look forward to your response, as time is of the essence at this point.

Very truly yours,

Bin Li, Esq.



**Bin Li <bli@libinlaw.com>**

---

## Urgent: United States v. Guan, 8:20-cr-00127-MWF, Requests for Attorney-Client Telephone Conference

---

**LOS-LegalCalls-S** <LOS-LegalCalls-S@bop.gov>                     Wed, Dec 9, 2020 at 11:20 AM
To: Bin Li <bli@libinlaw.com>, Info Law office of Bin Li <info@libinlaw.com>

Good Morning,

Your request for a legal call has been received. Due to the enhanced modified operations to mitigate the spread of COVID-19, legal telephone calls and in-person visits have been temporarily suspended until further notice. When legal telephone calls and in-person visits resume, MDCLA will notify the courts and legal community. Should you have any additional questions, please feel free to contact our legal department or executive assistant.

Thank you


>>> Info Law office of Bin Li <info@libinlaw.com> 12/8/2020 2:07 PM >>>
Dear MDC Officer,

Please see the attached letter requesting an attorney-client telephone conference. Mr. Guan's attorney Bin Li requests to have an attorney-client telephone call with Mr. Guan as soon as possible to better prepare for the deposition of material witness Zhihui Yang set for December 18, 2020.

Thank you,

Siqi Chen
**Law Offices of Bin Li & Associates**
A Professional Law Corporation
730 N. Diamond Bar Blvd.
Diamond Bar. CA 91765
Tel: 909.861.6880
Fax: 909.861.8820

EXHIBIT C

# LAW OFFICES OF BIN LI & ASSOCIATES
## A PROFESSIONAL LAW CORPORATION

730 N. Diamond Bar Blvd
Diamond Bar, CA 91765
Tel: 909.861.6880
Fax:909.861.8820
info@libinlaw.com
www.libinlaw.com

December 10, 2020

Email: LOS-legalcalls-S@BOP.gov;

MDC

      Re: Lei Guan Reg. No. 79705-112

To whom it may concern,

      I am attorney of record and urgently need to schedule a legal phone call with inmate Lei Guan Reg. No. 79705-112.

      Mr. Guan has to attend the deposition of the material witness Yang on or about December 18, 2020.  I need to prepare him for it.  I can leave the following mornings available for a legal call from him any of the following times between 8 a.m. and 12 noon:

      Monday December 14
      Tuesday December 15
      Wednesday December 16
      Thursday December 17

      Please put the call through to my cell phone (626) 644-1956 (as I like so many work remotely during this pandemic).

      Respectfully,

      Bin Li, Esq.
      Cell (626) 202-6653

EXHIBIT D

# LAW OFFICES OF BIN LI & ASSOCIATES
## A PROFESSIONAL LAW CORPORATION

730 N. Diamond Bar Blvd
Diamond Bar, CA 91765
Tel: 909.861.6880
Fax:909.861.8820
info@libinlaw.com
www.libinlaw.com

January 19, 2021

Email: LOS-legalcalls-S@BOP.gov;

MDC

 Re: Lei Guan Reg. No. 79705-112

To whom it may concern,

 I am attorney of record and urgently need to schedule a legal phone call with inmate Lei Guan Reg. No. 79705-112.

 Mr. Guan has to attend the second deposition of the material witness Yang on or about January 22, 2021.  I need to prepare him for it.  I can leave the following mornings available for a legal call from him any of the following times between 8 a.m. and 12 noon:

 Wednesday 20, 2021
 Thursday 21, 2021

 Please put the call through to my cell phone (626) 202-6653 (as I like so many others work remotely during this pandemic).

 Respectfully,

 Bin Li, Esq.
 Cell (626) 202-6653