HARLAND BRAUN SBN 41842
Braun & Braun LLP
Braun & Braun LLP
10250 Constellation Blvd., Suite 1020
Los Angeles, California 90067
Tel: (310) 277-4777
Fax: (310) 507-0232
email: harland@braunlaw.com

BIN LI, State Bar No. 223126
LAW OFFICES OF BIN LI, PLC
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 861-6880
Facsimile: (909) 861-8820
email: bli@libinlaw.com

Attorneys for Defendant
GUAN LEI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-127-MWF |
|---|---|
| Plaintiff, | DECLARATION OF DEFENDANT GUAN LEI IN SUPPORT OF DEFENDANT GUAN LEI'S RESPONSE TO OPPOSITION TO APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER DENYING RELEASE AND IMPOSING DETENTION UNDER 18 U.S.C. § 3142(e) |
| v. | |
| GUAN LEI, | |
| Defendant. | |

    Attached is the Declaration of Guan Lei made in support of his motion for reconsideration of his detention.  As explained in the reply brief, normal attorney-client communications have not been possible under MDC rules.  This declaration is provided in the only means available which was Corrlink, which is subject to Government

1

monitoring.

Respectfully submitted,

Dated: January 28, 2020

                          LAW OFFICES OF BIN LI, PLC

                          /s/ Bin Li
                          Bin Li, Esq.
                          Attorney for Defendant
                          Guan Lei

# Bin Li

| | |
|---|---|
| **From:** | GUAN LEI (79705112) |
| **Sent Date:** | Thursday, January 28, 2021 5:07 PM |
| **To:** | bli@libinlaw.com |
| **Subject:** | please let me know if you received |

I, Guan Lei, declare that the following facts are true and correct to my personal knowledge and if called upon to testify, could and would competently testify to the following under oath:

1. My cell number is 937 and my cellmate is John Clement whose ID is 79421-112.
2. On around December 31, 2020, the guard asked me and my cellmate to pack our stuff and to be ready to move out from 937. I asked him, "Did we get the covid?" He answered, "One of you." At that time, I had no symptom and my cellmate told me that he had some symptoms. Then, I was asked to move from 937 to 608. After around two-week quarantine time, I was then moved from 608 to 508. And until January 26, 2021, I finished the quarantine time and was moved from 508 back to 937.
3. On January 27, 2021, I confirmed with the councellor about who got the virus before. The counsellor told me that it should be my cellmate Clement that got the virus.
4. The whole quarantine time began around on November 16, 2020 and ended on January 26, 2021. For the first two week of the quarantine time, I couldn't go out of the cell to use the phone and computer. Later, I was allowed to go out of the cell three times a week: on Monday, Wednesday and Friday. Each time, I had about 20 minutes to take a shower, to make a phone call, and to use the computer.
5. During the past long-period quarantine time, I had no chance to see my attorneys and to make a face-to-face talk with them.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 28 day of January, 2021.

/Lei Guan/