1 | MARILYN E. BEDNARSKI, SBN 105322
2 | McLane, Bednarski & Litt, LLP
3 | 975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
4 | Facsimile: (626) 844-7670
5 | E-Mail: mbednarski@mbllegal.com

6 | Attorneys for Material Witness
7 | ZHIHUI YANG

8

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12 | WESTERN DIVISION

13

14 | UNITED STATES OF AMERICA,                  CASE NO. CR 8:20-CR-00127-MWF

15 |                      Plaintiff,

16 |                                            SUPPLEMENTAL FILING OF
OMITTED PROPOSED ORDERS NO.
17 |            v.                              1 AND NO. 2 TO ACCOMPANY
ZHIHUI YANG'S MOTION FOR
18 |                                            RELEASE FROM DESIGNATION AS
MATERIAL WITNESS; FOR
19 | GUAN LEI,                                  RELEASE FROM BOND
ASSOCIATED WITH THAT
20 |                      Defendant.            DESIGNATION; AND FOR RETURN
OF PASSPORT
21

22 |                                            HEARING: To Be Set

23

24 |        Material witness ZhiHui Yang, by and through counsel of record Marilyn E.

25 | Bednarski hereby files her two Proposed Orders Requested in her Motion for

26 | Release from Designation as Material Witness; for Release from Bond Associated

27 | with that Designation; and for Return of her Passport, which Motion is docketed in

28 | the Clerk's Record as Dkt. 132. The first proposed order is to the clerk regarding

1  de-designation and exoneration of bond. The second is to the United States

2  Attorney's office regarding return of Ms. Yang's passport

3                                   Respectfully submitted,

4                                   McLANE, BEDNARSKI & LITT, LLP

5

6  DATED: February 1, 2021          By___/S/ by Marilyn E. Bednarski_____
                                     MARILYN E. BEDNARSKI
7                                    Attorney for ZhiHui Yang, Material Witness

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28