**DECLARATON OF AUSA ROLLINS**

1.  I am an Assistant U.S. Attorney ("AUSA") in the Central District of California assigned to United States v. Guan Lei, CR 20-127-MWF.  I make this declaration in support of the government's opposition to defendant's ex parte application for release.

2.  Attached hereto as **Exhibit A** is a true and correct copy of a sworn statement Guan Lei provided to the Hon. Rodin Rooyani, Executive Office of Immigration Review, United States Department of Justice, dated August 21, 2020.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the transcript from Zhihui Yang's deposition on January 22, 2021.

4.  Attached hereto as **Exhibit C** is a true and correct copy of an interview with a Special Agent from the U.S. Department of Homeland Security – Homeland Security Investigations who served a Departure Control Order ("DCO") on Guan Lei at Los Angeles International Airport ("LAX") on July 19, 2020.

5.  Attached hereto as **Exhibit D** is a true and correct copy of the DCO served on Guan Lei at LAX on July 19, 2020.

6.  Attached hereto as **Exhibit E** is a true and correct copy of an FBI analysis of the dates that certain software and operating systems were installed, digital artifacts recovered, internet searches performed, text messages sent and received, and the absence of retrievable data in July 2020, shortly after defendant allegedly traveled to the People's Republic of China's Consulate in Los Angeles.

//
//
//

7. Attached hereto as **Exhibit F** is a true and correct copy of an email sent by defense counsel to the prosecutors in this case.

8. Attached hereto as **Exhibit G** is a true and correct copy of the transcript from Zhihui Yang's deposition on January 7, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles County, California, on April 1, 2021.

WILLIAM M. ROLLINS
Assistant United States Attorney