# EXHIBIT A

I, Lei Guan, swear under the penalty of perjury that the following is true:

I am Lei Guan, a visiting graduate student at UCLA. I write this letter to respectfully request that this Honorable Court revoke the Departure Control Order. The past month and half have been a nightmare that I do not wish upon anyone. I cannot eat. I cannot sleep. I have lost so much weight and my health is deteriorating each day I am prevented from returning to my parents and loved ones.

On October 17, 2018, I came to the U.S. with a J1 visa and began my visit at the UCLA Department of Mathematics. My visit at UCLA was completed on May 31, 2020. However, due to the COVID-19, it was so hard for me to get a ticket back to China. I had to extend my DS-2019 by July 31, 2020. During the 20-month period of my life in the U.S., I lived the most wonderful and happy time. My fiancé was also studying in the U.S.. She is a Phd student from Fudan University who was also on a J1 visa studying at the University of California at Irvine. Both of us love the U.S.. We travelled to Las Vegas, Salt Lake City, Yellowstone National Park, Hoover Dam, Yosemite and San Francisco. We shopped for my fiancé's wedding dress and diamond ring and we were set to be married on September 20, 2020 in China.

But everything changed and my normal life was ruined from the night of July 17, 2020 when an FBI agent suddenly came to my home and requested for a 30-min talk with me. I agreed because I had nothing to hide. The reason was that I trusted and respected the United States government. However, the agent cheated me and kept prolonging the talk. The talk finally lasted more than 3 hours, from around 9.00 pm on July 17 to about 12:30 am on July 18. I was so tired at that time but the agent did not want to end the talk quickly. During the long period of talk, the FBI agent asked me so many questions including everything about me, my research, my domestic advisors, etc. And I tried my best and told him everything I knew. I even allowed him to examine all the files on my laptop and Google Drive. Finally, the FBI agent requested to take away my phones and said that only in this way can his boss trust me. He promised to return my phones on the mid-day. Again, I trusted him. However, I was cheated again. He didn't return my phones until mid-night and still wanted to investigate me. He requested to copy all the files on my Google Drive and look over my Gmail. Once again, I agreed because I trusted the FBI. But everything backfired because I was given a departure control order at the LAX at about 12 am on July 20. Anger, despair, and sorrow hit me. I did not know why I faced such unfair treatment.

What hurts me most deeply is on July 30 when more than 10 FBI agents holding guns came to my living place. At that time, I was not home, but my poor fiance was there. She was pointed with guns like a criminal. She was trembling with fright. She cried and watched them take away all my electronics, even hers. This incident brought deep fear to my fiance. Until this day, she cannot sleep at night as she remembers being held at gunpoint. She cries uncontrollably and I cannot console her as I also live in fear every day.

After this incident I hired a lawyer, and I was told that I am being investigated for visa fraud and lying to an agent. I just cannot believe this because of course I did not commit visa fraud! I filled in the real information when I applied for the visa. I came to the U.S. after the U.S. consulate did a strict background investigation. I absolutely did not lie to the agent! Each time I answered the agent's all questions without being told the rights I have. However, the FBI used these messages out of context to prevent me from leaving the U.S. normally. I feel I am being targeted because of the political climate between China and the U.S. Why a normal Chinese student is treated unfairly in the U.S.. This is not the America I know about. I am so disappointed about it.

Again, on August 12, the FBI came with a warrant to search my body and took away the new phone I bought. They have taken away all my electronic devices and they can see that I am innocent and they cannot charge me with anything. I do not trust the FBI anymore but I trust justice because I am innocent. The agents that tormented me saw with their own eyes that my computer is full of pictures of me and my fiancé travelling all over the United States, a country that we love and respect. The agents saw my fiance's wedding dress and our rings in our home

as we are planning our wedding upon our return.  Just like other young Americans, we are full of yearning for future marriage and life. But everything has been ruined by the FBI. They have had access to everything! All our electronics, my passport and our other personal items. But there is nothing against us.

In a word, I am only a normal visiting Phd student at one of the best schools in California, UCLA. My happy life has been ruined by the FBI and lost its color. The beautiful memory in the U.S. is now a nightmare for me. My studies have been suspended as I have no device, mood, and time to continue the research. My DS-2019 has expired and I am ready to become homeless. I feel hopeless every day. I don't know when the nightmare ends. I haven't seen my family for almost two years. They are very worried about me. I miss them so much.

Dear Immigration Judge, I respect and trust you. I believe that you are fair-minded. If I was guilty of something, they would have charged me with a crime.  Till now, all I am being told is that I am being investigated.  For how long can they do this to me? I'm not a criminal. I just want to go home to my family and my normal life. I hope the respectful judge can revoke the order and let me back to my family and my loved ones.

