# *In The Matter Of:*

### *United States of America*
### *v.*
### *Guan Lei*

---

### *Zhihui Yang VOL 2*

### *January 22, 2021*

---



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1124965**
number of pages 91

Page 130

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
VS.                              )
                                 ) Case No.
GUAN LEI,                        ) 1124965
                                 )
            Defendant.           )
_____  ) Volume 2

VIDEOTAPED DEPOSITION OF ZHIHUI YANG
Friday, January 22, 2021
Los Angeles, California

REPORTED BY:
GRACE CHUNG, CSR No. 6246, RMR, CRR, CLR
FILE NO.: 11124965

---

Page 131

1        UNITED STATES DISTRICT COURT
2     FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
   UNITED STATES OF AMERICA,        )
4                                   )
            Plaintiff,             )
5                                   )
   VS.                              )
6                                   ) Case No.
   GUAN LEI,                        ) CR 20-127-MWF
7                                   )
            Defendant.             )
8  _____  )
9
10
11
12       Videotaped Deposition of ZHIHUI YANG
13   taken on behalf of Defendant, at 321 East Second
14   Street, Los Angeles, California, beginning at 8:59
15   a.m. and ending at 12:04 p.m., on Friday,
16   January 22, 2021, before GRACE CHUNG, CSR No. 6246,
17   RMR, CRR, CLR.
18
19
20
21
22
23
24
25

---

Page 132

1        A P P E A R A N C E S
2
3    U.S. DISTRICT COURT JUDGE:
4    MICHAEL W. FITZGERALD
5    (Via Videoconference)
6
7    For the Plaintiff:
8    U.S. Department of Justice
     Office of the Federal Public Defender
9    BY: WILLIAM ROLLINS, ESQ.
        GEORGE PENCE, ESQ.
10   321 E. 2nd Street
     Los Angeles, California 90012
11   william.rollins@usdoj.gov
     George.Pence@usdoj.gov
12   (Via Videoconference)
13
     For the Defendant:
14
     LAW OFFICES OF BIN LI
15   BY: BIN LI, ESQ.
     730 Diamond Bar Boulevard
16   Diamond Bar, California 91765
     (909) 861-6880
17   bli@libinlaw.com
     (Via Videoconference)
18
     BRAUN & BRAUN
19   BY: HARLAND W. BRAUN, ESQ.
     10250 Constellation Boulevard
20   Suite 1020
     Los Angeles, California 90067
21   (310) 277-4777
     harland@braunlaw.com
22   (Via Videoconference)
23
24
25

---

Page 133

1        A P P E A R A N C E S (CONTINUED)
2
     For Zhihui Yang:
3
     McLANE, BEDNARSKI & LITT
4    BY: MARILYN E. BEDNARSKI, ESQ.
     975 East Green Street
5    Pasadena, California 91106
     (626) 844-7660
6    mbednarski@mbllaw.com
7
8    Also Present:  SHIMON GALILEY, Videographer
9                   GUAN LEI (Via Videoconference)
10               MIKE ROBINSON
                    (Via Videoconference)
11   Interpreters:  BARBARA HONG LI
                    Mandarin Interpreter
12                  (Via Videoconference)
13               SUNNY JOHNSTON
                    Mandarin Interpreter
14                  (Via Videoconference)
15               DOROTHY LI, Mandarin Interpreter
                    (Via Videoconference)
16
17               YANYAN LIU, Mandarin Interpreter
                    (Via Videoconference)
18
19
20
21
22
23
24
25

Page 134

I N D E X

WITNESS   EXAMINATION                               PAGE
ZHIHUI YANG
         BY MR. ROLLINS                      141
         BY MR. LI                  213

EXHIBITS
NO.       DESCRIPTION                        PAGE
Exhibit 67    Photograph                     142
Exhibit 68    Map                            142
Exhibit 69    Map                            143
Exhibit 70    Map                            143
Exhibit 75    Photograph                     151
Exhibit 956   Photograph                     151
Exhibit 957   Photograph                     151
Exhibit 959   Photograph                     151
Exhibit 965   Photograph                     152
Exhibit 88    Document written in Chinese language    156
Exhibit 76    Documents from Lyft            159
Exhibit 49    Photograph                     161
Exhibit 912   Email chain in Chinese language    164
Exhibit 77    Documents from Lyft            166
Exhibit 31    Photograph                     166
Exhibit 915   Email chain, with top email from Lei    169
              Guan, dated June 11, 2020

Page 135

Exhibit 920   Email from Lei Guan, dated June 12,    170
              2020, with attachment

Exhibit 926   Email from hihu Yang, dated June 12,    171
              2020, with attachment
Exhibit 924   Email from Lei Guan, dated June 12,    174
              2020, with attachment

Exhibit 966   Article from ScienceDirect on    176
              Neurocomputing
Exhibit 967   An article from Springer Link    176
Exhibit 17    Photograph                     177
Exhibit 18    Photograph                     178
Exhibit 19    Photograph                     178
Exhibit 20    Photograph                     179
Exhibit 21    Photograph                     179
Exhibit 28    Photograph                     179
Exhibit 929   Photograph                     180
Exhibit 30    Photograph                     180
Exhibit 936   Spreadsheet                    184
Exhibit 945   Placeholder for iPad Air 2     188
              (Not attached)
Exhibit 90    Web page from s.csc.edu.cn     190
Exhibit 92    Handwritten letter             190
Exhibit 93    Document in Chinese language    190
Exhibit 44    Photograph                     191
Exhibit 45    Photograph                     192
Exhibit 940   Placeholder for Lenovo L450    196
Exhibit 941   Placeholder for MacBook Pro    196

Page 136

Exhibit 943   Placeholder for USB drive      197
Exhibit 32    Document in Chinese language    198
Exhibit 944   Placeholder for iPhone X       199
Exhibit 946   Placeholder for iPhone 7       200
Exhibit 947   Placeholder for Xiaomi Phone    201
Exhibit 948   Placeholder for Huawei Honer Phone    202
Exhibit 950   Placeholder for SD card        203
Exhibit 951   Placeholder for MacBook Pro    204
Exhibit 952   Placeholder for LG Phone       204
Exhibit 953   Placeholder for Studio Mini Phone    204
Exhibit 954   Placeholder for Studio Mini Phone    205
Exhibit 955   Placeholder for Motorola Phone    205
Exhibit 908   Google Account Change History    206
Exhibit 968   Email addresses                208

Page 137

Los Angeles, California
Friday, January 22, 2021
8:59 a.m.

THE VIDEOGRAPHER:  Good morning.  We are now on the record.  Here begins Video Number 1 in Volume 2 of the videotaped deposition of Zhihui Yang, testifying in the matter of United States of America versus Guan Lei, Case Number CR 20-127-MWF, for the United States District Court, for the Central District of California.

Today's date is January 22nd, 2021, and the time is 8:59 a.m.  Your videographer today is Shimon Galiley, representing Ben Hyatt Certified Deposition Reporters.

Will counsel please identify yourselves and state whom you represent, after which the court reporter, Grace Chung, will swear in the interpreters and the deponent.

MR. ROLLINS:  Good morning, Your Honor.  Will Rollins on behalf of the United States.  And I've got Assistant U.S. Attorney George Pence and Special Agent Mike Robinson from the FBI appearing alongside me.  I also just wanted to flag for the Court and the interpreters that the parties have agreed that interpretation for the procedural parts

Zhihui Yang - 1/22/2021

Page 138

09:00 1   of this proceeding before the deposition need only
09:00 2   be interpreted directly to defendant and not
09:00 3   simultaneously repeated through the Zoom call, to
09:00 4   expedite matters.
09:00 5       MR. LI:  Good morning, Your Honor.  Bin Li
09:00 6   on behalf of the defendant, Lei Guan.  Also
09:00 7   together with me is my co-counsel, Harland Braun.
09:00 8   Thank you, Your Honor.
09:00 9       MS. BEDNARSKI:  Good morning, Your Honor.
09:00 10  Marilyn Bednarski, present with Witness Zhihui
09:00 11  Yang.
09:00 12      BARBARA HONG LI, SUNNY JOHNSTON,
13        DOROTHY LI, YANYAN LIU, the interpreters,
14        were sworn to interpret the questions
15        from English to Mandarin and the
16        answers from Mandarin to English to
17        the best of their abilities,
18        ZHIHUI YANG,
19        having been first duly sworn, was
09:01 20  examined and testified as follows:
09:01 21      THE COURT:  Ms. Yang, would you please
09:01 22  acknowledge that you are under a legal duty to
09:01 23  state the truth and that you are subject to
09:01 24  criminal penalties if you do lie?
09:01 25      THE WITNESS:  I swear.

Page 139

09:01 1       THE COURT:  Thank you.
09:01 2       Good morning, Ms. Yang.  Good morning,
09:02 3   Mr. Guan.  Good morning, Counsel.  Good morning,
09:02 4   Madam Interpreters.
09:02 5       Mr. Rollins, Mr. Li, do the parties agree
09:02 6   on how much time is remaining on each side?
09:02 7       MR. LI:  Your Honor, I believe since last
09:02 8   time, I think the government's side had one hour.
09:02 9   I think for the remaining today, they have two more
09:02 10  hours to go.  And I will ask at least -- it depends
09:02 11  on the testimony.  I'm asking at least half an hour
09:02 12  to 45 minutes for the redirect and maybe however
09:02 13  much time you have for the recross.
09:03 14      THE COURT:  Mr. Rollins.
09:03 15      MR. ROLLINS:  Your Honor, I believe that's
09:03 16  roughly correct, just for the caveat that I believe
09:03 17  defense counsel went a bit beyond that three hours
09:03 18  last time.  The government is certainly going to
09:03 19  try to wrap it up in about two hours, but we would
09:03 20  ask that a little bit of latitude be given, if
09:03 21  necessary, to go a tad beyond that in light of what
09:03 22  happened the last time.
09:03 23      THE COURT:  I have a matter of a guilty
09:03 24  plea through the video link at MBC, and I don't
09:03 25  want that to go to waste, and that is at noon, so I

Page 140

09:03 1   would prefer that the parties, you know, be done
09:04 2   before noon.  The government has two hours.  We'll
09:04 3   see if you need a little more.  I will certainly
09:04 4   provide some time to the defense for
09:04 5   cross-examination despite the use of the previously
09:04 6   allotted time.  But, nonetheless, it won't be more
09:04 7   than 30 minutes.
09:04 8       So let's get started here.  The parties
09:04 9   have -- let me -- let me allow it to be translated.
09:04 10      MR. ROLLINS:  I'm sorry, Your Honor.  I
09:04 11  believe -- Ms. Hong Li, I believe the parties have
09:04 12  agreed that this portion need not be interpreted
09:04 13  over Zoom.
09:04 14      INTERPRETER LI:  Okay.
09:04 15      THE COURT:  I understand.  Then let's get
09:04 16  started.
09:04 17      Mr. Guan, I will remind you that this
09:04 18  deposition is taking place with your consent.  It is
09:04 19  in lieu of either testimony in the courtroom at your
09:05 20  trial or an in-person deposition.  And the purpose of
09:05 21  this, of course, is our hope that Ms. Yang will be
09:05 22  able to return to the People's Republic of China
09:05 23  earlier than she otherwise can.
09:05 24      INTERPRETER HONG:  Counsel, this part is
09:05 25  also the responsibility of the two other

Page 141

09:05 1   interpreters or --
09:05 2       MR. ROLLINS:  Yes.  This portion can be --
09:05 3   I believe unless defense counsel objects, this
09:05 4   portion can be interpreted directly to the
09:05 5   defendant by the interpreters who are speaking with
09:05 6   him online.
09:05 7       INTERPRETER LIU:  Okay.
09:05 8       THE COURT:  Mr. Rollins, you may begin.
09:05 9       MR. ROLLINS:  Thank you, Your Honor.  And
09:05 10  just for the record, could we get confirmation as
09:05 11  to whether any representatives of the Chinese
09:06 12  consulate are participating today in the call?
09:06 13      Hearing nothing, I will proceed with my
09:06 14  questions.
09:06 15
09:06 16      EXAMINATION (RESUMED)
17    BY MR. ROLLINS:
09:06 18   Q.  Good morning, Ms. Yang.
09:06 19   A.  Good morning.
09:06 20   Q.  You and Guan Lei both participated in
09:06 21  military training at Lanzhou University; correct?
09:06 22   A.  Yes.
09:07 23   Q.  Okay.  I would like to show you some
09:07 24  photos.  This is Exhibit 67.  Ms. Yang, do you
09:07 25  recognize this photo?

3  (Pages 138 to 141)

Zhihui Yang - 1/22/2021

Page 142

09:07 1    (Deposition Exhibit 67 was marked you
09:07 2    know, for identification by the reporter
3    and is attached hereto.)
09:07 4    A.  Yes.
5    BY MR. ROLLINS:
09:07 6    Q.  What is it?
09:07 7    A.  This is to the front gate of Lanzhou
09:07 8    University.
09:07 9    Q.  Okay.  Does that fairly and accurately
09:07 10   depict the front gate of that university?
09:07 11   A.  I do not understand what you are driving
09:07 12   at.
09:07 13   Q.  Does this look like a correct photo of the
09:07 14   university?
09:08 15   A.  I do not recall exactly.
09:08 16   MR. LI:  Objection.  Lack of foundation.
09:08 17   THE COURT:  Overruled based on the prior
09:08 18   answer.
19   BY MR. ROLLINS:
09:08 20   Q.  Ms. Yang, I'm going to show you now
09:08 21   Exhibit 68.
09:08 22   (Deposition Exhibit 68 was marked for
23   identification by the reporter and is
09:08 24   attached hereto.)
09:08 25   MR. LI:  Objection.  Lack of foundation.

