Serial 78

-1 of 1-

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   09/02/2020

    HSI Special Agent (SA) Christopher P. Taylor (TAYLOR), email address ███████████████████████████, was interviewed telephonically by SA Timothy Hurt (HURT) regarding his encounter with GUAN Lei (GUAN) on July 19, 2020 at Los Angeles International Airport. SA TAYLOR provided the following information:

    SA TAYLOR and HSI SA Robert Miyakawa (MIYAKAWA) approached GUAN after his interview by U.S. Customs and Border Patrol to provide him with a Departure Control Order. GUAN wanted to call the Chinese consulate and was allowed to do so using his cellular telephone. During the exchange and after being provided Miranda rights, GUAN indicated he did not want to speak with SAs TAYLOR and MIYAKAWA. As an additional effort, SA TAYLOR told GUAN that CBP had just talked to him for an hour, that HSI now wanted to talk to him and he had been served a Departure Control Order, and that another agency had interviewed him at his house recently, that multiple federal agencies were interested in him so he had something going on and should take the opportunity to explain his side of things. It was brought up that the FBI had recently interviewed him. GUAN still did not want to talk with HSI any further. [Agent Note: Departure Control Order is attached as a 1A.]

**UNCLASSIFIED//FOUO**

| | |
|---|---|
| Investigation on 08/25/2020 at | Los Angeles, California, United States (Phone) |
| File # ████████████ | Date drafted 08/31/2020 |
| by Timothy Daniel Hurt | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.