Homeland Security Investigations
Office of the Special Agent in Charge

U.S. Department of Homeland Security
501 West Ocean Boulevard, Suite 7200
Long Beach, California 90802



U.S. Immigration
and Customs
Enforcement

## DEPARTURE CONTROL ORDER

TO: Lei Guan
SEVIS ID: N0029891498

The U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement hereby lodges against you a departure control order in accordance with Title 8, CFR, Section 215.2. *Carefully read the full text of Title 8 CFR Section 215.2, attached.* Section 215.2 of the Title 8 provides you with certain rights and imposes upon you certain legal obligations. The text of 8 CFR Section 215.2 details these rights and obligations. If an officer of U.S. Immigration and Customs Enforcement attempts to remove you while this order is in effect, you are required to inform the officer of this order and to present the order to the officer.

**You shall not depart or attempt to depart the United States because U.S. Immigration and Customs Enforcement has determined that your departure would be prejudicial to the interests of the United States.**

This written order temporarily prevents you from departing the United States until notification by U.S. Immigration and Customs Enforcement is issued revoking this order. This order shall become final fifteen (15) days from the date of service upon you unless you request a hearing before a special inquiry officer to contest this order. Your request must be made in writing to this office.

Date: July 19, 2020     Signature: HOANG D TRUONG  *Digitally signed by HOANG D TRUONG  Date: 2020.07.19 19:14:37 -07'00'*

Tyne Truong
Assistant Special Agent in Charge

Certificate of Service: I hearby swear that a true and correct copy of this order was served on the above-referenced alien by personal service.

Date: 07/20/2020     Signature: _____
SA Christopher Taylor

GUAN_00000815