# EXHIBIT 1

**Lenovo L450**

On 7/10/20 UTC 22:09, the Ubuntu operating system, Version 20.04, was installed on the Lenovo L450.

On 7/11/20 UTC 6:24pm, the first Firefox Web History was recorded as https://www.mozilla.org/privacy/firefox.

On 7/11/20, UTC 6:25pm, the first Firefox Web Visits was recorded as https://www.mozilla.org/privacy/firefox/.

On 7/17/20 UTC 1:26am, Firefox Web Visits recorded a visit to the following Lenovo ThinkPad X1 Carbon link: https://www.crucial.com/compatible-upgrade-for/lenovo/thinkpad-x1-carbon-%28intel-5th-gen%29?gclid=EAIaIQobChMI0PvWzZDT6gIVlgyRCh15TwgHEAAYASAAEgK-dvD_BwE&ef_id=EAIaIQobChMI0PvWzZDT6gIVlgyRCh15TwgHEAAYASAAEgK-dvD_BwE:G:s

On 7/17/20 UTC 1:26am, Firefox Web Visits recorded a visit to a YouTube video titled "Lenovo ThinkPad X1 Carbon | How to Service, Upgrade & Fix Laptop (Teardown) as this link: https://www.youtube.com/watch?v=9Mns_W25BB8

On 7/16/20, between 6:26-6:44pm, several image artifacts of a Lenovo X1 Carbon were recorded displaying a person removing a Solid State Drive with a few tools and a screwdriver.

On 7/11/2020 UTC 6:25pm, the first Google search artifact was recorded as "pipedream github."

On 7/17/20 UTC 1:25am, a Google search for "thinkpad x1 carbon ssd" was recorded.

On 7/17/20 UTC 3:33am, a Google search for "thinkpad lousi" was recorded.

On 7/19/20 UTC 12:50am, a Google search for "LA consulate" was recorded.

On 7/19/20 UTC 12:59am, a Google search for "ctexel us" was recorded.

On 7/19/20 UTC 2:29am, a Google search for "google chrome install" was recorded.

On 7/21/202 UTC 11:22pm, a Google search for "my_acitivity_delete" was recorded.

On 7/21/20 UTC 11:19pm, a Google search for "American law" was recorded.

On 7/18/20 6:24am, the artifacts show the user of the Lenovo visited the following cloud service using email guanleimath@163.com:
https://cloud.mail.163.com/dfs/service/%E7%A1%95%E5%A3%AB%E6%AF%95%E4%B8%9A%E8%AF%81%E4%B9%A6.pdf?op=downloadFile&uid=guanleimath@163.com&file=eyJzIjoiZnM6Y2xvdWRzdG9yYWdlLm1haWwuMTYzOjQ4NDM2NzczMjU0MSIsInNmIjoiNDg1NjgyNjQ1MTAwOjQ4NDM2NzczMjU0MSIsImkiOjkxODk3MTgxODUwMDIxMzAsImNyZIjp7InQiOjEsInYiOiI1NTVmNTU4OTA1MDhmZjU5ODkzMDY4ZmJmZGIwMzhjNiJ9LCJzeiI6MTM5NTkxNywiY3QiOjE1OTUwNTM0Njg0MjF9

On 7/21/2020 11:19:44, the artifacts show the user of the Lenovo visited the following link titled Law of the United States: https://en.wikipedia.org/wiki/Law_of_the_United_States

1

**MacBook Pro**

On 7/24/22 UTC 17:20, operating system MAC OS 10.15.6 was installed on the MacBook Pro.

On 7/24/20 PST 18:05, software application VeraCrypt was installed on the MacBook Pro.

**iPad Air 2**

On 7/13/20, 6:01 pm UTC, iMessage Identity Lookup Service recorded one entry for Apple ID 2081853495@qq.com.

On 7/22/20, 6:59pm UTC, the first photo/image was saved in the default iOS photos application. There were 17 total photos.

On 7/22/20 and 7/30/20, the device recorded its only Location Data from a SSID: NETGEAR76.

On 7/22/20, 3:42pm UTC, the username ▓▓▓▓▓▓▓▓▓ was set as the device Apple ID.

On 7/25/20, 10:09pm UTC, the username ▓▓▓▓▓▓▓▓▓ was set in the device iTunes Store.

**Huawei Honor phone**

On 7/12/20, 11:27 PM UTC, the phones call history starts with a call to "9492318839 Zhiwei Yang. "

On 7/20/20, 12:18 AM UTC, the phones call history shows a call to "2138078052 LA".

The device only had 13 contacts.

**iPhone XR**

On 7/20/20 4:55pm UTC, username guanleics@gmail.com was set to the iPhone's Apple ID user.

From 7/20-7/22/20, there were 14 web history events created on the iPhone.

From 7/20-7/25, there were 4 images saved on the iPhone and 2 videos.

On 7/20/20, 2:14pm UTC, the first Wireless Network was connected on the iPhone.

**iPhone 7**

On 7/23/20 3:36PM UTC, the first user account ▓▓▓▓▓▓▓▓▓ was set as the iPhone's Apple ID.

On 7/26/20 12:52pm UTC, a second user account ▓▓▓▓▓▓▓▓▓ was set as the iPhone's Apple ID.

From 7/23-7/20/20, the device connected to two wireless networks.

From 7/27-7/29/30, Apple Maps recorded 3 Journeys (trips). There were no prior trips recorded.

On 7/23/20, 3:26 UTC, the device recorded its first Log Entry as CumulativeUsageTracker.

On 7/27/20, 4:39 PM UTC, the device recorded its first SMS artifact as a message from Lyft.

**Xiaomei phone**

On 7/10/20, 12:15 am UTC, the first Web History artifact was recorded.

On 7/10/20, 12:18am UTC, the first web Cookie artifact was recorded.

2

Between 7/22-7/24/20, several SMS messages were recorded, but these artifacts showed as deleted. These were found through the extraction process but would not have been visible on the device to a user.

On 7/24/20, the first SMS message artifacts were recorded.

**Google Metadata from Search Warrant**

On 1-1-18, 7:56 UTC, the service for guanleics@gmail.com was added. Eleven services were added and no services were removed prior to 7-8-20.

On 7-8-20 5:10 UTC, the user of guanleics@gmail.com removed the Web and App Activity service.

On 7-17-20 1:54 UTC, the user of guanleics@gmail.com added the Web and App Activity service.

On 7-19-20 2:48 UTC, the user of guanleics@gmail.com removed the alternate and secondary email 2081853495@qq.com.

On 7-19-20 1:54 UTC, the user of guanleics@gmail.com added the Web and App Activity service.

On 7-21-20 23:22 UTC, the user of guanleics@gmail.com removed the Web and App Activity service.