## Rollins, William (USACAC)

| | |
|---|---|
| **From:** | Harland Braun <​> |
| **Sent:** | Friday, March 12, 2021 5:51 PM |
| **To:** | Rollins, William (USACAC) |
| **Cc:** | Pence, George (USACAC); |
| **Subject:** | Re: U.S. v. Guan - Discovery Production Letter |

Any reading of the transcript would make it clear to you and your assistant that Mr. Guan is being framed by the FBI with your acquaintance and
support. Stop being such a crybaby! You have locked up Mr. Guan for seven months and destroyed his marriage plans, yet you cry to me about your hurt feelings.

What I find most distressingly as an American is that incompetent leadership like you and your sidekick has resulted in my country losing to China.

Sent from my iPhone


> On Mar 12, 2021, at 4:14 PM, Rollins, William (USACAC) <​> wrote:
>
>
> Good Afternoon Mr. Braun:
>
> If you're intending to attach the interview transcripts beginning at Bates range 9363 (rather than 1963, as stated in your email below) to 9498, we do not object to you filing those. Did you mean to write 9363 instead of 1963?
>
> We understand that you believe your client is innocent of all charges. Our client – the United States – disagrees. As in every criminal case, you will be able to argue at trial that the government has not met its burden of proving your client's guilt beyond a reasonable doubt. In the meantime, we ask that you refrain from continuing to send us messages in which (for example) you tell us to show photos of your client to our spouses, threaten to distribute our names and images on state television in China, falsely claim that other prosecutors have told you we intend to resign, ask that we be fired, and suggest that we kill ourselves. Those messages are not productive and, in our view, only contribute to the erosion of civility and professionalism that the Central District of California has attempted to prevent through its published civility guidelines for lawyers. In case you were not aware that such guidelines exist, they are available here: https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines.
>
> Hope you have a good weekend,
>
> Will Rollins
> Assistant United States Attorney
> National Security Division | Terrorism and Export Crimes Section

**From:** Harland Braun <​​​​​​​​​​​​​​​​>
**Sent:** Thursday, March 11, 2021 1:12 PM
**To:** Pence, George (USACAC) <​​​​​​​​​​​​​​​​>
**Cc:** Rollins, William (USACAC) <WRollins@usa.doj.gov>
**Subject:** RE: U.S. v. Guan - Discovery Production Letter

Gentlemen(And I use the term loosely): Bin and I are working on a motion which will include as an attachment the entire transcripts of SA Hurt's two interviews with our client. [pages 1963 through 9498] We noticed several blackouts which we will leave unchanged. If there are any other matters which you believe we should be obscured, please let us know by noon on Monday, March 15th, 2021.

Now that we thankfully have an honest AG, I will recommend that you both be fired because your handling of this case is an embarrassment to our country in its rivalry with the PRC. Your job as USAs was to sit on an incompetent zealot such as Tim Hurt, and refuse to file nonsensical cases. You both failed in your primary responsibilities.

You will note in the final interview that Hurt tried to get the Chinese Consulate tied into an espionage coverup. Bin and I will be meeting with the Chinese Counsel and warn him about this dishonest FBI tactic.

Sincerely,
Harland Braun



This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP