```
TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
GEORGE E. PENCE (Cal Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7407/2253
     Facsimile: (213) 894-2927
     E-mail:    william.rollins@usdoj.gov
                george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-127-MWF |
| Plaintiff, | NOTICE OF LODGING OF EXHIBIT A TO THE GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE THE TRIAL FROM MAY 4, 2021 TO JUNE 22, 2021 |
| v. | |
| GUAN LEI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys William M. Rollins and George E. Pence, hereby lodges Exhibit A to the AUSA declaration in

//

support of the government's Ex Parte Application to Continue the Trial Date and Findings Regarding Excludable Time Periods Pursuant to Speedy Trial Act.  Due to an error, the PDF of Exhibit A was omitted from the original declaration in support of the government's ex parte application filed on April 12, 2021.

Dated: April 13, 2021                Respectfully submitted,

                                            TRACY L. WILKISON
                                            Acting United States Attorney

                                            CHRISTOPHER D. GRIGG
                                            Assistant United States Attorney
                                            Chief, National Security Division

                                                 /s/
                                            WILLIAM M. ROLLINS
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA