# EXHIBIT A

**Rollins, William (USACAC)**

| | |
|---|---|
| **From:** | Harland Braun |
| **Sent:** | Friday, April 9, 2021 9:02 AM |
| **To:** | Rollins, William (USACAC); Bin Li |
| **Cc:** | Pence, George (USACAC) |
| **Subject:** | RE: U.S. v Guan Lei, CR 20-127-MWF |

"senior DOJ approval" The defense that" I was only obeying orders" was thrown out at the Nuremberg trial.

Sincerely,
Harland Braun



This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

**From:** Rollins, William (USACAC)
**Sent:** Friday, April 9, 2021 8:32 AM
**To:** Bin Li                    ; Harland Braun
**Cc:** Pence, George (USACAC)
**Subject:** U.S. v Guan Lei, CR 20-127-MWF

Hi Bin and Harland:

In light of the Court's comments yesterday regarding the first available trial dates in the Western Division and the judge's request that we confer, would you please let us know if defendant will stipulate to a June 22, 2021 trial date, with a pretrial status conference on Monday June 14?

Although DOJ policy prohibits us from stipulating to an Alford plea without senior DOJ approval, based on the Court's comments, it would be helpful for us to know whether that is something defendant is actually considering so that we can alert our management. I know Bin previously raised this possibility, but we haven't heard anything else about it since then.

Please let us know your position by Monday at 12 p.m. so that we can file any necessary ex parte shortly thereafter.

Hope you have a good weekend,

Will

Sent from my iPhone

1

**Rollins, William (USACAC)**

| | |
|---|---|
| **From:** | Harland Braun |
| **Sent:** | Saturday, April 10, 2021 11:14 AM |
| **To:** | Rollins, William (USACAC); Bin Li |
| **Cc:** | Pence, George (USACAC) |
| **Subject:** | RE: U.S. v Guan Lei, CR 20-127-MWF |

I have conferred with my co-counsel and decided to make the government a generous offer.

If the government will stipulate to Mr. Guan's release under the terms proposed by Mr. Li, we will agree to stipulate to a trial date of June 22, 20021.

If you will not stipulate, we will proceed with our bail request and oppose any finding of the continuance being in the interest of justice. We interpret the "interest of justice" as being broader than just the existence of the pandemic. For example, it would include the time served by Mr. Guan, your concession that he is not a spy, your experts revised opinion that they cannot say he a PLA soldier, and the damage your prosecution is doing to our relations with the PRC.

The court should also consider that this prosecution was approved by the Trump administration and the Bill Barr Department of Justice. As far as we know, there has been no *explicit* approval by the Biden administration or the new honest AG.

You gave us until noon on Monday to accept your offer. We reciprocate, let us know whether you agree with us by noon on Monday.

Sincerely,
Harland Braun


**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Harland Braun
**Sent:** Friday, April 9, 2021 9:12 AM

**To:** 'Rollins, William (USACAC)' ; 'Bin Li'
**Cc:** 'Pence, George (USACAC)'
**Subject:** RE: U.S. v Guan Lei, CR 20-127-MWF

Will: The good news: you are paid as a lawyer. The bad news: you have the authority of a clerk.

Sincerely,
Harland Braun



This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Rollins, William (USACAC)
**Sent:** Friday, April 9, 2021 8:32 AM
**To:** Bin Li ; Harland Braun
**Cc:** Pence, George (USACAC)
**Subject:** U.S. v Guan Lei, CR 20-127-MWF

Hi Bin and Harland:

In light of the Court's comments yesterday regarding the first available trial dates in the Western Division and the judge's request that we confer, would you please let us know if defendant will stipulate to a June 22, 2021 trial date, with a pretrial status conference on Monday June 14?

Although DOJ policy prohibits us from stipulating to an Alford plea without senior DOJ approval, based on the Court's comments, it would be helpful for us to know whether that is something defendant is actually considering so that we can alert our management. I know Bin previously raised this possibility, but we haven't heard anything else about it since then.

Please let us know your position by Monday at 12 p.m. so that we can file any necessary ex parte shortly thereafter.

Hope you have a good weekend,

Will

Sent from my iPhone