(Signature)

08/21/2020

---

Certificate of Translation

I, Joseph Lee, am competent to translate from Chinese into English. I certify that I have translated the attached statement from Chinese into English.  I certify that the translation is complete and accurate to the best of my ability.

date: 8·21·2020

2

我是关磊，我发誓以下内容都是真实的，如有虚假，愿意受法律处罚：

　　　　我是关磊，是UCLA的访问学生。我写这封信是想恳请法庭撤销针对我的出境管制命令。过去的一个半月对我来说是对于任何人都无法承受的噩梦。我被禁止回家，我不能和我的父母以及我爱的人团聚。我每天都吃不下吃饭，无法入睡，我的体重急剧下降，我的健康状况很不好。

　　　　我在2018年的10月17日以J1身份来到美国，开始了我在UCLA数学系的学习。我在UCLA访问学生身份是在2020年5月31日结束。然而，由于COVID-19，我买不到返回中国的机票。我不得不把我的DS2019表延长到了2020年7月31日。在美国的20个月的时间里，是我人生中最精彩和快乐的时光。我的未婚妻也在美国学习，她在复旦大学读博士，她也是J1签证，在加州大学尔湾分校访问。我们一起去了美国很多地方旅游，包括拉斯维加斯，盐湖城，黄石国家公园，胡佛大坝，优胜美地国家公园和旧金山。我们都很喜欢这个国家并且我们还买了婚纱和钻戒，打算返回中国后，在2020年9月20日结婚。

　　　　但是在2020年7月17日，一切都被改变了，我们的生活也被彻底摧毁。那一天晚上，一个FBI探员突然到我家，要求和我进行一场大约30分钟的谈话。我同意了，因为我没有什么可隐藏的，还有个原因是我相信并且尊重美国政府。然而，探员欺骗了我，他一直不停地延长谈话时间。这个谈话持续超过3个小时，从7月17日晚上9点到7月18日凌晨12:30。我当时感觉很累，但是探员并不想尽快结束问话。在这漫长的谈话中，FBI探员问了我非常多的问题，包括我的一切事情，我的研究，我在中国的导师和印教授的信息，等等。我尽我所能，把我自己知道的一切事情都告诉了探员。我甚至允许探员检查我的电脑和Google Drive上的所有文件。不仅如此FBI探员还要求带走我的手机，并且说只有这样他的老板才能相信我。探员承诺在18号中午的时候把手机还给我。我再一次相信了他。但是，我又被他欺骗了。直到晚上，探员才还回我的手机，并且仍然想调查我。他要求拷贝我Google Drive上的所有文件，并且还检查了我的Gmail邮箱的所有邮件。我再一次同意了他的要求，因为我相信FBI相信美国政府。但是换来的却是更可怕的事情，在2020年7月20，我在洛杉矶国际机场收到了一个离境管制命令，我被限制离境。当时我感觉非常愤怒、绝望和悲伤。我什么也没做过为什么要受到如此不公平的对待。

　　　　然而，我的痛苦并没有结束。伤害我最深的是在2020年7月30日，10几个FBI探员拿着枪到我住的地方。当时我不在家，但是我的未婚妻却被他们像罪犯一样用枪指着头。她被吓的全身发抖，边哭边看着FBI探员带走了我和我未婚妻所有的电子设备。这件事给我的未婚妻带来深深的恐惧。直到今天，她仍然失眠、做噩梦，平时都会忍不住大哭起来，而我不仅安慰不了她，连我自己都每天生活在恐惧之中，我很害怕。

　　　　在这次事件之后，我聘请了律师。律师告诉我，我正在被FBI调查签证欺诈和向FBI探员说谎。我完全不敢相信，因为我绝对没有做过签证欺诈的事，我申请J1签证的时候填写的都是真实的信息，美国大使馆也做了严格的背景调查我才能到拿到签证来到美国。我也绝对没有对FBI探员说谎。每次都是FBI探员在没有告知我应有的权利的情况下回答他们的问题，我每次也是很配

合的回答了，然后他们却断章取义用这些信息来阻止我正常离境。我只是一个普通学生为什么要把这些不真实的指控放在我的的身上。难道就是因为我是中国来的访问学者吗？难道就是因为中国和美国之间的关系紧张，一个普通的中国学生就要在美国受到这么不公平的对待吗？这不是我了解的美国，我太失望了。

在2020年8月12日，FBI又一次拿着搜查令来搜我的身，并且带走了我新买的手机。他们已经带走了我和我未婚妻所有的电子设备，经过这么久的调查他们可以看到我是无辜的，他们并不能指控我任何事情。我不再相信FBI，但我相信美国的法律是公平正义的。我是无辜的。折磨我这么久的FBI可以看到，我的电脑里有很多我和我未婚妻在美国旅游的照片，我们是如此的热爱这个国家和这里热情友好的人们。并且FBI探员在搜家的时候也看到了我未婚妻的婚纱和戒指，我们打算回国后举办婚礼。我们和其他的美国年轻人一样，对未来的婚姻和幸福生活充满向往。但这一切都被打破了。FBI探员已经搜走了我们所有的电子设备，以及我个人证件和物品。但是那里并没有任何证据能够证明我做错了事情。

UCLA是世界上著名的大学之一，全世界的学生都十分向往能来这里学习。而我仅仅是他们中的一个，一个在UCLA访问的博士研究生。我在美国两年的幸福生活就这样被FBI摧毁，这段美好的回忆如今都变成了噩梦。我所有的电子设备都被搜走了，我的研究学习也不得不被迫停止。而且我的DS2019表已经过期，我就要变成无家可归的人；我每天都很绝望，不知道这场噩梦什么时候能结束。我已经有将近2年没有见过我的家人了，我非常想念他们，他们也十分担心我。尊敬的法官，我非常尊敬并且信任您。我坚信您一定会做出最公正的判决。FBI已经对我进行了一个多月的调查，也没有对我提起任何诉讼。直到现在，我仍被告知正在被调查，但是他们到底要调查我到什么时候才能结束呢？我不是罪犯，没有做过任何违法的事情。我只是想回家，回到我正常的生活。恳请法官撤销我的限制令，让我可以尽快回到我的家人，我的爱人身边。

*Lei Guan*

08/21/2020

4