Page 143

09:08 1    THE COURT:  A question is not pending, Mr.
09:08 2    Li.
09:08 3    THE INTERPRETER:  I'm sorry.  Can you
09:08 4    repeat that part, please?
09:08 5    THE COURT:  A question is not pending,
09:08 6    Mr. Li.
09:09 7    Mr. Rollins, is there a question?
09:09 8    BY MR. ROLLINS:
09:09 9    Q.  Ms. Yang, are you able to see Exhibit 68?
09:09 10   A.  Yes.
09:09 11   Q.  And what is that?
09:09 12   A.  From this picture, I can see it's a map.
09:09 13   Q.  A map of what?
09:09 14   A.  It looks like a map of the campus at
09:09 15   Lanzhou University.
09:09 16   Q.  Okay.  And turning now to Exhibit 69.  Do
09:10 17   you recognize that?
18   (Deposition Exhibit 69 was marked for
19   identification by the reporter and is
20   attached hereto.)
09:10 21   A.  I'm not too sure.
22   BY MR. ROLLINS:
09:10 23   Q.  Okay.  And how about Exhibit 70?
24   (Deposition Exhibit 70 was marked for
25   identification by the reporter and is

Page 144

09:10 1    attached hereto.)
09:10 2    MR. LI:  Again, Your Honor, objection.
09:10 3    Calls for speculation.  Lack of foundation.
09:10 4    THE COURT:  Mr. Li, I will deem this
09:11 5    objection an objection to the next question.
09:11 6    Go ahead, Mr. Rollins.
7    (Speakers talking simultaneously.)
8    MR. ROLLINS:  My apologies, Madam
9    Interpreter.
10   THE INTERPRETER:  No problem.
11   (Interpreter translated.)
12   BY MR. ROLLINS:
09:11 13   Q.  Ms. Yang, do you recognize Exhibit 70?
09:11 14   A.  This looks like one of the campuses of
09:11 15   Lanzhou University.
09:11 16   Q.  Okay.  And where did the military training
09:11 17   take place on this map?
09:11 18   A.  It was not done at this particular
09:12 19   location.
09:12 20   Q.  Okay.  And if you could flip back to
09:12 21   Exhibit 68 and let me know if you recognize where
09:12 22   the military training took place on that map.
09:12 23   MR. LI:  Objection.  Translation error.
09:12 24   She used "campus," not "this location."
09:12 25   THE INTERPRETER:  Your Honor, the

Page 145

09:12 1    interpreter stands by the -- abide by the
09:12 2    interpretation.
09:12 3    THE COURT:  Then the interpreter's
09:12 4    judgment in this matter will stand.
09:12 5    THE INTERPRETER:  Counsel, he said -- she
09:12 6    said -- the witness said "shaochi."  That's
09:12 7    "location."
09:12 8    MR. LI:  That means "campus."
09:12 9    THE INTERPRETER:  The campus, that's "this
09:13 10   location."
09:13 11   THE COURT:  Mr. Rollins, you may ask a
09:13 12   follow-up question.
09:13 13   BY MR. ROLLINS:
09:13 14   Q.  Ms. Yang, on Exhibit 68, could you
09:13 15   identify on the map where the military training
09:13 16   took place?
09:13 17   A.  As far as I can recall, the military
09:13 18   training was carried out on this first ground, as
09:13 19   well as on the road.  However, just by -- just by
09:13 20   looking at this map, I do not get it.  I do not
09:13 21   have a clear understanding of this map.
09:14 22   Q.  Understood.  But you recognize this to be
09:14 23   a map of Lanzhou University?
09:14 24   A.  And this is the map of Lanzhou University
09:14 25   at the campus of Yuzhong.

4  (Pages 142 to 145)

Zhihui Yang - 1/22/2021

Page 146

09:14 1    MR. ROLLINS:  Okay.  At this time, Your
09:14 2  Honor, the Government --
09:14 3    MR. LI:  I object to the translation
09:14 4  error.
09:14 5    THE COURT:  The objection to the
09:14 6  translation error is overruled.
09:14 7    And, Mr. Rollins, you may ask your next
09:14 8  question.
09:14 9    MR. LI:  Your Honor, may I ask the
09:14 10  interpreter to discuss the translation error?
09:14 11    THE COURT:  You may briefly do so, Mr. Li.
09:15 12  (Mr. Li speaks in Mandarin.)
09:15 13    THE INTERPRETER:  No.  My interpretation
09:15 14  was that this is the campus or -- this is the map
09:15 15  for Lanzhou University at the campus of Yuzhong.
09:15 16  That was my interpretation.
09:15 17    THE COURT:  Madam Interpreter, that is, in
09:15 18  fact, what was requested.  So, Mr. Li, your
09:15 19  objection is overruled.
09:15 20    Mr. Rollins, ask your next question.
09:15 21    THE INTERPRETER:  Thank you, Mr. Li.  I
09:15 22  appreciate your observation.
09:15 23    MR. LI:  Thank you.
09:15 24    THE INTERPRETER:  You are welcome.
09:15 25    MR. ROLLINS:  Your Honor, may I suggest

Page 147

09:15 1  that counsel preserve any -- all interpretation
09:15 2  objections?  Because I think there could be an
09:15 3  issue with getting through this in the allotted
09:15 4  time for the government if counsel is --
09:15 5    THE COURT:  That -- any objections to the
09:15 6  interpretation will be preserved.  But,
09:15 7  Mr. Rollins, at some point, it might be that if
09:15 8  that was cleared up, it would save time and it
09:15 9  would keep us from having problems later.  So, you
09:16 10  know, if it's going to be an ongoing issue, then
09:16 11  it's better to just get it resolved.
09:16 12    Go ahead, Mr. Rollins.
09:16 13    MR. ROLLINS:  Understood, Your Honor.  We
09:16 14  just would, I guess, move at this point to
09:16 15  conditionally admit Exhibits 67, 68, and 70.
09:16 16    THE COURT:  All right.  And they are
09:16 17  admitted on that basis.
09:16 18  BY MR. ROLLINS:
09:16 19    Q.  Ms. Yang, did you and Guan Lei also
09:16 20  wear -- did you wear dark blue uniforms during
09:16 21  military training at Lanzhou?
09:16 22    A.  I'm not sure, the approximate appearance
09:17 23  of -- approximate look of that piece of
09:17 24  clothing.
09:17 25    Q.  Isn't it true that you previously told the

Page 148

09:17 1  government that you wore dark blue uniforms during
09:17 2  military training?
09:17 3    A.  My answer at the time was probably it
09:17 4  could be the dark blue clothes or blue clothes.  I
09:17 5  said -- I mentioned lots of possibilities.
09:17 6    Q.  What did the uniforms you wore look like?
09:18 7    A.  I'm not too sure.  I do not recall.
09:18 8    Q.  What did the uniforms that Guan Lei wore
09:18 9  look like?
09:18 10    A.  It should be the same.  All of the
09:18 11  students at Lanzhou University that took the
09:18 12  military training were wearing the same thing.
09:18 13    Q.  So everyone at your university wore the
09:18 14  same uniform, and you don't remember what that
09:18 15  uniform looked like?
09:18 16    A.  Okay.  The one I was wearing, that was the
09:18 17  same as everybody else was wearing, but I do not
09:19 18  recall how it looked like.
09:19 19    THE INTERPRETER:  Oh, I'm sorry.  The
09:19 20  interpreter -- I thought you said (speaking in
09:19 21  Mandarin).
09:19 22    A.  Okay.  What I mentioned was that the
09:19 23  students -- the clothing worn by the entire class
09:19 24  of students, not my -- the particular clothing I
09:19 25  was wearing.

Page 149

09:19 1    MR. LI:  Objection to the translation
09:19 2  error (speaking in Mandarin).
09:19 3    THE INTERPRETER:  (Speaking in Mandarin.)
09:19 4  Counsel, Your Honor, interpreter stands by the
09:19 5  interpretation.
09:19 6    THE COURT:  The -- Mr. Li, I understand
09:19 7  that there is -- you have these issues, but unless
09:19 8  it would save time going forward because it's going
09:20 9  to be a recurring issue, I would ask you to reserve
09:20 10  those, and we'll deal with them later --
09:20 11    MR. LI:  Okay.
09:20 12    THE COURT:  -- so we'll be able to finish
09:20 13  the deposition.
09:20 14    MR. LI:  Okay.
09:20 15    THE COURT:  A challenge to every question.
09:20 16    MR. LI:  Your Honor --
09:20 17    THE INTERPRETER:  Your Honor, may I have a
09:20 18  word with Mr. Li, please?
09:20 19    THE COURT:  You may.
09:20 20    THE INTERPRETER:  Yeah, just quickly.  Mr.
09:20 21  Li, the "class" in China might mean a particular
09:20 22  class, a group of 30 or 20 or 30 people.  But in
09:20 23  United States -- in the English language, a
09:20 24  class 2019 usually refers to all of the students
09:20 25  that graduate in that entire year.  That's my

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

---

Page 150

```
09:20  1  understanding, and that was my interpretation.
09:20  2        MR. LI:  I think I will stipulate as to
09:20  3  the judge's ruling.  I will reserve all the
09:20  4  translation errors, and I can raise them when
       5  (unintelligible) so we can save time.
       6        THE INTERPRETER:  All right.  Thank you,
09:21  7  Mr. Li.
09:21  8        (Reporter interruption for clarification
09:21  9        of the record.)
09:21  10       MR. LI:  We are going to take care of
09:21  11  those later to save time for this deposition.
09:21  12       THE INTERPRETER:  Your Honor, from the
09:21  13  interpreter's perspective, there hasn't been any
09:21  14  mistakes in the interpretation so far.
09:21  15       THE COURT:  I understand that.
09:21  16       THE INTERPRETER:  Thank you, Your Honor.
09:21  17       THE COURT:  Mr. Rollins, ask your next
09:21  18  question.
09:21  19  BY MR. ROLLINS:
09:21  20     Q.  Ms. Yang, it's your testimony under oath
09:21  21  that you remember nothing about what the uniforms
09:21  22  at Lanzhou University looked like?
09:21  23     A.  I do not have -- I do not recall that.
09:22  24     Q.  I would like to show you some photos
09:22  25  again.  This is Exhibit 75.  Do any of these look
```

Page 151

```
09:22  1  familiar to you?
09:22  2        (Deposition Exhibit 75 was marked for
       3        identification by the reporter and is
       4        attached hereto.)
09:22  5        MR. LI:  Objection.  Lack of foundation.
09:22  6        THE COURT:  Overruled.
09:22  7     A.  I am familiar with none of them.
09:22  8  BY MR. ROLLINS:
09:22  9     Q.  Okay.  I would like to ask you to look at
09:22  10  Exhibit 956.
       11       (Deposition Exhibit 956 was marked for
       12       identification by the reporter and is
       13       attached hereto.)
       14  BY MR. ROLLINS:
09:22  15     Q.  Any of these look familiar to you?
09:22  16     A.  I am not familiar with any of those.
09:23  17     Q.  Same question for 957.
       18       (Deposition Exhibit 957 was marked for
       19       identification by the reporter and is
       20       attached hereto.)
09:23  21     A.  I am not familiar with -- I'm not familiar
09:23  22  either.
       23  BY MR. ROLLINS:
09:23  24     Q.  And the same question for 959.
09:23  25       (Deposition Exhibit 959 was marked for
```

Page 152

```
09:23  1  identification by the reporter and is
09:23  2  attached hereto.)
09:23  3     A.  I am not familiar.
09:23  4        MR. ROLLINS:  And 965.
09:23  5        (Deposition Exhibit 965 was marked for
       6        identification by the reporter and is
       7        attached hereto.)
09:23  8     A.  I am not familiar.
09:23  9  BY MR. ROLLINS:
09:23  10     Q.  Ms. Yang, did you participate in military
09:23  11  training at Fudan University?
09:23  12     A.  I was having the doctorate studies at
09:24  13  Fudan University.  No, I did not.
09:24  14     Q.  Graduate students don't typically have to
09:24  15  participate in military training, do they?
09:24  16     A.  Master -- there are two different kinds of
09:24  17  master's graduate students.  One is for master's
09:24  18  degree, and the other one is for the doctorate
09:24  19  degrees.
09:24  20     Q.  Ms. Yang, you said before, in your first
09:24  21  day of deposition testimony, that all college
09:24  22  students in China have to participate in military
09:24  23  training.  Is that right?
09:24  24     A.  Yes.
09:24  25     Q.  How many universities are there in China?
```

Page 153

```
09:25  1     A.  I don't know.
09:25  2     Q.  How many have you personally been to?
09:25  3     A.  Two.
09:25  4     Q.  Which are those?
09:25  5     A.  I want to ask you, in your last question
09:25  6  asked, what do you mean by "had been to"?
09:25  7     Q.  Visited, ever.
09:25  8     A.  Then I do not recall how many -- how many
09:25  9  there were.
09:25  10     Q.  You don't remember how many universities
09:25  11  in China you visited?
09:25  12     A.  I do not recall how many universities I
09:25  13  have for -- visited in China.
09:26  14     Q.  Please state the names of the universities
09:26  15  that you can remember visiting.
09:26  16     A.  For example, Lanzhou University.
09:26  17     Q.  Please continue.
09:26  18     A.  Fudan University.  National University
09:26  19  for --
09:26  20        THE INTERPRETER:  I'm sorry.  Maybe -- let
09:26  21  me see.
09:26  22        MR. LI:  Defense Technology.
09:26  23        THE INTERPRETER:  National University of
09:26  24  Defense Technology.
09:26  25        Thank you, Mr. Li.
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Zhihui Yang - 1/22/2021

Page 154

BY MR. ROLLINS:

Q. Any others?

A. Those are what I can recall for now.

Q. You do not remember visiting any other universities in China aside from the three that you just mentioned?

A. Right now I do not recall if I have ever visited any of the other universities in China other than those three.

Q. Ms. Yang, you were aware that the FBI was investigating Guan Lei on July 17th, 2020; correct?

A. Can you repeat that question, please?

Q. Guan Lei told you that the FBI spoke to him on July 17th; correct?

A. Well, those two questions were different. Right?

THE COURT: Mr. Rollins, is government's question whether the conversation suggested by you with Mr. Guan took place on that date or whether Mr. Guan spoke with the FBI on that date?

MR. ROLLINS: I will rephrase, Your Honor.

Q. Ms. Yang, did Guan Lei tell you that the FBI visited him in July 2020?

A. On July 17th, two FBI came to my apartment.

Page 155

Q. And you were present; correct?

A. When FBI arrived, I was -- I was there. I was present. Then later, I went back to -- went back into my room.

Q. Guan Lei told you all of the questions that the FBI asked him that day; correct?

A. I don't know.

Q. Isn't it true that you previously told the government that Guan Lei told you the questions that the FBI asked him?

INTERPRETER JOHNSTON: This is Mandarin Interpreter Sunny. For some reason, Mr. Guan Lei's interpreter, Cathy [sic] Li, her voice came through. I don't know. She muted herself.

A. My apologies. This question was different from the questions prior.

The first question was whether he had told me all the questions he was asked. I responded I don't know. The second question was whether he told me or not.

BY MR. ROLLINS:

Q. Did Guan Lei tell you all the questions that the FBI asked him during the interview?

A. I don't know.

Q. Did he tell you any question?

Page 156

A. He told me some questions.

Q. What questions did he tell you, Ms. Yang?

A. At the present time, I recall he mentioned the FBI agent showed him a picture of Professor Lu Xi Cheng wearing a uniform.

THE INTERPRETER: The spelling for Lu Xi Cheng is L-U, space, X-I-N-G, C-H-E-N-G. I'm sorry. X-I, C-H-E-N-G.

BY MR. ROLLINS:

Q. Ms. Yang, I would like you to take a look at Exhibit 88.

Do you recognize that, Ms. Yang?

(Deposition Exhibit 88 was marked for identification by the reporter and is attached hereto.)

A. By looking at this photo, what I can read is this is a record of FBI's question and response.

BY MR. ROLLINS:

Q. Did you write this? Did you write this document?

A. No.

Q. Did Guan Lei write this document?

A. I don't know.

Q. You've never seen this document before today?

Page 157

A. I have seen it in recent times.

MS. BEDNARSKI: Your Honor, I'm going to -- this is Marilyn Bednarski. I'll just object preemptively to inquiries that might involve attorney-client communications.

THE COURT: The objection is sustained.

Ms. Yang, you don't need to tell us what you and your lawyer discussed. So as you just did, you -- if you are asked if you've seen a document before, then just say "not talking about recently," and then, you know, answer the question truthfully.

Mr. Rollins, you may ask your next question.

A. One second. I did not understand what the judge said.

THE INTERPRETER: The interpreter will provide the interpretation.

(Interpreter translated.)

A. Your question was, have I seen this document before today or not?

MR. ROLLINS: I can rephrase, Your Honor, very mindful of that issue and certainly don't want to invade the privilege.

Q. So what I'm asking, Ms. Yang, is whether Guan Lei ever showed you this document.

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Zhihui Yang - 1/22/2021

Page 158

09:36 1    A.  I don't remember.
09:36 2    Q.  Did Guan Lei tell you that the FBI asked
09:36 3 him questions about the People's Liberation Army?
09:36 4    A.  What I can remember at the present time is
09:36 5 that he mentioned to me FBI showed him a picture of
09:36 6 Professor Lu Xi Cheng wearing his uniform.
09:37 7    Q.  And that's all you can remember about
09:37 8 those questions?
09:37 9    A.  There is another one where the FBI took
09:37 10 his cell phone and was promised to give it back to
09:37 11 him the following day around noontime, but it
09:37 12 wasn't returned until the evening.
09:37 13    Q.  And so you understood that the FBI was
09:37 14 interested in the phones that Guan Lei had; right?
09:37 15    A.  I don't.
09:37 16    Q.  Ms. Yang, did Guan Lei tell you that the
09:38 17 FBI asked to review his computer?
09:38 18    A.  I don't remember.
09:38 19    Q.  Ms. Yang, did Guan Lei tell you that the
09:38 20 FBI asked him about his work at UCLA?
09:38 21    A.  I don't remember.
09:38 22    Q.  Did Guan Lei tell you that the FBI had
09:38 23 asked him about digital storage devices?
09:38 24    A.  I don't remember.
09:38 25    Q.  At the time that you asked Guan Lei to

Page 159

09:38 1 destroy your Seagate hard drive, you were aware
09:38 2 that the FBI had visited your apartment; right?
09:39 3    A.  I didn't know that the FBI wanted to
09:39 4 investigate our apartment -- to inspect our
09:39 5 apartment.
09:39 6    Q.  Ms. Yang, you went to the Chinese
09:39 7 consulate with Guan Lei on July 7th, 2020; correct?
09:39 8    A.  I don't remember the time.
09:39 9    Q.  Early July?
09:40 10    A.  I don't remember the time.
09:40 11    Q.  Okay.  Let me ask you to take a look at
09:40 12 Exhibit 76.  Do you recognize this?
09:40 13       (Deposition Exhibit 76 was marked for
09:40 14       identification by the reporter and is
09:40 15       attached hereto.)
09:41 16    A.  This is a Lyft receipt.
09:41 17 BY MR. ROLLINS:
09:41 18    Q.  Okay.  Do you remember that trip that's in
09:41 19 that receipt?
09:41 20    A.  This receipt shows that I took a trip, a
09:41 21 ride.
09:41 22    Q.  Was this your trip to the consulate?
09:41 23    A.  It's very possible, possible.  I think so.
09:42 24    Q.  Okay.  So over the summer, do you remember
09:42 25 going to the Chinese consulate with Guan Lei?

Page 160

09:42 1    A.  The date shown on this receipt is
09:42 2 July 8th.
09:42 3    Q.  Do you remember going to the Chinese
09:42 4 consulate in the summer of 2020 with Guan Lei?
09:42 5    A.  I did go with him together.
09:42 6    Q.  On that trip, did anyone from the Chinese
09:42 7 government tell Guan Lei to delete data before he
09:42 8 left the United States?
09:43 9       MR. LI:  Objection.  Calls for
09:43 10 speculation.
09:43 11       THE COURT:  Overruled.
09:43 12    A.  I don't know.
09:43 13 BY MR. ROLLINS:
09:43 14    Q.  You don't know because you were very
09:43 15 relaxed on that trip; right?
09:43 16    A.  Possibly.
09:43 17    Q.  Isn't it true that when the government
09:43 18 asked you that question before, you said that you
09:43 19 didn't know because at that time you didn't pay
09:43 20 attention?  You were very relaxed.
09:43 21    A.  Yes.
09:44 22    Q.  You also don't remember whether you were
09:44 23 with Guan Lei the entire time inside the consulate,
09:44 24 do you?
09:44 25    A.  I don't remember.

Page 161

09:44 1    Q.  Ms. Yang, I would like you to look at
09:44 2 Exhibit 49.  Do you recognize this?
09:45 3       (Deposition Exhibit 49 was marked for
09:45 4       identification by the reporter and is
09:45 5       attached hereto.)
09:45 6    A.  From this photo, I see a computer, face
09:45 7 masks, some other items, a cup, a watch, and a
09:45 8 wallet.
09:45 9 BY MR. ROLLINS:
09:45 10    Q.  The box --
09:45 11    A.  Et cetera.
09:45 12    Q.  The box containing the face masks, is that
09:45 13 a health packet from the Chinese consulate?
09:45 14    A.  I don't remember.
09:45 15    Q.  You received a health packet before;
09:46 16 correct?
09:46 17    A.  Before -- when before?
09:46 18    Q.  When did you receive a health packet in
09:46 19 the United States from the Chinese government?
09:46 20    A.  I don't remember the time.  I do remember
09:46 21 I received a health package several times.
09:46 22    Q.  You received multiple health packets from
09:46 23 the Chinese government?
09:47 24    A.  I don't understand when you said I
09:47 25 received it from the Chinese government sometimes.

8 (Pages 158 to 161)

Zhihui Yang - 1/22/2021

Page 162

09:47 1   Q.  Where did you receive it?
09:47 2   A.  UCI campus.
09:47 3   Q.  From whom?
09:47 4   A.  I don't know.
09:47 5   Q.  You have no idea who gave that to you?
09:47 6   A.  I don't remember what the name was.
09:47 7   Q.  Guan Lei also received a health packet at
09:47 8   UCI; correct?
09:47 9   A.  Yes.
09:47 10  Q.  Did the Chinese consulate ever invite you
09:48 11  to go into the consulate to receive a health
09:48 12  packet?
09:48 13  A.  No.
09:48 14  Q.  Aside from Guan Lei, are you aware of
09:48 15  anyone else who was invited by the Chinese
09:48 16  consulate to receive a health packet?
09:48 17  A.  I don't know.
09:48 18  Q.  So, no, you're not aware of any other
09:48 19  person or -- excuse me, strike that.
09:48 20      You're not aware of any other student who
09:48 21  was invited by the Chinese consulate to receive a
09:48 22  health packet?
09:48 23      MR. LI:  Objection.  Compound and
09:48 24  misleading.
09:49 25      THE COURT:  Overruled.

Page 163

09:49 1   A.  I don't know.
09:49 2   BY MR. ROLLINS:
09:49 3   Q.  When was Guan Lei contacted by the Chinese
09:49 4   consulate to be asked or to come to the consulate
09:49 5   to receive a health packet?
09:49 6   A.  I don't know.
09:49 7   Q.  You recall that he was invited to the
09:49 8   consulate to receive a health packet, though;
09:49 9   correct?
09:49 10      THE INTERPRETER:  I'm sorry, Mr. Rollins.
09:49 11  One more time, please.
09:49 12  BY MR. ROLLINS:
09:49 13  Q.  You previously told the government that
09:49 14  Guan Lei was invited to the consulate to retrieve a
09:49 15  health packet; correct?
09:50 16  A.  Yes, but your previous question was asking
09:50 17  about the time, so I don't know.
09:50 18  Q.  You previously told the government that
09:50 19  Guan Lei was invited to the consulate to retrieve a
09:50 20  health packet; correct?
09:50 21  A.  Yes.
09:50 22  Q.  You went to the consulate all the way from
09:50 23  Irvine because you were bored; right?
09:51 24  A.  Can you ask the question one more time,
09:51 25  please?

Page 164

09:51 1   Q.  You previously -- you went to the
09:51 2   consulate from Irvine because you were bored;
09:51 3   right?
09:51 4   A.  Yes.
09:51 5   Q.  You waited outside for two hours before
09:51 6   going inside; right?
09:51 7   A.  I'm not sure.  I think two hours is just
09:51 8   an estimate.
09:51 9   Q.  Were you with Guan Lei the entire time he
09:52 10  was inside the consulate?
09:52 11  A.  I don't remember.
09:52 12  Q.  You don't remember whether you were with
09:52 13  Guan Lei the entire time he was in the consulate?
09:52 14  A.  I don't.
09:52 15  Q.  What were you doing?
09:52 16  A.  I don't remember.
09:52 17  Q.  Ms. Yang, would you please take a look at
09:52 18  Exhibit 912.
09:52 19      (Deposition Exhibit 912 was marked for
09:52 20      identification by the reporter and is
09:53 21      attached hereto.)
09:53 22  BY MR. ROLLINS:
09:53 23  Q.  Do you recognize the email addresses on
09:53 24  this exhibit, Ms. Yang?
09:53 25  A.  From this photo, the email I reads -- I

Page 165

09:53 1   read -- I read is Education Office of Chinese
09:54 2   Embassy.
09:54 3   Q.  And did you correspond with anyone at that
09:54 4   email?
09:54 5   A.  I don't remember.
09:54 6   Q.  Do you know whose email address is
09:54 7   admin@sino-education.org?
09:54 8   A.  I don't know, but from this email, it says
09:54 9   "Education Office of Chinese Embassy."
09:54 10  Q.  Do you recognize the email address
09:54 11  "guanlei" under the "From" column there?
09:55 12  A.  I do.
09:55 13  Q.  Whose email address is that?
09:55 14  A.  This is Guan Lei's Gmail.
09:55 15  Q.  You corresponded with Guan Lei at that
09:55 16  Gmail; correct?
09:55 17      MR. LI:  Objection.  It's vague and
09:55 18  ambiguous.  I don't know what the question is.
09:55 19      THE COURT:  Overruled.
09:55 20  A.  What was your question moments ago?
09:55 21  BY MR. ROLLINS:
09:55 22  Q.  Have you corresponded with Guan Lei at
09:55 23  this email address?
09:56 24  A.  Yes.
09:56 25  Q.  Okay.  I would like you to take a look now

9 (Pages 162 to 165)

Zhihui Yang – 1/22/2021

Page 166

09:56 1  at Exhibit 77.
09:56 2      (Deposition Exhibit 77 was marked for
3      identification by the reporter and is
4      attached hereto.)
5  BY MR. ROLLINS:
09:56 6      Q.  Do you recognize this, Ms. Yang?
09:56 7      A.  This photo shows the Lyft receipt again.
09:57 8      Q.  How did you get to the Chinese consulate
09:57 9  when you went with Guan Lei?
09:57 10     A.  Ride sharing.
09:57 11     Q.  Was it Lyft?
09:57 12     A.  I think so.
09:57 13     Q.  Ms. Yang, can you take a look at
09:57 14  Exhibit 31 on the screen in front of you and just
09:57 15  let me know if you recognize that?
09:57 16         (Deposition Exhibit 31 was marked for
17         identification by the reporter and is
18         attached hereto.)
09:58 19     A.  I don't know.
09:58 20  BY MR. ROLLINS:
09:58 21     Q.  You do not recognize this photograph?
09:58 22     A.  From this photo, I was able to recognize
09:58 23  the Chinese flag and Chinese emblem.
09:58 24     Q.  You don't know what this building is?
09:58 25     A.  I don't.

Page 167

09:58 1      Q.  You've never been to this building?
09:58 2      A.  I don't know.
09:58 3      Q.  Is this the Chinese consulate in
09:58 4  Los Angeles?
09:58 5      A.  I don't know.
09:59 6      Q.  Ms. Yang, you are a member of the Chinese
09:59 7  Communist Party; correct?
09:59 8      A.  Yes -- well, I didn't fully understand
09:59 9  your question.
09:59 10     Q.  Are you a member of the Chinese Communist
09:59 11  Party?
09:59 12     A.  Yes.
09:59 13     Q.  Do you remember the Chinese consular
09:59 14  officers who attended the deposition last time?
09:59 15     A.  I don't.
09:59 16     Q.  You never met them?
09:59 17     A.  I don't remember the name of the consular
09:59 18  who attended the last deposition.
10:00 19     Q.  Did you recognize him?
10:00 20     A.  I don't.
10:00 21     Q.  You had never seen him before?
10:00 22     A.  I don't remember.  I do not recognize, so
10:00 23  I do not know who they -- the ambassador that
10:00 24  attended to the last deposition from the consulate.
10:00 25     Q.  Did you invite the consulate to attend the

Page 168

10:00 1  deposition last time?
10:00 2      A.  No.
10:00 3      Q.  Do you know who did?
10:00 4      A.  I don't know.
10:00 5      Q.  Do you know why they participated?
10:00 6      A.  I do not know.
10:01 7      Q.  You are a computer scientist working on
10:01 8  your Ph.D. at Fudan University; right, Ms. Yang?
10:01 9      A.  Yes.
10:01 10     Q.  How many times have you instructed someone
10:01 11  else to falsely describe you as a coauthor on
10:01 12  academic papers?
10:01 13         MR. LI:  Objection.  Calls for
10:01 14  speculation.  Calls for a legal conclusion.
10:01 15  Argumentative.
10:01 16         THE COURT:  Overruled.
10:01 17         A.  What was his question just now?
10:02 18  BY MR. ROLLINS:
10:02 19     Q.  How many times have you instructed someone
10:02 20  else to falsely describe you as a coauthor on
10:02 21  academic papers?
10:02 22     A.  I have never done such things before.
10:02 23     Q.  Isn't it true that you previously told the
10:02 24  government that Guan Lei listed you as a coauthor
10:02 25  on papers that you did not in fact author?

Page 169

10:03 1      A.  I want to hear this question again.
10:03 2      Q.  Isn't it true that you previously told the
10:03 3  government Guan Lei listed you as a coauthor on
10:03 4  papers that you did not in fact author?
10:03 5      A.  During that conversation, I did
10:03 6  mention that I indeed provided some comments to
10:04 7  him.
10:04 8      Q.  Ms. Yang, did Guan Lei list you as a
10:04 9  coauthor on papers where you provided no written
10:04 10  work in order to help you get a job?
10:04 11     A.  No, that's not correct.
10:04 12     Q.  You coauthored papers with Guan Lei;
13  right?
10:05 14     A.  Yes.
10:05 15     Q.  Okay.  I would like you to take a look at
10:05 16  Exhibit 915.
17         (Deposition Exhibit 915 was marked for
18         identification by the reporter and is
10:05 19         attached hereto.)
10:05 20  BY MR. ROLLINS:
10:05 21     Q.  Do you remember receiving this email,
10:05 22  Ms. Yang?
10:06 23     A.  Looking at this picture, yes.  That's one
10:06 24  of the emails I received.
10:06 25     Q.  Okay.  And who is Tao Sun?

10 (Pages 166 to 169)

Page 170

10:06  1      A.  Is this Exhibit 915?
10:06  2      Q.  Yes.  I'm talking about the page with
10:06  3   Bates Stamp 393.
10:06  4      A.  I don't know.  I don't know this person.
10:06  5      Q.  You've never coauthored any papers with
       6   him?
10:07  7      A.  I worked with Guan Lei in writing papers.
10:07  8      Q.  And you don't recognize this person?
10:07  9      A.  I do not know Sun Tao.
10:07  10     Q.  Is he in the Chinese military?
10:07  11     A.  I don't know.
10:07  12        MR. LI:  Objection.  Calls for
10:07  13   speculation.
10:07  14        THE COURT:  Overruled.
       15   BY MR. ROLLINS:
10:07  16     Q.  Ms. Yang, would you take a look at
10:07  17   Exhibit 920.
10:08  18        Do you recognize this document, this
10:08  19   exhibit?
10:07  20        (Deposition Exhibit 920 was marked for
       21        identification by the reporter and is
       22        attached hereto.)
10:08  23     A.  This is a rebuttal response to the
10:08  24   document coauthored -- or published by the three in
10:09  25   2020 and then published by the three.

Page 171

10:09  1   BY MR. ROLLINS:
10:09  2      Q.  Did you write this?
10:09  3      A.  No.  It was not written by me.
10:09  4      Q.  Did you review this for Guan Lei?
10:09  5      A.  Yes.
10:09  6      Q.  So Guan Lei wrote this?
10:09  7      A.  Yes.
10:09  8      Q.  Ms. Yang, did you look at Exhibit 926?
       9        (Deposition Exhibit 926 was marked for
       10        identification by the reporter and is
       11        attached hereto.)
       12   BY MR. ROLLINS:
10:10  13     Q.  Do you recognize this email, Ms. Yang?
10:10  14     A.  You mean this Gmail?
10:10  15     Q.  Do you recognize the entire exhibit?
10:10  16     A.  That was one of the emails I sent to Guan
10:11  17   Lei.
10:11  18     Q.  And who provided the written comments in
10:11  19   the margins of this Word document?
10:11  20     A.  I wrote those.
10:11  21        MR. ROLLINS:  Your Honor, at this time, we
10:11  22   move to conditionally admit Exhibits 915, 920, and
10:11  23   926.
10:11  24        THE COURT:  Those exhibits are
10:11  25   conditionally admitted.

Page 172

10:11  1      A.  Those articles have not been published
10:11  2   yet.
10:11  3   BY MR. ROLLINS:
10:11  4      Q.  I understand, Ms. Yang.  My question for
10:11  5   you now is:  Didn't you previously tell the
10:11  6   government that your English language abilities are
10:11  7   not good?
10:12  8      A.  I indeed think my English level is not
10:12  9   that good.  I have higher standards or requirement
10:12  10   for myself.
10:12  11     Q.  And Guan Lei's English is even worse;
10:12  12   right?
10:12  13     A.  I think his is a little worse than mine.
10:12  14     Q.  And yet you exchanged English-language
10:12  15   documents that discuss neural networks and
10:12  16   quadratic approximation strategies?
10:13  17        THE INTERPRETER:  Counsel, what is
10:13  18   "quadratic"?
10:13  19        MR. ROLLINS:  Quadratic approximation
10:13  20   strategies.
10:13  21        THE INTERPRETER:  Hold on a second.  This
10:13  22   interpreter needs to check the Chinese meaning of
10:13  23   that term.  I'm sorry.
10:13  24        Counsel, how do you spell "quadratic,"
10:13  25   please?

Page 173

10:13  1        MR. ROLLINS:  It's -- if you can see it,
10:13  2   it's Q-A -- oh, excuse me, Q-U-A-D-R-A-T-I-C.
10:13  3        THE INTERPRETER:  Okay.  Thank you.
10:13  4        Sorry, Your Honor.  Just give me a second.
10:13  5   This is kind of technical.
10:14  6        (Interpreter translated.)
10:14  7      A.  My conversation with him was in Chinese.
10:14  8   BY MR. ROLLINS:
10:14  9      Q.  You don't understand this document?
10:14  10     A.  Well, those are two questions.
10:14  11     Q.  Ms. Yang, who is Dong Shen Li?
10:15  12     A.  You mean Li Dong Shen?
10:15  13     Q.  Yes.
10:15  14        THE INTERPRETER:  I'm sorry, Your Honor.
10:15  15   Her voice broke up.  I need her to repeat.
10:15  16     A.  Li Dong Shen is one of his tutorial
10:15  17   professors.
10:15  18   BY MR. ROLLINS:
10:15  19     Q.  Have you ever met him?
10:15  20     A.  No.
10:15  21     Q.  Who is Lu Xi Cheng?
10:15  22     A.  Lu Xi Cheng is one of his tutorial
10:15  23   professors.
10:15  24     Q.  Have you ever met him?
10:15  25     A.  No.

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

Zhihui Yang - 1/22/2021

Page 174

10:15 1     Q.  Have you ever had conversations with
10:16 2  either one of them?
10:16 3     A.  No.
10:16 4     Q.  But you coauthored papers with them;
     5  right?
10:16 6     A.  I worked with Guan Lei on the documents.
10:16 7     Q.  While you were in the U.S., did you learn
10:16 8  that Lu Xi Cheng was a member of People's
10:16 9  Liberation Army?
10:16 10    A.  After FBI's -- after conversation with the
10:16 11 FBI.
10:16 12    Q.  Guan Lei was the one who told you that Lu
10:16 13 Xi Cheng was in the PLA; right?
10:16 14    A.  Yes.
10:16 15    Q.  I want you to take a look now at
10:17 16 Exhibit 924.
     17        (Deposition Exhibit 924 was marked for
     18        identification by the reporter and is
10:17 19       attached hereto.)
     20 BY MR. ROLLINS:
10:17 21    Q.  Do you recognize this, Ms. Yang?
10:17 22    A.  This is a document where I provided my
10:17 23 input or comments in the rebuttal response.
10:18 24    Q.  Isn't it true that you previously told --
10:18 25    A.  This article had not yet been published

Page 175

10:18 1  yet.
10:18 2     Q.  Did you author all the papers listed on
10:18 3  your U.S. visa application, Ms. Yang?
10:18 4     A.  Yes.
10:18 5        I want to ask you the meaning of "author."
10:18 6     Q.  What do you understand that to mean?
10:18 7     A.  My understanding is that we have a
10:19 8  cooperation.  We conducted exchanges, and we
10:19 9  exchanged our ideas.  It does not necessariy mean
10:19 10 you have to write.
10:19 11    Q.  Isn't it true that when we discussed your
10:19 12 papers before, you said that you provided maybe one
10:19 13 or two sentences at max of input on this?
10:19 14    A.  I think the discussions we had were on the
10:19 15 articles that had already published.
10:19 16    Q.  Ms. Yang, did Guan Lei ever list you as an
10:19 17 author, right here, as you can see your screen
10:19 18 where I'm highlighting there, your name?  Did he
10:19 19 ever list you on papers to which you had provided
10:20 20 no input in order to help you get a job?
10:20 21    A.  No.
10:20 22    Q.  And you never told the government that
10:20 23 before?
10:20 24    A.  Well, you guys -- I don't think you guys
10:20 25 have ever asked me about that.

Page 176

10:20 1     Q.  Were you aware that Guan Lei also listed
10:20 2  you as a coauthor on a paper in his 2018 visa
10:20 3  application?
10:21 4     A.  I do not understand.  What do you mean,
10:21 5  the meanings of this question?
10:21 6     Q.  I will move on.  Do you recognize
10:21 7  Exhibit 966?
10:21 8        (Deposition Exhibit 966 was marked for
     9        identification by the reporter and is
     10       attached hereto.)
10:21 11    A.  Well, this is the document where I
10:21 12 provided comments during the rebuttal -- in their
10:21 13 rebuttal response.  And this document has not been
10:21 14 published.
     15 BY MR. ROLLINS:
10:22 16    Q.  Same question for this document published
10:22 17 September 2019, Exhibit 967.  Do you see that?
10:22 18       (Deposition Exhibit 967 was marked for
     19       identification by the reporter and is
10:23 20      attached hereto.)
10:23 21 BY MR. ROLLINS:
10:23 22    Q.  Do you recognize this one?
10:23 23    A.  Yes, I do.  And this is the article where
10:23 24 I provided limited comments, very little comments.
10:23 25    Q.  Okay.  And have you ever spoken to anyone

Page 177

10:23 1  on this line here that I'm highlighting other than
10:23 2  Guan Lei?
10:23 3     A.  What do you mean, spoke to -- spoke about?
10:23 4     Q.  Spoken, ever, about anything.
10:24 5     A.  No.  For the contents here, no.
10:24 6     Q.  Ms. Yang, do you recognize this photograph
10:24 7  that's on the screen?  This is Exhibit 17.
10:24 8        (Deposition Exhibit 17 was marked for
     9        identification by the reporter and is
10:24 10       attached hereto.)
10:24 11       MR. LI:  Objection.  Calls for -- lack of
10:24 12 foundation.
10:24 13       THE COURT:  Overruled.
10:24 14    A.  I don't know.
     15 BY MR. ROLLINS:
10:24 16    Q.  You've never seen this person before?
10:24 17    A.  No.
10:24 18    Q.  Did Guan Lei ever talk to you about this
10:24 19 person before?
10:24 20       MR. LI:  Objection.  Lack of foundation.
10:24 21       THE COURT:  Overruled.
10:24 22    A.  This person, I don't know who this person
10:24 23 is.
10:25 24 BY MR. ROLLINS:
10:25 25    Q.  Okay.  Exhibit 18 on your screen.  Just

12  (Pages 174 to 177)

Zhihui Yang - 1/22/2021

Page 178

10:25 1 showing you the photos of the same person.
10:25 2       (Deposition Exhibit 18 was marked for
3    identification by the reporter and is
4    attached hereto.)
10:25 5       MR. LI:  Same objection.
10:25 6       THE COURT:  Overruled.
10:25 7    A.  What's your question?
10:25 8 BY MR. ROLLINS:
10:25 9    Q.  You don't recognize this person either;
10 right?
10:25 11   A.  I don't know.  I don't recognize it.  I
10:25 12 don't know this person.
10:25 13   Q.  You have no recognition here either;
10:25 14 right?
10:25 15      THE COURT:  Is this Exhibit 19?
10:26 16      MR. ROLLINS:  Apologies.  Yes, Exhibit 19.
10:26 17      (Deposition Exhibit 19 was marked for
18   identification by the reporter and is
19   attached hereto.)
10:26 20   A.  I don't know who this person is.  However,
10:26 21 from the Chinese characters shown on this picture,
10:26 22 I know the Chinese characters.
23 BY MR. ROLLINS:
10:26 24   Q.  Okay.  What do these stars mean on his
10:26 25 shoulders?  Do you know?

Page 179

10:26 1    A.  I don't know.
10:26 2    Q.  Okay.  And Exhibit 20, do you recognize
10:26 3 that person?
10:27 4    A.  I don't know.
5       (Deposition Exhibit 20 was marked for
6    identification by the reporter and is
7    attached hereto.)
8 BY MR. ROLLINS:
10:27 9    Q.  Okay.  Exhibit 21.  Do you recognize that
10:27 10 person?
10:27 11   A.  I don't know this person.
12      (Deposition Exhibit 21 was marked for
13   identification by the reporter and is
14   attached hereto.)
15 BY MR. ROLLINS:
10:27 16   Q.  Okay.  Ms. Yang, you kept a Western
10:27 17 Digital external hard drive at 511 Gabrielino in
10:27 18 Irvine; correct?
10:28 19   A.  I did not get this question.
10:28 20   Q.  Did you own a Western Digital hard drive?
10:28 21   A.  Yes, I do.
10:28 22   Q.  And showing you Exhibit 28.  Does that
10:28 23 look like the type of hard drive that you owned?
10:28 24      (Deposition Exhibit 28 was marked for
25   identification by the reporter and is

Page 180

10:29 1    attached hereto.)
10:29 2    A.  Yes.
3 BY MR. ROLLINS:
10:29 4    Q.  And the same question about Exhibit 29.
10:29 5 Does that look like the same type?
10:29 6       (Deposition Exhibit 29 was marked for
7    identification by the reporter and is
8    attached hereto.)
10:29 9    A.  I want to ask you, what is your question?
10 BY MR. ROLLINS:
10:29 11   Q.  Does this also look like the same type?
10:29 12   A.  Well, it was written here on it which says
10:29 13 "Western Digital."
10:29 14   Q.  Okay.  Let me pause for this one and just
10:29 15 go back for a second to 28.  It will be easier if I
10:30 16 do this one at a time.  We'll move to conditionally
10:30 17 admit Exhibit 28.
10:30 18      THE COURT:  Admitted.
19 BY MR. ROLLINS:
10:30 20   Q.  And Exhibit 30 now, Ms. Yang.  If you
10:30 21 could look at that one.
10:30 22      (Deposition Exhibit 30 was marked for
23   identification by the reporter and is
24   attached hereto.)
25 BY MR. ROLLINS:

Page 181

10:30 1    Q.  Does this look like the same type of
10:30 2 Western Digital hard drive that you own?
10:30 3    A.  It looks like it.
10:30 4       MR. ROLLINS:  Okay.  I will move to
10:30 5 conditionally admit that as Exhibit 30.
10:30 6       THE COURT:  Admitted.
10:30 7 BY MR. ROLLINS:
10:30 8    Q.  So, Ms. Yang, does this look like the hard
10:30 9 drive before you asked Guan Lei to destroy it?
10:31 10   A.  I think there is a high probability, yes.
10:31 11   Q.  And where did you buy that, the Western
10:31 12 Digital hard drive, Ms. Yang?
10:31 13   A.  China.
10:31 14   Q.  Okay.  That was before you came to the
10:31 15 U.S., then, obviously.
10:31 16   A.  Yes.
10:31 17   Q.  And at some point, you decided you needed
10:31 18 help destroying it because it had your personal
10:31 19 data on it; right?
10:31 20   A.  Yes.
10:31 21   Q.  And can you remind me what was stored on
10:32 22 it?
10:32 23   A.  It stored a lot of my personal information
10:32 24 such as my ID number, my household registration, my
10:32 25 visa application, and my degrees.

13  (Pages 178 to 181)

Zhihui Yang – 1/22/2021

Page 182

10:32  1      Q.  Anything else?
10:33  2      A.  My projects, my work projects, my labs.
10:33  3  Also, some open source database.
10:33  4      Q.  And did Guan Lei store any data on that
10:33  5  hard drive?
10:33  6      A.  No.
10:33  7      Q.  How do you know that?
10:33  8      A.  I was the one who had been using this hard
10:33  9  drive.
10:33 10      Q.  You shared digital devices in your
10:33 11  apartment; correct?
10:33 12      A.  This one not included.
10:33 13      Q.  Is this the only device that you didn't
10:33 14  share?
10:33 15      A.  Also, the silver, black hard drive,
10:33 16  exclude that one.
10:34 17      Q.  Any other devices that you did not share?
10:34 18      A.  No.
10:34 19      Q.  So the only two invoices that you used
10:34 20  exclusively are the hard drive that Guan Lei is
10:34 21  charged with destroying and the Seagate that you
10:34 22  transferred everything to; correct?
10:34 23      A.  I would like to hear this question one
      24  more time.
10:34 25      MR. ROLLINS:  I withdraw that.

Page 183

10:34  1      Q.  Ms. Yang, did you decide you needed help
10:35  2  destroying the Western Digital hardware before or
10:35  3  after the FBI visited you on -- in the middle of
10:35  4  July?
10:35  5      A.  I don't remember the time.
10:35  6      Q.  You don't remember saying before that it
10:35  7  was July 25th?
10:35  8      A.  I said it because you said that.  I said
10:35  9  what you said.
10:35 10      Q.  So you have no memory of whether you told
10:35 11  Guan Lei to destroy that before or after the FBI
10:36 12  came to visit you?
10:36 13      A.  I don't remember the time.
10:36 14      Q.  Do you know if it was before or after Guan
10:36 15  Lei was prevented from leaving the United States at
10:36 16  LAX?
10:36 17      A.  I don't remember the time.
10:36 18      Q.  And you transferred everything from the
10:36 19  Western Digital to the Seagate because you were
10:36 20  planning to fly back to China on August 23rd; is
10:36 21  that right?
10:36 22      A.  I transferred the data from Western
10:37 23  Digital.  I copied the content to this one, to
10:37 24  silver, black one.
10:37 25      Q.  Right.  And you did that because you were

Page 184

10:37  1  planning to fly back to China; right?
10:37  2      A.  At that time, yes, I was preparing to go
10:37  3  home.
10:37  4      Q.  Okay.  I would like you to look at
10:37  5  Exhibits 936, 937, and 938.
10:38  6      A.  In regards to the previous question, at
10:38  7  that time, I was preparing to go home.  I didn't
10:38  8  want to bring too many items with me.
10:38  9      Q.  I understand, Ms. Yang.  If you could look
10:38 10  at those next exhibits, 936, 937, and 938.
10:38 11      So starting with Exhibit 936, Ms. Yang, do
10:39 12  you recognize the files that are depicted in this
10:39 13  screen grab here?
      14      (Deposition Exhibit 936 was marked for
      15      identification by the reporter and is
      16      attached hereto.)
10:39 17      A.  From this image, I see lots of app names.
      18  BY MR. ROLLINS:
10:39 19      Q.  Yeah.  And do you see the VeraCrypt app
10:39 20  here?
10:39 21      A.  I see it.
10:39 22      Q.  You see the "Date Modified" and the "Date
10:39 23  Accessed"?
10:40 24      A.  From this image, I see the "Date Created"
10:40 25  is January 23rd of 2020.  The "Date Modified" is

Page 185

10:40  1  July 24th, 2020.  "Date Accessed" is July 24th,
10:40  2  2020.  "Date Added" is July 24, 2020.
10:40  3      Q.  Were you using VeraCrypt software on
10:40  4  July 24th, 2020?
10:41  5      A.  I think there is a high probability.
10:41  6      Q.  Okay.  Was Guan Lei using VeraCrypt on
10:41  7  that date?
10:41  8      A.  No.
10:41  9      Q.  How do you know that?
10:41 10      A.  He didn't know about this app.
10:41 11      Q.  Guan Lei is also a Ph.D. in computer
10:41 12  science; right?
10:41 13      A.  Yes.
      14      Q.  And you were the only person who knew
      15  about VeraCrypt?
10:41 16      A.  I think a lot of people know where --
      17  VeraCrypt worldwide.
10:42 18      Q.  But not Guan Lei?
10:42 19      A.  Based on what I know, he doesn't know
10:42 20  about this.
10:42 21      Q.  Did you use VeraCrypt to encrypt any files
10:42 22  on your MacBook?
10:42 23      A.  I did not use VeraCrypt to encrypt the
10:42 24  documents on my Mac.
10:42 25      Q.  How did you use it?

14  (Pages 182 to 185)

**Zhihui Yang - 1/22/2021**

Page 186

10:42  1    A.  I used VeraCrypt to add a password on my
10:43  2  external hardware.
10:43  3    Q.  And did you encrypt any data on that
10:43  4  external hardware?
10:43  5    A.  I only set a password on my external
10:43  6  drive.
10:43  7    Q.  Are you aware that VeraCrypt can be used
10:43  8  to create something called a keyfile?
10:43  9    A.  I did not understand your question.
10:43 10    Q.  Do you know what a keyfile is, using
10:43 11  VeraCrypt?
10:44 12    A.  I don't understand.
10:44 13    Q.  Do you know what a hidden volume is using
10:44 14  VeraCrypt?
10:44 15    A.  I know what's a hidden volume, but I did
10:44 16  not understand your question, what you meant by
10:44 17  that.
10:44 18    Q.  I'm asking you what it is.
10:44 19    MS. BEDNARSKI:  Your Honor, this is
10:44 20  Marilyn Bednarski.  I'm going to ask that the
10:44 21  witness be instructed not to discuss matters
10:44 22  discussed with counsel.
10:45 23    THE COURT:  Ms. Yang, you may testify as
10:45 24  to your understanding of VeraCrypt, but if your
10:45 25  only understanding is what you have discussed with

Page 187

10:45  1  your lawyer, then you should not answer the
10:45  2  question.
10:45  3    A.  My understanding of VeraCrypt is that it
10:45  4  is a very good software to set a password for
10:45  5  external hard drive.
       6  BY MR. ROLLINS:
10:45  7    Q.  Did you ever use VeraCrypt to create a
10:46  8  keyfile?
10:46  9    A.  I only used VeraCrypt to set a password
10:46 10  for my external hard drive.
10:46 11    Q.  Did you ever use VeraCrypt to create a
10:46 12  keyfile?
10:46 13    A.  I only used VeraCrypt to set a password
10:46 14  for my external hard drive.
10:46 15    Q.  Is that a no?
10:46 16    A.  I only used VeraCrypt to set a password
10:46 17  for my external hard drive.
10:47 18    MR. ROLLINS:  Your Honor, I would ask that
10:47 19  the witness be instructed to answer the question.
10:47 20    THE COURT:  I believe since -- perhaps you
10:47 21  and perhaps the witness know what VeraCrypt is; I
10:47 22  do not.  It is difficult to order her to answer a
10:47 23  question when I don't understand the question.
10:47 24  BY MR. ROLLINS:
10:47 25    Q.  Ms. Yang, did you use VeraCrypt to create

Page 188

10:47  1  a hidden volume?
10:47  2    A.  I only used the VeraCrypt to set a
10:48  3  password for my external hard drive.  As to how
10:48  4  VeraCrypt did that, I don't know.
10:48  5    Q.  You and Guan Lei shared your MacBook on
10:48  6  which this VeraCrypt software is installed;
       7  correct?
10:48  8    A.  I don't understand your question.
10:48  9    Q.  Did you and Guan Lei share your MacBook?
10:48 10    A.  Sometimes he used my Mac computer, but not
10:48 11  often at all.
10:48 12    MR. ROLLINS:  Ms. Bednarski, if you don't
10:48 13  mind, at this point, I would like to ask you to put
10:48 14  a few physical exhibits in front of the witness at
10:48 15  this point in time.
10:48 16    MS. BEDNARSKI:  Yes.
10:49 17    A.  I'm going to start with Exhibit 945.
10:49 18  That's the iPad Air 2.
10:49 19    MS. BEDNARSKI:  I have put 945 before the
10:49 20  witness.
10:49 21    MR. ROLLINS:  Yes, please.
10:49 22    (Deposition Exhibit 945 was marked for
       23    identification by the reporter and is
10:49 24    not attached hereto.)
10:49 25  BY MR. ROLLINS:

Page 189

10:49  1    Q.  Ms. Yang, do you recognize that?
10:49  2    A.  This is my iPad Air 2.
10:50  3    MR. ROLLINS:  Okay.  We'll move to
10:50  4  conditionally admit that.
10:50  5    THE COURT:  Admitted.
       6  BY MR. ROLLINS:
10:50  7    Q.  Guan Lei bought that Air iPad 2; right,
10:50  8  Ms. Li?
10:50  9    A.  I purchased it, but he gave me money
10:50 10  later.
10:50 11    Q.  You bought it?
10:50 12    A.  Yes.
10:50 13    Q.  Did you ever use that iPad Air 2 before
10:50 14  July 10th, 2020?
10:50 15    A.  Yes, I did.
10:50 16    Q.  And when the two of you were together,
10:50 17  Guan Lei used that iPad Air 2; correct?
10:51 18    A.  When the two of us were together,
10:51 19  sometimes he used this iPad Air 2.
10:51 20    Q.  Okay.  And can you tell me, looking at
10:51 21  Exhibit 88 on the screen in front of you, did
10:51 22  you -- did you create that document on the iPad Air
10:51 23  2?
10:51 24    A.  I would like to hear this question one
10:51 25  more time.

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Zhihui Yang - 1/22/2021

Page 190

10:51 1    Q. Did you create this document or -- did you
10:51 2  save this document on the iPad Air 2?
10:52 3    A. No.
10:52 4    Q. And did you take a screen grab of this on
10:52 5  iPad Air 2?
10:52 6    A. No.
10:52 7    Q. And the same question about Exhibit 90.
      8    (Deposition Exhibit 90 was marked for
      9    identification by the reporter and is
      10   attached hereto.)
      11 BY MR. ROLLINS:
10:52 12   Q. Did you save that on iPad Air 2?
10:53 13   A. No.
10:53 14   Q. And 91? Sorry. 92.
10:53 15   (Deposition Exhibit 92 was marked for
      16   identification by the reporter and is
      17   attached hereto.)
10:53 18   A. What's your question?
10:53 19 BY MR. ROLLINS:
10:53 20   Q. Did you save this image on the iPad Air 2?
10:53 21   A. No, I did not.
10:53 22   Q. And Exhibit 93. Did you save this on iPad
10:53 23 Air 2?
      24   (Deposition Exhibit 93 was marked for
      25   identification by the reporter and is

Page 191

      1  attached hereto.)
10:54 2    A. I did not.
      3  BY MR. ROLLINS:
10:54 4    Q. Guan Lei threw away a Lenovo X1 Carbon
10:54 5  that the two of you shared in the United States;
10:54 6  correct?
10:54 7    THE INTERPRETER: Counsel, one more time,
      8  please.
      9  BY MR. ROLLINS:
10:54 10   Q. Guan Lei threw away a Lenovo X1 Carbon
10:54 11 that the two of you shared in the United States?
10:54 12   A. I don't know what is X1 Carbon is.
10:54 13   Q. You don't know what a Lenovo X1 Carbon is?
10:54 14   A. I know what is Lenovo, but I don't know
10:55 15 what is Lenovo X1 Carbon is.
10:55 16   Q. Let me ask you to look at 44. Do you
10:55 17 recognize that exhibit?
      18   (Deposition Exhibit 44 was marked for
      19   identification by the reporter and is
      20   attached hereto.)
10:55 21   A. From this picture, I see two computers, a
10:55 22 cup, watch, wallet, et cetera.
      23 BY MR. ROLLINS:
10:55 24   Q. Thank you. Do you recognize the two
10:55 25 computers in this photograph?

Page 192

10:56 1    A. The computer on the right side appears to
10:56 2  be his Lenovo computer.
10:56 3    Q. And the one on the left?
10:56 4    A. The one on the left looks like the
10:56 5  computer he gave me, but I'm not too sure.
10:56 6    Q. And what type of computer was that?
10:57 7    A. Were you asking me the computer on the
10:57 8  left side, what type of computer is it --
10:57 9    Q. Yes.
10:57 10   A. -- or do you mean something else?
10:57 11   This one looks like to be a Lenovo
10:57 12 computer.
10:57 13   Q. That Guan Lei gave you?
10:57 14   A. From this picture, it's difficult to
10:57 15 detect the Lenovo mark.
10:57 16   Q. And, Ms. Yang, directing your attention to
10:57 17 Exhibit 45. Do you recognize that photo?
10:58 18   (Deposition Exhibit 45 was marked for
      19   identification by the reporter and is
10:58 20   attached hereto.)
10:58 21   A. From this photo, I see a computer and a
10:58 22 desk lamp, et cetera.
      23 BY MR. ROLLINS:
10:58 24   Q. Is this the computer that Guan Lei gave to
10:58 25 you?

Page 193

10:58 1    A. From this photo, it is very difficult for
10:58 2  me to distinguish.
10:58 3    Q. Do you know where this photo was taken?
10:58 4    A. This photo was taken from the room we were
10:59 5  in.
10:59 6    Q. And whose desk is that?
10:59 7    A. He did use this desk, and I also used this
10:59 8  desk.
10:59 9    MR. ROLLINS: Your Honor, we move to
10:59 10 conditionally admit 45.
10:59 11   THE COURT: Admitted.
10:59 12 BY MR. ROLLINS:
10:59 13   Q. Ms. Yang, do you know if any of the
10:59 14 cabling that's attached to this computer can be
10:59 15 used with the Western Digital hard drive?
11:00 16   A. From this photo, it is very difficult for
11:00 17 me to distinguish the wires. I do see a white
11:00 18 earphone.
11:00 19   Q. Did you ever connect the Western Digital
11:00 20 hard drive to this laptop?
11:00 21   A. I do not recall. It's very difficult for
11:00 22 me to distinguish the laptop, this computer.
11:01 23   Q. Does it look like the one that Guan Lei
11:01 24 threw away?
11:01 25   A. They are all Lenovo computers. I'm not

16 (Pages 190 to 193)

Zhihui Yang - 1/22/2021

---

Page 194

11:01 1    sure.
11:01 2        Q.  You and Guan Lei got into a fight, and you
11:01 3    and Guan Lei threw a Lenovo laptop and broke it;
11:02 4    correct?
11:02 5        THE INTERPRETER:  Your Honor, interpreter
11:02 6    needs to inquire.  Her voice broke up.
11:02 7        (Discussion between interpreter and
11:02 8    witness.)
11:02 9        A.  Guan Lei and I had an argument, and one of
11:02 10   the Lenovo computers was damaged.
11:02 11   BY MR. ROLLINS:
11:02 12       Q.  Looking at Exhibit 44, do you know which
11:02 13   one of those it was?
11:02 14       A.  Two Lenovo computers.
11:02 15       Q.  Which one did he throw and break during
11:02 16   the fight?
11:03 17       A.  Most likely, it was the one on the left.
11:03 18       Q.  And when did that fight happen?
11:03 19       A.  I do not recall the time.
11:03 20       Q.  Was it before or after the FBI visited
11:03 21   your apartment?
11:03 22       A.  I do not recall the time.
11:03 23       Q.  Was it before or after Guan Lei was
11:03 24   prevented from leaving the United States at LAX?
11:03 25       A.  I do not recall the time.

---

Page 195

11:03 1        MR. ROLLINS:  Your Honor, I've got just a
11:03 2    few questions left, I think, about physical
11:04 3    exhibits that, perhaps, we could put in front of
11:04 4    the witness and maybe take a short break and come
11:04 5    back for the questions on the physical exhibits,
11:04 6    and I think I will be done.
11:04 7        THE COURT:  We will start again at 11:15.
11:04 8    The deposition is in recess until that time.
11:04 9        The exhibits may be placed before the
11:04 10   witness, Ms. Bednarski.
11:04 11       THE VIDEOGRAPHER:  We are going off the
11:04 12   record at 11:04 a.m.
11:04 13       (Recess taken from 11:04 a.m. to
11:04 14   11:23 a.m.)
11:23 15       THE VIDEOGRAPHER:  We are going back on
11:23 16   the record at 11:23 a.m.
11:23 17       MR. ROLLINS:  Your Honor, before I begin,
11:23 18   just one housekeeping matter.  I just want to
11:23 19   conditionally admit Exhibits 76, 77, 924 and 912,
11:23 20   966, and 967.  I neglected to do that earlier.
11:24 21       THE COURT:  Those exhibits are admitted.
11:24 22   BY MR. ROLLINS:
11:24 23       Q.  Ms. Yang, looking at Exhibit 940 on the
11:24 24   table in front of you, do you recognize that?
11:24 25       A.  Can I touch it?

---

Page 196

11:24 1        (Deposition Exhibit 940 was marked for
11:24 2    identification by the reporter and is
11:24 3    attached hereto.)
11:24 4    BY MR. ROLLINS:
11:24 5        Q.  Yes.
11:25 6        A.  It looks like his computer, a ThinkPad
11:25 7    computer, but I'm not too sure.
11:25 8        Q.  Guan Lei's ThinkPad?
11:25 9        A.  It looks like Guan Lei's ThinkPad, but I'm
11:25 10   not 100 percent sure.
11:25 11       MR. ROLLINS:  We will move to
11:25 12   conditionally admit it at this time.
11:25 13       THE COURT:  Admitted.
11:25 14   BY MR. ROLLINS:
11:25 15       Q.  And, Ms. Yang, did you share that with
11:25 16   Guan Lei?
11:25 17       A.  Sometimes, but rarely.
11:25 18       Q.  Okay.  And what's the password for that
11:26 19   laptop?
11:26 20       A.  I do not recall.
11:26 21       Q.  Okay.  And looking at Exhibit 941.
11:26 22       A.  This is my Mac computer.
11:26 23       (Deposition Exhibit 941 was marked for
24     identification by the reporter and is
25     attached hereto.)

---

Page 197

1        BY MR. ROLLINS:
11:26 2        Q.  Okay.  And did Guan Lei ever use that?
11:26 3        A.  Yes, he has, but very rarely.
11:26 4        MR. ROLLINS:  Okay.  We will move to
11:26 5    conditionally admit that.
11:26 6        THE COURT:  940 is admitted.
11:26 7    BY MR. ROLLINS:
11:26 8        Q.  Ms. Yang, VeraCrypt is installed on that
11:27 9    MacBook; correct?
11:27 10       A.  Yes.
11:27 11       MR. LI:  I'm looking at Exhibit 943.
11:27 12       (Deposition Exhibit 943 was marked for
13     identification by the reporter and is
11:27 14   attached hereto.)
11:27 15   BY MR. ROLLINS:
11:27 16       Q.  Do you recognize that?
11:27 17       A.  That is my USB.
11:27 18       Q.  And Guan Lei also used that USB; correct?
11:27 19       A.  Sometimes.
11:27 20       MR. ROLLINS:  Okay.  I move to
11:27 21   conditionally admit 943.
11:27 22       THE COURT:  Admitted.
11:27 23   BY MR. ROLLINS:
11:27 24       Q.  Ms. Yang, I'm going to briefly show you
11:27 25   something on the screen and ask you whether you

---

Page 198

11:27 1 saved this document on the USB drive; okay?  This,
11:28 2 for the record, is Exhibit 32.
11:28 3 (Deposition Exhibit 32 was marked for
4 identification by the reporter and is
5 attached hereto.)
11:28 6 A.  I want to hear the question.
7 BY MR. ROLLINS:
11:28 8 Q.  Did you save this document on the USB
11:28 9 drive?
11:28 10 A.  This was once saved in my -- on my USB
11:28 11 drive.
11:28 12 Q.  Did you personally save it?
11:28 13 A.  Yes.
11:28 14 Q.  Guan Lei didn't save this?
11:29 15 A.  This was saved by me.
11:29 16 Q.  Why would you save Guan Lei's CSC
11:29 17 scholarship information on your USB drive?
11:29 18 A.  What I said was that I once saved this
11:29 19 document on my USB.  This was a template only.
11:29 20 Q.  When did you save that?
11:29 21 A.  I do not recall when.
11:29 22 Q.  You don't recall the date, but you are
11:29 23 certain that you installed -- you saved it?
11:29 24 A.  Yes.
11:30 25 Q.  Why?

Page 199

11:30 1 A.  I used this template to reimburse my own
11:30 2 air ticket.
11:30 3 Q.  Okay.  Moving on, back to the physical
11:30 4 exhibits in front of you, Exhibit -- sorry,
11:30 5 Exhibit 944.
11:30 6 (Deposition Exhibit 944 was marked for
7 identification by the reporter and is
8 attached hereto.)
11:30 9 A.  Well, this cell phone was given to me --
11:30 10 was given away to me by him later.
11 BY MR. ROLLINS:
11:30 12 Q.  Okay.  What cell phone is that?
11:31 13 A.  Apple, Apple phone.
11:31 14 Q.  And what do you mean, "he"?  And can
11:31 15 you -- sorry.  Can you repeat your answer and use
11:31 16 first and last names?
11:31 17 A.  Guan Lei.
11:31 18 Q.  Guan Lei gave that to you?
11:31 19 A.  Yes.
11:31 20 Q.  He used it before that?
11:31 21 A.  That was correct, before he gave that away
11:31 22 to me.
11:31 23 Q.  And when did he give that to you?
11:31 24 A.  I do not recall the time.
11:31 25 Q.  Was it before or after you went to the

Page 200

11:31 1 Chinese consulate?
11:32 2 A.  I do not recall the time.
11:32 3 Q.  Was it before or after the FBI visited
11:32 4 you?
11:32 5 A.  I do not recall.
11:32 6 Q.  Okay.  Looking at Exhibit 946 -- sorry.
11:32 7 Move to -- move to conditionally admit Exhibit 944,
11:32 8 Your Honor.
11:32 9 THE COURT:  I will admit them at the end.
11:32 10 MR. ROLLINS:  Okay.
11:32 11 Q.  Do you recognize that one?
11:33 12 A.  Now this dawned on me that regarding
11:33 13 Exhibit 944, it happened before -- he gave that to
11:33 14 me before FBI came to visit, for sure.
11:33 15 Q.  And looking at Exhibit 946, do you
11:33 16 recognize that one?
11:33 17 A.  That is my cell phone.
18 (Deposition Exhibit 946 was marked for
19 identification by the reporter and is
20 attached hereto.)
21 BY MR. ROLLINS:
11:33 22 Q.  Okay.  And where did you get that?
11:33 23 A.  I purchased this in the United States.
11:33 24 Q.  Okay.  And did Guan Lei ever use that?
11:33 25 A.  Very rarely.

Page 201

11:33 1 Q.  And exhibit -- sorry.  Did you say
11:34 2 something?
11:34 3 A.  Sometimes.
11:34 4 Q.  Okay.  And Exhibit 947.
5 (Deposition Exhibit 947 was marked for
6 identification by the reporter and is
7 attached hereto.)
11:34 8 A.  That's my Xiaomi cell phone.
11:34 9 THE INTERPRETER:  Xiaomi is spelled as
11:34 10 X-I-A-O-M-I.
11:34 11 BY MR. ROLLINS:
11:34 12 Q.  Okay.  And did Guan Lei ever use that
11:34 13 phone?
11:34 14 A.  Almost no.
11:34 15 Q.  Did Guan Lei ever use that phone?
11:34 16 A.  Almost no.
11:35 17 Q.  What do you mean by that, Ms. Yang?
11:35 18 A.  It varied, but I'm not sure.  I can almost
11:35 19 be certain, no.
11:35 20 Q.  Was the last time you used it before or
11:35 21 after you went to the Chinese consulate?
11:35 22 A.  I do not recall he ever used this phone.
11:35 23 Q.  Was the last time you used it before or
11:35 24 after the FBI visited your apartment?
11:35 25 A.  I do not recall he ever used this phone.

18 (Pages 198 to 201)

Zhihui Yang - 1/22/2021

Page 202

11:36  1      Q.  Ms. Yang, can you look at Exhibit 948.
11:36  2          (Deposition Exhibit 948 was marked for
11:36  3      identification by the reporter and is
11:36  4      attached hereto.)
11:36  5      A.  This is -- this was a cell phone he
11:36  6  borrowed from one of our friends.
11:36  7  BY MR. ROLLINS:
11:36  8      Q.  When did he do that?
11:36  9      A.  I do not recall when.
11:36 10      Q.  Was it before or after you visited the
11:36 11  Chinese consulate?
11:36 12      A.  I do not recall.
11:36 13      Q.  Was it before or after the FBI talked to
11:36 14  you?
11:36 15      A.  Before.
11:36 16      Q.  Was it before or after you instructed Guan
11:37 17  Lei to destroy the Western Digital hard drive?
11:37 18      A.  I do not recall when I asked him to
11:37 19  destruct the -- or destroy the external hard drive.
11:37 20      Q.  Well, you did that after the FBI talked to
11:37 21  you; right?
11:37 22      A.  I do not recall.
11:37 23      Q.  You don't remember whether you told Guan
11:37 24  Lei to destroy the hard drive before or after the
11:37 25  FBI talked to you?

Page 203

11:38  1      A.  I do not recall when.
11:38  2      Q.  Would you say that when the FBI
11:38  3  interviewed you, that was a notable experience in
11:38  4  your life?
11:38  5      A.  FBI did not talk to me.
11:38  6      Q.  Did they interview your fiance?
11:38  7      A.  FBI did not come to talk to me.  I
11:38  8  recall -- I can't recall when FBI talked to Guan
11:38  9  Lei.
11:38 10      Q.  Okay.  Look at Exhibit 950, please,
11:39 11  Ms. Yang.
11:39 12          (Deposition Exhibit 950 was marked for
11:39 13      identification by the reporter and is
11:39 14      attached hereto.)
11:39 15      A.  I do recall when FBI talked to me, but I
11:39 16  do not recall when I instructed him to destroy this
11:39 17  external hard drive.
11:39 18  BY MR. ROLLINS:
11:39 19      Q.  Right.  You don't remember if you did that
11:39 20  after the FBI talked to you?
11:39 21      A.  I do not --
11:39 22          MR. LI:  Objection.  Asked and answered.
11:39 23      A.  I do not recall when I instructed him to
11:39 24  destroy the external hard drive.
11:39 25          THE COURT:  The objection is overruled.

Page 204

11:39  1  BY MR. ROLLINS:
11:39  2      Q.  Ms. Yang, Exhibit 951.
11:40  3          (Deposition Exhibit 951 was marked for
11:40  4      identification by the reporter and is
11:40  5      attached hereto.)
11:40  6      A.  This was -- Professor Li Chen asked me to
11:40  7  use his computer, Exhibit 951.
11:40  8          THE INTERPRETER:  Spelling for the name is
11:40  9  L-I, space, C-H-E-N.
11:40 10  BY MR. ROLLINS:
11:40 11      Q.  Okay.  And did Guan Lei ever use that
11:40 12  computer?
11:40 13      A.  Yes, he did.
11:40 14      Q.  Exhibit 952.  Do you recognize that?
11:40 15          (Deposition Exhibit 952 was marked for
11:41 16      identification by the reporter and is
11:41 17      attached hereto.)
11:41 18      A.  I don't.
11:41 19  BY MR. ROLLINS:
11:41 20      Q.  You've never seen that phone before?
11:41 21      A.  I don't remember.
11:41 22      Q.  Did you ever see Guan Lei use that phone?
11:41 23      A.  I don't remember the cell phone.
11:41 24      Q.  Okay.  Same question for Exhibit 953.
      25          (Deposition Exhibit 953 was marked for

Page 205

       1      identification by the reporter and is
       2      attached hereto.)
11:41  3      A.  I don't remember the cell phone either.
11:41  4          MR. ROLLINS:  Okay.  And Exhibit 954.
11:41  5          (Deposition Exhibit 954 was marked for
       6      identification by the reporter and is
       7      attached hereto.)
11:42  8      A.  Is there any difference between 953 and
11:42  9  954?
11:42 10  BY MR. ROLLINS:
11:42 11      Q.  You tell me.
11:42 12      A.  I don't know.
11:42 13      Q.  So you don't recognize either one of
11:42 14  those?
11:42 15      A.  I don't remember.
11:42 16          MR. ROLLINS:  Okay.  Exhibit 955.
11:42 17          (Deposition Exhibit 955 was marked for
      18      identification by the reporter and is
11:42 19      attached hereto.)
11:42 20      A.  I don't remember.  Later on, a lot of cell
11:42 21  phones were taken away, so I don't recall.
11:42 22          MR. ROLLINS:  Okay.  So, in that case,
11:43 23  Your Honor, we would just move to conditionally
11:43 24  admit exhibits -- and I apologize if I'm repeating
11:43 25  some that we got in, but Exhibits 940, 941, 943,

19  (Pages 202 to 205)

Zhihui Yang - 1/22/2021

Page 206

11:43 1    Exhibit 32, Exhibit 944, Exhibit 946, Exhibit 947,
11:43 2    Exhibit 948, Exhibit 950, and Exhibit 951.
11:43 3        THE COURT:  Admitted.
11:43 4        MR. ROLLINS:  Okay.  I think we got the
11:43 5    Air iPad 2, which was Exhibit 945 earlier, but just
11:43 6    in case, we move to admit that as well.
11:44 7        A.  What about 950?
11:44 8    BY MR. ROLLINS:
11:44 9        Q.  I think we got that one.  Thank you.  950
11:44 10   and 951.
11:44 11       A.  But you didn't ask me anything about 950.
11:44 12       Q.  Oh, okay.  What would you like to say
11:44 13   about it?
11:44 14       A.  I don't know about this.
11:44 15       Q.  You've never seen Exhibit 950?
11:44 16       A.  No.
11:44 17       Q.  And you never used it?
11:44 18       A.  No.
11:44 19       Q.  Okay.  I'm going to show you now
11:44 20   Exhibit 908.
11:44 21       (Deposition Exhibit 908 was marked for
11:44 22       identification by the reporter and is
11:45 23       attached hereto.)
11:45 24       A.  950 is the SD card; right?
11:45 25   BY MR. ROLLINS:

Page 207

11:45 1        Q.  Yes.  Thanks.  We are done with that one,
11:45 2    Ms. Yang.  We are now onto 908.  And it's on the
11:45 3    screen in front of you.
11:45 4        MR. LI:  Your Honor, may I ask?  And right
11:45 5    now we only have 15 minutes to be done.
11:45 6        THE COURT: Mr. Rollins, how much time do
11:45 7    you intend to go?  This is really going quite a
11:45 8    bit.
11:45 9        MR. ROLLINS:  Yeah.  I think I'm almost
11:45 10   done, Your Honor.  Maybe five minutes max.
11:45 11       THE COURT:  You can ask about one exhibit
11:45 12   after this exhibit.
11:45 13       MR. ROLLINS:  Okay, thank you.
11:45 14       Q.  So --
11:45 15       THE COURT:  This is -- I have to say this
11:45 16   is -- you know, this is well beyond -- out of the
11:46 17   scope of the direct, and Ms. Yang is being called
11:46 18   as a defense witness.  So, anyway, just ask about
11:46 19   this, and you may have one more exhibit, and then
11:46 20   it's done.
11:46 21       MR. ROLLINS:  Understood, Your Honor.
11:46 22       Q.  Ms. Yang, do you recognize this email
11:46 23   address up here?
11:46 24       A.  That's Guan Lei's Gmail.
11:46 25       MR. ROLLINS:  Okay.  And for the record,

Page 208

11:46 1    I'm referring to guanleics@gmail.com.
11:46 2        Q.  And, Ms. Yang, this "qq" address, did you
11:46 3    remove that "qq" email address from this Google
11:46 4    account on July 19th, 2020?
11:47 5        A.  I don't remember, but I highly doubt it.
11:47 6    I don't think so.
11:47 7        Q.  Whose email address is that?
11:47 8        A.  I'm not sure.
11:47 9        MR. ROLLINS:  Okay.  And just for the
11:47 10   record, I'm referring to 2081853495@qq.com.
11:47 11       Q.  And you don't know whose account that is;
11:47 12   right?
11:47 13       A.  I'm not sure.
11:47 14       Q.  Okay.  Last exhibit, 968.
11:48 15       (Deposition Exhibit 968 was marked for
11:48 16       identification by the reporter and is
11:48 17       attached hereto.)
11:48 18   BY MR. ROLLINS:
11:48 19       Q.  Ms. Yang, do you recognize any of the
11:48 20   email addresses on Exhibit 968?
11:48 21       A.  The second one counting from the bottom,
11:48 22   that is "educationsection."
11:48 23       Q.  The consulate in Los Angeles?
11:48 24       A.  I'm not sure.
11:48 25       Q.  What do you mean, "educationsection"?

Page 209

11:49 1        A.  From what I see right here.
11:49 2        Q.  Yes.  I'm asking, do you recognize the
11:49 3    educationsection@gmail.com address?
11:49 4        A.  I'm not sure.
11:49 5        Q.  Have you ever emailed anybody at this
11:49 6    email address?
11:49 7        A.  I'm sure.
11:49 8        Q.  Ms. Yang, how many times did you meet with
11:49 9    Guan Lei's lawyers before your testimony today?
11:50 10       A.  Twice or three times.  I'm not sure.  I
11:50 11   forgot.
11:50 12       Q.  And for how long?
11:50 13       A.  All together, total, a few hours.  I'm not
11:50 14   sure.
11:50 15       Q.  And did they give you anything to prepare
11:50 16   for your testimony today?
11:50 17       A.  Giving me things?  I don't recall them
11:50 18   giving me anything.
11:50 19       Q.  Did you give them anything before your
11:50 20   testimony today?
11:50 21       A.  I did not.
11:51 22       Q.  You didn't give them any notes that you
11:51 23   took?
11:51 24       MS. BEDNARSKI:  Your Honor, the question
11:51 25   needs to exclude --

20  (Pages 206 to 209)

Zhihui Yang - 1/22/2021

---

Page 210

11:51  1    THE COURT: Correct. Did you -- Ms. Yang,
11:51  2  did you directly give to Mr. Guan and to his
11:51  3  lawyers any documents, any notes, anything physical
11:51  4  at all?
11:51  5    THE WITNESS: I did not give any documents
11:51  6  to Guan Lei's attorney.
       7  BY MR. ROLLINS:
11:51  8    Q. Ms. Yang, did you meet with the consulate
11:51  9  to prepare for your testimony today?
11:52 10    A. No.
11:52 11    Q. Did anyone from the consulate give you
11:52 12  anything before your testimony today to prepare?
11:52 13    A. No.
11:52 14    Q. And did you ever speak with the consulate
11:52 15  about the substance of your testimony today?
11:52 16    A. No.
11:52 17    Q. And did you meet with Guan Lei's lawyers
11:52 18  after day one of the deposition?
11:52 19    A. What do you mean by after the first
11:52 20  deposition?
11:53 21    Q. At any time after the first day of your
11:53 22  deposition testimony -- today is day two -- at any
11:53 23  point in between those two dates, did you meet with
11:53 24  Guan Lei's lawyers?
11:53 25    A. No.

---

Page 211

11:53  1    Q. Okay. And they didn't speak to you in
11:53  2  between your deposition testimony days?
11:53  3    A. One time speaking.
11:53  4    Q. Over the phone?
11:53  5    A. Yes.
11:53  6    MR. ROLLINS: Okay. No further questions,
11:53  7  Your Honor.
11:53  8    A. But my attorney was present as well.
11:53  9    THE COURT: Thank you, Ms. Yang.
11:54 10    Ms. Gomez, just let the other matter know
11:54 11  we'll start at 12:30.
11:54 12    The defense is given 20 minutes for the
11:54 13  redirect examination. The government will have 5
11:54 14  minutes of recross, which will be strictly within the
11:54 15  scope of the redirect examination.
11:54 16    MR. LI: Thank you, Your Honor. But,
11:54 17  first, let me have the housekeeping issue, because
11:54 18  the last time I didn't ask for the -- conditionally
11:54 19  admit the exhibits. Here, I would like to do that
11:54 20  before we get into the substance.
11:54 21    THE COURT: All right. You may. And then
11:54 22  if there's -- if some exhibits should be excluded
11:54 23  for some reason, then we'll take that up at
11:54 24  (indecipherable).
11:54 25    MR. LI: Okay. 101. Exhibit 101, 104,

---

Page 212

11:54  1  105, 106, 107, 110, 111, 112, 113, 114, 116, 117,
11:54  2  118. Defense would like to move for the
11:55  3  conditional admission.
11:55  4    THE COURT: Any objection?
11:55  5    MR. ROLLINS: Yes, Your Honor. I don't
11:55  6  even know -- I mean, I'm going to have to go back
11:55  7  and look. I'm not even sure if all of these were
11:55  8  shown to the witness. So I think the Court's
11:55  9  suggestion of preserving the objections and the
11:55 10  possibility of excluding this set is -- would be
11:55 11  helpful because, obviously, these weren't discussed
11:55 12  today.
11:55 13    THE COURT: Then, Mr. Li, we'll -- nothing
11:55 14  will be kept out unless there's a reason for it to
11:55 15  be kept out or -- whether we say that they are
11:55 16  conditionally admitted or whether subject to the
11:55 17  government's objection or whether we say that they
11:55 18  will be admitted if there is no valid objection, I
11:55 19  don't think it makes much difference. The point is
11:55 20  if there's been a foundation laid and they're
11:55 21  admissible and there is no good reason to keep them
11:55 22  out, then they will be admitted.
11:55 23    All right. Mr. Li, please begin your
11:56 24  redirect.
11:56 25    MR. LI: Your Honor, so I would like to

---

Page 213

11:56  1  preserve the same objections to the documents
11:56  2  because by now the government went so fast about
11:56  3  the exhibits that --
11:56  4    THE COURT: Mr. Li, ask questions of Ms.
11:56  5  Yang. We will sort all this out. No one will be
11:56  6  prejudiced.
11:56  7    MR. LI: Thank you, Your Honor.
       8
       9    REDIRECT EXAMINATION
      10  BY MR. LI:
11:56 11    Q. Okay. Ms. Yang, please tell me your --
11:56 12  how good is your sense of direction?
11:56 13    A. I don't really have a sense of direction.
11:56 14  I often get lost out there. I can't tell north
11:56 15  from west, from east, from south.
11:56 16    Q. Okay. Thank you. You testified about the
11:56 17  Seagate hard drive, which is about the hard drive
11:56 18  you uploaded all the information from the Western
11:57 19  Digital. When did the FBI take it from you?
11:57 20    A. The date of the first warrant, on
11:57 21  July 30th.
11:57 22    Q. So roughly five months ago; is that
11:57 23  correct?
11:57 24    A. Yes.
11:57 25    Q. During this period, did you ever receive a

---

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Zhihui Yang - 1/22/2021

Page 214

11:57  1    request from the government -- AUSA, FBI -- that
11:57  2    they need all the password to open -- to open the
11:58  3    files, to open your Seagate hard drive?
11:58  4        A.   During the meeting which took place on
11:58  5    October 23rd, the prosecution asked me about this
11:58  6    hard drive the first time.
11:58  7            My apologies.  Can I use the bathroom real
11:58  8    quick?
11:58  9            MS. BEDNARSKI:  Can you wait?
11:58 10            THE COURT:  All right.  It being of the
11:59 11    redirect, there has been -- there's been 4 minutes
11:59 12    used.  There is 11 minutes left.  Let's get back on
11:59 13    as soon as possible.  I will remain on the bench.
11:59 14            THE VIDEOGRAPHER:  We are going off the
11:59 15    record at 11:59 a.m.
11:59 16            (Recess taken from 11:59 a.m. to
12:01 17            12:01 p.m.)
      18            THE COURT:  Again, you have 12 more
      19    minutes, Mr. Li.
12:01 20            THE VIDEOGRAPHER:  We are going back on
12:01 21    the record at 12:01.
      22            MR. LI:  I thought I had 20 minutes, not
12:02 23    15 minutes.
12:02 24            THE COURT:  All right.  That is correct.
12:02 25    So I'm just looking at what I took down when you

Page 215

12:02  1    began, but I will -- in that case, you have 17
12:02  2    minutes.
12:02  3            MR. LI:  Thank you, Your Honor.
12:02  4            MS. RITA:  Excuse me, Your Honor.
      5            THE COURT:  Yes.
12:02  6            MS. RITA:  This is Rita.  I have the
12:02  7    defendant from San Bernardino Jail on the other
12:02  8    screen.  However, I'm not sure that the jailers will
12:02  9    hold him more than 15 minutes before they take him
12:02 10    because we only have one hour total.
12:02 11            THE COURT:  Right.  Then, look, I'm not
12:02 12    responsible for -- I'm -- let me -- Mr. Li, do not
12:02 13    interrupt me.  I'm not responsible for counsel not
12:02 14    adhering, on both sides, the amount of time that
12:02 15    was agreed.  I have allowed it because of the
12:02 16    amount of the difficulties proceeding through the
12:03 17    Mandarin interpretation.  I'm not responsible for
12:03 18    an incorrect assessment on the part of the
12:03 19    government of how long it was going to take.
12:03 20    Allowing a certain redirect, which I do want to do,
12:03 21    is simply a matter of grace.  But out of fairness
12:03 22    to the defendant, and, more importantly, to the
12:03 23    jury, I do want to allow that, but if that's the
12:03 24    case, then, regrettably, we will all have to
12:03 25    assemble for just a few more minutes because I'm

Page 216

12:03  1    not going to inconvenience San Bernardino and that
12:03  2    defendant and his lawyers because of what has
12:03  3    happened here.  And I know we got a late start.
12:03  4    That is not the fault of the Court.  So -- and
12:03  5    these parties are going to have to bear the
12:03  6    consequences of that and not the other defendant
12:03  7    and the other counsel.
12:03  8            So if that's the case, then we obviously
12:03  9    are not going to be able to get done today.  So we
12:04 10    will, regrettably, have to find a time where we can
12:04 11    all reassemble in order to finish this deposition.
12:04 12            MR. LI:  Your Honor, may I?
12:04 13            THE COURT:  Yes.
12:04 14            MR. LI:  I think we're going to -- I'm
12:04 15    going to withdraw all my redirect.  We would like
12:04 16    to conclude today.
12:04 17            THE COURT:  Right.  In that case, then the
12:04 18    government has no basis for recross, and the
12:04 19    deposition is completed.
12:04 20            Does the videographer need to say anything?
12:04 21            THE VIDEOGRAPHER:  Yes, Your Honor.  This
12:04 22    concludes today's deposition.  We are going off the
12:04 23    record at 12:04 p.m.
      24            (Proceedings adjourned at 12:04 p.m.)
      25

Page 217

 1        DECLARATION UNDER PENALTY OF PERJURY
 2        I, ZHIHUI YANG, do hereby certify under
 3    penalty of perjury that I have read the foregoing
 4    transcript of my deposition taken on
 5    January 7, 2021; that I have made such corrections
 6    as appear noted on the Deposition Errata Page,
 7    attached hereto, signed by me; that my testimony as
 8    contained herein, as corrected, is true and
 9    correct.
10
11        Dated this _____ day of _____,
12    2021, at _____, California.
13
14
15
16        ZHIHUI YANG
17
18
19
20
21
22
23
24
25

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

**Zhihui Yang – 1/22/2021**

Page 218

```
1    STATE OF CALIFORNIA    )
2    COUNTY OF LOS ANGELES  ) ss.
3         CERTIFICATE OF PERSON READING
4         DEPOSITION TO DEPONENT
5         I,_____,
6    whose address is
7    _____,
8    a person who speaks the language of the deponent,
9    namely,_____, do hereby certify that
10   on the _____day of_____,
11   2021, I did translate the within deposition from
12   English into the_____language,
13   reading same to the deponent in his/her native
14   tongue to the best of my ability;
15   That all corrections and changes requested by the
16   deponent were made and initialed by the deponent;
17   That upon completion of said reading the deponent
18   did confirm to me that he/she had understood the
19   reading.
20
21
22        _____
          READER/INTERPRETER
23
24
25
```

Page 219

```
1
2    STATE OF CALIFORNIA        )
3                     ) Ss
4    COUNTY OF LOS ANGELES      )
5         I hereby certify that the witness in the
6    foregoing deposition was by me duly sworn to
7    testify to the truth, the whole truth and nothing
8    but the truth, in the within-entitled cause; that
9    said deposition was taken at the time and place
10   herein named; and that the deposition is a true
11   record of the witness's testimony as reported by
12   me, a duly certified shorthand reporter and a
13   disinterested person, and was thereafter
14   transcribed into typewriting by computer; that the
15   dismantling, unsealing, or unbinding of the
16   original transcript will render the reporter's
17   certificate null and void.
18        I further certify that I am not
19   interested in the outcome of the said action, nor
20   connected with nor related to any of the parties in
21   said action, nor to their respective counsel.
22        IN WITNESS WHEREOF, I have hereunto set
23   my hand this January 28, 2021.
24   Reading and Signing was:
25   ___ requested   __ waived   X___ not requested
```

Page 220

```
1
2    _____
     Grace Chung, CSR. NO. 6246, RMR, CRR
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**