Harland W. Braun, Esq.  [CASBN 41842]
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone:  (310) 277-4777
Facsimile:   (310) 507-0232
Email:  harland@braunlaw.com

Attorney for Defendant
GUAN LEI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-127(B) - MWF |
| Plaintiff, | **SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI** |
| v. | |
| GUAN LEI, | |
| Defendant. | |

## INTRODUCTION

Prior to determining whether it would accept defense attorney Bin Li's offer to pledge his house worth $550,000 as a bond guaranteeing Defendant Guan Lei's appearance at trial, the Court inquired how a felony conviction would affect Mr. Guan's ability to travel and affect his reputation in the Chinese community in the United States, and China once he returns home.  Guan Lei has broadened the inquiry to also include a discussion of how a *felony arrest warrant* would affect his ability to travel and his reputation.

The government disputed Mr. Guan's claim that recent discovery damaged its claim that he is a member of the Chinese military.  Because the strength of the government's

Lei.7

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

claim is a factor to be considered in a detention motion, Guan Lei has included a discussion of the government's original claims as well as the new government discovery.

## THE EFFECT OF THE FELONY CONVICTION
## IN THE UNITED STATES

If Defendant is convicted, he would serve his sentence in the United States and be deported to China afterwards, barred from returning to this country on the basis of visa fraud. *Immigration and Nationality Act*, § 212 (a) (6) (C) (i) . The United States is the center of computer technology, barred from entering the US, Guan would be deprived from numerous opportunities for his personal life and computer career.

## THE EFFECT OF THE FELONY CONVICTION
## ON GUAN LEI'S REPUTATION IN CHINA

One millions lawyers file 40 million lawsuits each year in the United States,[1] but China's 500,000 attorneys, serving 1.4 billion people, filed only 5.22 million lawsuits in 2015 .[2]  For five millennia, China has been ruled by Taoism and Confucian philosophy, not lawsuits and litigation.

Chinese culture treasures harmony, peace and morality and resorting to litigation over mediation as a kind of negative energy.  Confucius said in his Analects (Lun Yu) [similar to the New Testament of the Bible]: 12.13 Son: "Listen to the proceedings, and so do I.  Must also make no litigation! "[3]  What it means is that the way Confucius resolved disputes is through moral preaching, resolving conflicts before they spiraled into lawsuits. Throughout Chinese history, the disharmony litigation brings – both civil and criminal -- is

---

[1] http://ogdenpage.com
[2] https://www.sohu.com/a/304503981_656728
[3] https://lunyu.5000yan.com/12-13.html

2.

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

Lei.7

SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI

something that Chinese society tries to avoid. Utopia and harmonious society was the highest destination of the Chinese society.

In Zhou Yi Scripture Six Image revered by Chinese stated: "以讼受服，亦不足敬也。" [4], which means that if one gained wealth and ranks by litigation, he has nothing to be respected [for]." This again shows that Chinese society values order, harmony, peace, Ying Yang balance, and no disputes, fighting, and litigation.

"For centuries China has relied on a series of informal mechanisms to maintain social order. Informal controls are distinguished from formal mechanisms that are based on law enforced by the government. The former are carried out by unofficial controlling groups, such as the family and community, to impose moral rules on transgressors. Such informal control originates from Confucian thought that encourages moral regulation to induce shame in offenders in order to lead to reform."[5]

To make it happen, Chinese society has become a closely knitted communities, with the basic element to be the Chinese family. The family includes the micro-family and the macro-family with relatives. Four to five generations living under one roof in harmony is revered by the community and is considered the best virtue of the macro-family. Each such macro-family, a community, there were the heads responsible for resolving disputes among the family or the community. Each citizen in China has a registration book ("Hukou"). Such Hukou is registered in the local community such as village, or street block in the City. Each of the members' activities are viewed and judged by the peers in the communal groups of various sizes.

The Chinese proverbs say "Reconciliation generates wealth." and "One step back, the sky is the limit." These all demonstrated the perception of Chinese towards dispute

---

[4] https://pinshiwen.com/iwen/zhouyi/2020011861052.html
[5] Wing Hong Chui & Kevin Kwok-Yin Cheng, The Mark of an Ex-Prisoner: Perceived discrimination and Self-Stigma of Young Men after Prison in Hong Kong, 34 Deviant Behav. 671, 675 (2013).

3.

Lei.7

SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

and litigation.  Most of the Chinese believe in Fengshui.  In Fengshui, it is bad luck to initiate litigation or to be involved in litigation.  To be accused of criminal activity and tried in a criminal court is even worse.   These community leaders, neighbors, relatives, and neighbors use these means to achieve their goals of keeping peace and unity in their community.

1. **Chinese legal system more closely resembles the mediation and arbitration system than judicial courts in the Western judicial tradition.**

It was not until the last four decades, after China opened up its doors to western business and culture, that formal litigation started to increase.  But even after 4 decades of transformation, the Chinese legal systems are still very much like the mediation and arbitration systems in the United States.  The judicial officers' role is roughly 70% mediation, 20% arbitration and 10% litigation.  Most of the litigation proceedings are mainly the judges' efforts to bring the parties together to compromise.

2. **China is a collectivistic culture which places a high value on how others regard one's actions, which results in discrimination, self-stigma, and shame among the ex-felons.**

Chinese culture is a collectivistic culture which gives priority to the family, group, community and society versus self, and individual.  The fact that we put the family name first instead of a first name is a good example.  As a result, naturally, all the individuals in the collective care more about how other people in the collective view them.  While these are extreme cases, many stars, and celebrities have committed suicide due to the rumors spreading in their collective.

Due to the Chinese culture and moral standard, having been convicted as a felon in China leads to a grave public stigma for all in his or her community to see, not unlike a

4.

Lei.7

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

person bearing Nathaniel Hawthorne's infamous  Scarlet Letter.   In the labor market, "while employers would not reject applications from ex-offenders outright, there was a sense among the participants that they were the victims of unfair prejudice."[6]  (Study of ex-prisoners in Hong King, a highly westernized city.  In less Western locales, the prejudice would be worse).

In the communal culture of China, there is a low tolerance for delinquent behavior, let alone crime. As a result of such culture, the ex-inmates, criminals are forced into public and self-stigma by invisible yet weighty social pressures.  The public stigma encourages rumors and shunning from all of the individual's communal groups, while the self-stigma will translate into shame, embarrassment and low self-esteem.[7]  Because of the fear of being deserted by the Chinese communal group, citizens will practice self-discipline and expect others to do so as well and have little sympathy for those who do not.

The United States has a reputation in China as a country ruled by law, and if Lei is labeled as a felon who fled the United States to avoid prosecution, his life will be stained by the Chinese equivalent of the Scarlet Letter.    Zhihui Yang, Lei Guan's fiance returned to China.  She told Defendant that rumors and prejudices are spreading among her colleagues in the University.   She was not even a charged suspect, merely a material witness in this case.  Should Guan flee and there is a conviction, his reputation among his advisors, colleagues, relatives and friends is totally destroyed.

The Court is asked to consider this matter from the Chinese communal culture standpoint, whether he is a flight risk – he is not charged with espionage, he has served more than eight months confinement without wavering from his innocence, refusing any government offers that would stain his reputation here or in China

//

---

[6] Ibid.  p. 677.
[7] Ibid. p. 678.

5.

SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

**ABILITY TO TRAVEL**

Guan Lei is earning his PhD in the computer science and his fiancee is also a Ph.D candidate in the same field. The worldwide nature of the computer technology and industry would require any computer scientist to be able to travel to many parts of the world. Guan Lei's inability to freely travel would logically interfere with his position in the computer industry, as well as the possibility of career advancement. Although the fact of a felony conviction would interfere with his ability to travel to many countries, the existence of an arrest warrant would be a much more serious threat to his travel.

If Guan Lei failed to show up for trial or failed to show up for his sentencing after trial, this Court would issue a warrant for his arrest. That warrant would be recognized internationally and would be servable by any country with an extradition treaty with the United States. The United States has extradition treaties with 108 countries, most of which are in developed countries likely to be involved in the computer technology.

It appears from the internet that at least Canada, New Zealand, Australia would prohibit Guan Lei's travel should he be convicted of a felony. Obviously, every country which has an extradition treaty with the United States would also be in a position to avoid expensive in-custody extradition proceedings by simply denying Guan Lei a visa.

**GUAN LEI IS NOT NOW AND NEVER HAS BEEN A MEMBER OF THE PEOPLE'S LIBERATION ARMY**

Guan Lei has been charged with visa fraud for denying he was a member of the Chinese Military. Guan Lei is not or ever was a member of the People's Liberation Army ("PLA"). Guan Lei attended the National University of Defense Technology which has both civilian and military students.  Additional facts and analysis have been presented to the Court in prior motions, those facts and analyses are offered again, supplemented with the following:

6.

Lei.7

SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

1      The government's original detention argument stated that Guan Lei is a PLA officer

2  or cadre based on a statement from FBI agent Hurt that his expert in Australia, Alex Joske,

3  determined that "0317" in Guan's student serial number was designated to PLA members

4  or cadre, both of which are uniformed Chinese military personnel. **See Exhibit A**. Based

5  on this claim, Guan Lei was indicted and detained.

6      In opposing Guan's request to modify the Detention Order, the Government stated

7  that Joske identified a four-digit sequence in Guan Lei's identification code which meant

8  he was a uniformed Chinese military. **See Exhibit B.**

9      The trial date was originally in November of 2020. Finally, on March 30, 2021, the

10  Government prosecutors interviewed their Australian expert, Alex Joske, a highly qualified

11  Mandarin-speaking expert on China.  **Joske told the prosecutors he was unable to**

12  **determine whether the four-digit sequence present in the Chinese Scholarship**

13  **Council Code identified the person as a member of the People's Liberation Army.**

14  According to Joske, half the people from the National University of Defense Technology

15  were determined to be members of the military but he was unable to state whether Guan

16  Lei was a military or civilian student. **See Exhibit C**. The curriculum vitae ("CV") of Alex

17  Joske is attached to Exhibit C.

18      The Government then interviewed Glen Tefort another expert on China. Mr. Tefort,

19  who has done extensive research on Chinese matters, stated that he would be unable to

20  determine whether Guan Lei was serving in the People's Liberation Army and added that

21  there was some information that Guan Lei may not be in the military. According to Telfort,

22  **Guan's educational track was more consistent with a civilian student**. **See Exhibit D.**

23      Possibly sensing the anti-Chinese bias of the prosecution, Tefort stated that he

24  wondered in light of his current research whether this was an appropriate case to vindicate

25  the Government's concerns.  Telfort mentioned the phrase, **"Researching while Asian,"**

26  which he understood to be analogous to the phrase, "Driving while black."

27

28

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

7.

Lei.7

SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI

1    Having established through Chinese experts, Joske and Tefort, that Guan Lei was

2 probably a civilian student at the National University of Defense Technology, the

3 Government interviewed U.S. Army Lieutenant Col. Isaac Faber**. See Exhibit E.**

4    Apparently, the government decided not to question Faber about whether or not

5 Guan was in the Chinese military, but Faber opined**, "There was nothing inherently**

6 **military in Guan Lei's research."**

7

8                                **CONCLUSION**

9    The United States claims that it follows the rule of law, whereas the People's

10 Republic of China has an ancient authoritarian system ruled by a Mandarin class and now by

11 the Community Party.  History will decide which is the better system, whether the United

12 States and the West can compete with 1.4 billion people with a 5,000-year-old civilization

13 is an open question.

14    But the United States will definitely lose if we abandon a distinctive feature of our

15 system which is a reverence for the rule of law. Accordingly, the Court should release

16 Guan Lei for the following reasons:

17                1.  He is not spy and has no access to classified information, is not charged

18                    with espionage and the government has never, even now, made it clear

19                    why he is haled before this Court other than as being "Asian while

20                    studying."

21                2.  There is trivial evidence – meaning none -- that he is a member of the

22                    Chinese military.

23                3.  Guan Lei is a victim of a last-minute executive order from the last

24                    president.

25                4.  Guan Lei was not asked whether his fiancée had any additional storage at

26                    their shared apartment.

27

28                                        8.

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

5.  Guan Lei followed accepted practice in destroying the memory of a hard drive which was to be destroyed.

6.  There is no proof that the destroyed hard drive had any relevance to the FBI investigation.

7.  Guan Lei has already served almost 9 months in custody.

8.  Attorney Bin Li has offered his home worth $550,000 to assure Guan appearance.

9.  The government would not suffer harm if Guan Lei absconded; if the government maintains this is not so, the government has offered nothing to show what kind or how serious this might be.

10. A case based on a false statement between a Mandarin speaker and an agent who spoke no Mandarin is inherently suspect.

11. Denying Guan Lei bail will make the Court appear to have the anti-Chinese bias inherent in the history of California and the widespread physical attacks on our citizens of Asian descent.

12. Guan accepts the harshest house arrest conditions imposed on him such as GPS surveillance on him, not leave the house except one hour exercise in the yard per day.

Balancing all theses factors, the Court should release Guan Lei on the terms suggested by co-counsel, Bin Li.

Dated:   April 13, 2021                  Respectfully submitted,

                                         BRAUN & BRAUN LLP

                                         By:   /s/ _____
                                               Harland W. Braun
                                               Attorneys for Defendant

9.

Lei.7

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024

SUPPLEMENTAL ARGUMENT RE RELEASE OF DEFENDANT GUAN LEI

Exhibit A

1  proportion to the liberty interest at stake – viz. the interest in

2  remaining free until trial, for what is by statute a period of

3  limited duration." <u>Smith</u>, 79 F.3d at 1210; <u>see also</u> Speedy Trial

4  Act, 18 U.S.C. § 3161, <u>et seq</u>.  Blanket denials or objections by the

5  defense to the government's proffer, or the "more obscure requests"

6  that the issue cannot be addressed "without cross examination and/or

7  discovery" are insufficient to justify live witness testimony during

8  a bail hearing.  <u>United States v. Cabrera-Ortigoza</u>, 196 F.R.D. 571,

9  574-75 (S.D. Cal. 2000).

10  **III. ARGUMENT**

11      **A.   GUAN's Chinese Scholarship Council ("CSC") Code Identifies**
12           **Him as a Member of the PRC Military**

13      As detailed in the Affidavit of Timothy Hurt, which is attached

14  hereto as **Exhibit A**, the FBI has uncovered additional information not

15  set forth in the affidavit in support of the <u>Complaint proving</u>

16  <u>defendant is a PLA member</u>.  Specifically, four numbers ("0317") in

17  the unique code assigned to GUAN by the CSC, which granted him a

18  scholarship in connection with his research at the University of

19  California, Los Angeles, identify GUAN as a <u>PLA officer or "cadre"</u>

20  member, both of which are uniformed Chinese military personnel.  (Ex.

21  A, ¶ 2.)  In fact, over the last nine months alone, five Chinese

22  military officers who came to the United States using the same CSC

23  code ("0317") have been charged with federal crimes such as visa

24  fraud.  (<u>Id</u>. ¶¶ 2-3.)

25      **B.  Defendant's Misleading Statements to an Immigration Judge**

26      Defendant's recent acts of deception and concealment before an

27  Immigration Judge reinforce the fact that he cannot be trusted to

28  appear for trial in this case.  In advance of his Departure Control

## DECLARATON OF TIMOTHY HURT IN SUPPORT OF GOVERNMENT'S
## RESPONSE BRIEF IN SUPPORT OF DETENTION

1.     I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and I am one of the SAs assigned to the investigation of GUAN LEI ("GUAN").  I submit this declaration in support of Government's Response Brief in Support of Detention.

2.     Based on my discussions with other FBI agents and the analyst at the Australian Strategic Policy Institute ("ASPI") identified below; my review of open-source online resources, U.S. State Department and media reports, and a letter GUAN submitted to the University of California, Los Angeles ("UCLA"); and my training and experience, I know the following:

a.     ASPI brands itself as "an independent, non-partisan think tank that produces expert and timely advice for Australia's strategic and defence leaders."[1]  Alex Joske ("Joske") is an ASPI analyst whose research includes efforts by the government of the People's Republic of China ("PRC") to obtain technology and other information from foreign nations.

b.     The PRC government established the Chinese Scholarship Council ("CSC") in 1996 as a non-profit institution affiliated with the PRC's Ministry of Education.

c.     The CSC is responsible for the enrollment and administration of Chinese Government Scholarship programs and provides funding for both undergraduate and graduate students, as well as post-doctoral visiting scholars, to PRC citizens wishing to study abroad and to foreign citizens wishing to study in the PRC.

---

[1] See https://www.aspi.org.au (last accessed Sept. 2, 2020).

1  The CSC is financed mainly by the PRC's special appropriations or
2  scholarship programs.

3       d.    According to the U.S. Department of State,[2] the
4  Chinese Communist Party ("CCP") exploits the open and transparent
5  nature of academic research institutions in the United States to
6  bolster China's own military capabilities through bodies like the
7  CSC, which requires academic scholarship recipients to report their
8  overseas research to PRC diplomats.

9       e.    Based on my discussions with Joske and records
10 provided by him, I know that the CSC regularly publishes lists of
11 persons who are awarded CSC scholarships and the lists include a code
12 associated with each scholarship recipient.  By comparing
13 approximately eight years' worth (2010-2018) of those lists (to
14 include at least three dozen CSC scholarship winners designated with
15 the "0317" code) against publicly-available academic work or other
16 websites in China, Joske determined that "0317" was designated to PLA
17 officers or "cadre," both of which are uniformed Chinese military
18 personnel.

19      f.    For example, according to Joske, CSC scholarship
20 number "2018**0317**0150" in the 2018 list was awarded to G.B.[3] and
21 publicly-available websites in the PRC show that G.B. is employed at
22 China's Fourth Military Medical University (also known as the Air
23 Force Medical University).

24
25
26

27    [2] https://www.state.gov/military-civil-fusion/ (last accessed
28 Aug. 24, 2020).

   [3] I have used initials to protect the identity of this person.

c.   According to a letter submitted by GUAN to UCLA, a copy of which is attached as **Exhibit 1**, his CSC "File No." is "2018**0317**0205."   Based on the above, the presence of "0317" in that "File No." identifies GUAN as a member of the PLA.

4.   Based on my comparison of an NUDT admission letter submitted by GUAN to Assistant Chief Immigration Judge Rodin Rooyani and similar NUDT admission letters that I found online, and with the assistance of a Mandarin-language translator, I know the following:

a.   GUAN's admission letter was different than any of the PLA NUDT admission letters I found online.   Every admission letter I found online depicted a stamped seal with the characters "中國" (China), "人民" (People), "解放軍" (Liberation Army), "國防" (National Defense), "科學" (Science), "技術" (Technology), "大學" (University), and "研究生院" (Graduate School).   The stamped seal on GUAN's admission letter, by contrast, does not include "中國" (China), "人民" (People), or "解放軍" (Liberation Army).

b.   Based on my training and experience, I know that it is possible using computer software to digitally manipulate original documents to alter their appearance, including by omitting the presence of Mandarin-language characters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 3, 2020

_____
Timothy Hurt, Special Agent

Exhibit B

1   computer hard drive and surreptitiously discarded the hard drive in a

2   dumpster near his apartment.  GUAN's destruction of evidence occurred

3   just days after he attempted to leave the United States by trying to

4   board a flight to the PRC at Los Angeles International Airport

5   ("LAX").

6       After GUAN's arrest by FBI agents, the government filed a motion

7   requesting that GUAN be detained before trial.  Notably, in support

8   of that motion, the government cited the work of Alex Joske, an

9   analyst at the Australian Strategic Policy Institute.  (CR 29-1.)  As

10  detailed in that motion and supporting exhibits, the Chinese

11  Scholarship Council ("CSC"), provides grants to researchers seeking

12  to study abroad and publishes lists of scholarship winners.  Those

13  lists include a code associated with each scholarship winner.  Mr.

14  Joske has identified in those codes a four-digit sequence that

15  designates certain scholarship winners as uniformed Chinese military

16  personnel.  GUAN's research at UCLA was funded by the CSC, and his

17  CSC code includes the four-digit sequence associated with PLA

18  members.

19      On the government's motion, the Honorable Patricia Donahue

20  ordered GUAN detained.  Since his initial appearance in this Court,

21  GUAN has been represented by Deputy Federal Public Defenders ("DFPD")

22  Michael Schachter and Nadine Hettle.

23

24  military uniform when he first entered NUDT for "military training."
    When asked whether he no longer had to wear a military uniform after
25  the first 15 days of school, GUAN initially said "correct," but later
    said he sometimes did wear a military uniform but that the question
26  was hard to answer because he had been in the United States for two
    years and couldn't "remember clearly."  He then said that he wore a
27  uniform rarely, such as on holidays.  When shown a photograph of his
    advisor at NUDT, a PLA scientist who appeared in uniform in the
28  photograph, GUAN identified his advisor as a General based on the
    number of stars on his shoulder.

Exhibit C

Serial 35

FD-302 (Rev. 5-8-10)                                    - 1 of 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/02/2021

On 03/30/2021, Assistant United States Attorneys William Rollins and George Pence, and FBI Special Agent Michael Robinson interviewed Alex JOSKE of the Australian Strategic Policy Institute. After being advised of the nature of the interview, JOSKE provided the following information:

To date, JOSKE was unable to conclusively determine whether the four-digit sequence present in some Chinese Scholarship Counsel (CSC) codes identifies the person whose CSC code has that four-digit sequence as a member of the People's Liberation Army (PLA). JOSKE investigated certain CSC grant recipients from National University of Defense Technology (NUDT) and determined that half them were PLA, but he was unable to determine whether the remaining half of them were civilian or PLA. Determining if a student was military or civilian was difficult because Chinese Universities did not readily furnish identifying information.

China used the CSC as a mechanism to exfiltrate research from foreign counties. CSC funding came with conditions and obligations; students were expected to find ways to contribute to China while they were studying abroad. JOSKE needed to do more research on the CSC.

Investigation on   03/30/2021   at   Los Angeles, California, United States   (Phone)

File #                                                                    Date drafted   03/31/2021

by   Michael Terry Robinson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# Alex Joske

## China Analyst

## CONTACT DETAILS



---

## EDUCATION

**Bachelor of Arts (Chinese Language)**
Australian National University
2015 – 2018

---

## SKILLS & EXPERTISE

**China**
Foreign policy
Political interference
Espionage
Technology transfer
Military-civil fusion
Chinese diaspora communities
**Language**
Professional fluency in Mandarin
Chinese Translation
Mandarin Interpreting
Elementary fluency in Cantonese

## PROFESSIONAL PROFILE

I am a China analyst with expertise in the Chinese Communist Party's global foreign interference and technology transfer efforts. My work is driven by the need to gain a greater understanding of and develop new policies towards China in light of the challenges and opportunities posed by its rise.

I have authored influential reports on China's political influence operations, military-civil fusion and the overseas presence of Chinese military researchers that catalysed legislation and policy changes around the world, including in the United States, Australia and the United Kingdom.

I have given presentations and briefings at Stanford University, Charles University in Prague, Texas A&M University, Australian Government departments, the Australian Parliament, the UK Foreign and Commonwealth Office, the US Congress, the Association of American Universities, the US Marine Corps, the US State Department and the US National Security Council.

I am fluent in Mandarin Chinese and lived in Beijing for over six years and in Taipei for three months while studying at National Taiwan Normal University.

## PROFESSIONAL EXPERIENCE

**Analyst**
International Cyber Policy Centre
Australian Strategic Policy Institute
May 2019 – Present

As an analyst at the Australian Strategic Policy Institute, my research focuses on the Chinese Communist Party's overseas political influence work, technology transfer efforts and military-civil fusion. I currently lead research projects on these topics that involve data-collection and analysis of Chinese-language sources. I am responsible for supervising and training three researchers.

I frequently comment on China-related issues including foreign interference, research collaboration, Chinese technology companies and foreign policy. My role involves briefing policymakers and officials in the Australian government, including the Office of National Intelligence, the Department of Defence, the Department of Home Affairs, the Department of Treasury and other stakeholders to discuss ASPI's research and provide policy advice.

**Researcher**
International Cyber Policy Centre
Australian Strategic Policy Institute
July 2018 – May 2019

As a researcher I wrote *Picking Flowers, Making Honey: The Chinese Military's Collaboration with Foreign Universities*, an influential study of university engagement with China. At the time, the has attracted the greatest readership of any ASPI paper and led to an invitation to testify before the US Senate Committee on the Judiciary. The report has been cited in the Dutch and UK parliaments, and inspired the PLA Visa Security Act, a May 2019 US congressional bill. I also carried out research on the international presence and government links of Chinese technology companies for ASPI's Mapping China's Tech Giants website.

From February to April 2019 I was also engaged by the ABC as a consulting analyst for a Four Corners investigation into Chinese Communist Party interference.

## AWARDS

**International Visitor Leadership Program 2018**
US Department of State Professional exchange program for emerging international leaders

**Investigative Journalism Prize 2017**
Woroni
Awarded in recognition of outstanding investigative journalism.

**ACYA-MTC Scholarship 2016**
Australia-China Youth Association
Awarded to undergraduate students, funded three months of Mandarin training at National Taiwan Normal University.

## REFERENCES

**Justin Bassi**
Chief of Staff
Foreign Minister's Office
█████████████

**Dr Samantha Hoffman**
Senior Analyst
Australian Strategic Policy Institute
█████████████

**Peter Mattis**
Deputy Staff Director
Congressional-Executive Commission on China
█████████████

# PROFESSIONAL EXPERIENCE continued

**Research Assistant**
Charles Sturt University
December 2016 – January 2018

I was the researcher for *Silent Invasion: China's influence in Australia* by Clive Hamilton, the first Australian book examining Chinese Communist Party influence in Australia. My duties included writing research briefs, carrying out interviews, fact-checking, translation, and writing media articles.

**News Editor/Reporter**
Woroni (ANU Student Media)
May 2016 – March 2017

As a reporter and then news editor at *Woroni*, the Australian National University's student newspaper, I wrote and edited articles and supervised a team of five reporters. My investigation of Chinese government influence over the university's Chinese Students and Scholars Association, which uncovered a successful effort to suppress a Chinese dissident publication on campus, was *Woroni*'s most-read news article.

# SELECTED PUBLICATIONS

**Books**
*Silent Invasion: China's Influence in Australia* (as researcher), Hardie Grant Books, March 20, 2018.

**Book chapters**
'The United Front and technology transfer' (with Jeffrey Stoff) in William C Hannas and Didi Kirsten Tatlow eds. *China's Quest for Foreign Technology Beyond Espionage*, Routledge, 22 September 2020.

'Mitigation efforts to date' (with James Mulvenon and Didi Kirsten Tatlow) in William C Hannas and Didi Kirsten Tatlow eds. *China's Quest for Foreign Technology Beyond Espionage*, Routledge, 22 September 2020.

'Building resilience in the face of Chinese Communist Party interference' in *Agenda for Change – 2019*, ASPI, 26 February 2019.

**Policy reports**
*Hunting the phoenix: The Chinese Communist Party's global search for technology and talent*, ASPI ICPC, August 2020.

*The party speaks for you: Foreign interference and the Chinese Communist Party's united front system*, ASPI ICPC, June 2020.

*The China Defence Universities Tracker*, ASPI ICPC, November 2019.

*Mapping China's Tech Giants* (co-author), ASPI ICPC, 18 April 2019.

*Picking flowers, making honey: The Chinese military's collaboration with foreign universities*, ASPI ICPC, 30 October 2018.

**Opinion, news and commentary**
'Turning the spotlight on China's global effort to recruit scientists', *The Strategist*, 20 August 2020.

'Analysing Wang Liqiang's claims about China's military networks', *The Strategist*, December 12, 2019.

'The company with Aussie roots that's helping build China's surveillance state', *The Strategist*, 26 August 2019.

'The Third Magic Weapon: Reforming China's United Front' (co-author), *War on the Rocks*, 24 July 2019.

'The Central United Front Work Leading Small Group: Institutionalising united front work.' Sinopsis, 23 July 2019.

'Australia should look to US bill to stop the transfer of sensitive technology to the Chinese military', *The Strategist*, 16 May 2019.

SELECTED PUBLICATIONS (continued)

'Reorganizing the United Front Work Department: New Structures for a New Era of Diaspora and Religious Affairs Work', Jamestown Foundation, China Brief, 9 May 2019.

'The Chinese military's exploitation of Western tech firms', *The Strategist*, 12 April 2019.

'Defence Department scientist had separate role with China-linked firm' (co-author), *Sydney Morning Herald*, 4 April 2018.

'Saving Yang Hengjun: we must not tolerate China's hostage diplomacy', *Sydney Morning Herald*, 24 January 2019.

'From student to drone swarms: how the Chinese Communist Party trains its cadres in Australia', *Sydney Morning Herald*, 10 November 2018.

'Framing the Australia–China relationship', *The Strategist*, 24 April 2018.

'Beijing is silencing Chinese-Australians', *The New York Times*, 6 February 2018.

'Bennelong byelection: The influential network targeting the Turnbull government in Bennelong', *Sydney Morning Herald*, 15 December 2017.

'Mysterious Bennelong letter urges Chinese Australians to 'take down' the Turnbull government' (co-author), *Sydney Morning Herald*, 13 December 2017.

'United Front Activities in Australia' (co-author), Submission to the Parliamentary Joint Standing Committee on Intelligence and Security's Review of the National Security Legislation Amendment (Espionage and Foreign Interference) Bill 2017, 22 January 2018.

'End the isolation of Chinese students in Australia', *Sydney Morning Herald*, 4 September 2017.

'Incident at university pharmacy highlights a divided Chinese community', *Woroni*, 26 August 2016.

Exhibit D

Serial 214

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry      04/05/2021

Glenn Tiffert (Tiffert) was interviewed telephonically from the FBI Los Angeles Field Office and other locations by Special Agent Timothy Hurt and AUSAs George Pence and William Rollins. After being advised of the identity of the interviewers and the nature of the interview, Tiffert provided the following information:

Based on his current research, Tiffert was unable to conclusively determine whether Guan was serving in the PLA and further stated there was some information indicating that it was probable the Guan may not be. In light of his inability to reach any definitive conclusion on this point, Tiffert expressed concerns about whether the government could prove the facts necessary to convict the defendant on the visa charge. Tiffert said he was a strong supporter of the U.S. government effort to monitor and prevent Chinese efforts to exfiltrate sensitive information from the United States, but he wondered, in light of his current research, whether this was the appropriate case to vindicate those efforts. Tiffert was worried recent reports of discriminatory conduct towards Asians in the United States had caused the surfacing of concerns within the research community. Specifically, Tiffert mentioned the phrase "researching while Asian," which was understood as analogous to "driving while black."

During his review of NUDT admissions data, Tiffert was able to determine that in and around the year that Guan was admitted to the Ph.D program, the majority of people admitted, possibly as high as 3/4, were in fact admitted as military. Tiffert also said that the admission criteria for the Ph.D program suggested there was an age cutoff for military applicants and it was unclear from those records as well as Guan's biographical information whether he was qualified based on his age. If it were a year earlier it would have been definitive, but Guan started the exact year NUDT allowed

Investigation on   03/23/2021   at  Los Angeles, California, United States (Phone)

File #                                                                                               Date drafted   03/31/2021

by  Timothy Daniel Hurt

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Serial 214

Continuation of FD-302 of ▮▮▮▮▮  Tiffert Interview _____ , On 03/23/2021 , Page 2 of 2

both military and civilian. Tiffert had reviewed NUDT's admissions criteria in 2018 and recognized Guan's professor was identified as only accepting military students. Tiffert was unable to find similar documents in final form for the prior year and the draft document that he was able to find did not contain similar qualifications. Moreover, Tiffert had not found any similar documents for any prior year containing such a restriction for any professor. The documents available didn't say wether or not there was a restriction.

Tiffert said the absence of photographic evidence of Guan in uniform made it difficult to determine conclusively if he was in the military. Tiffert's initial review of public information about the case led him to believe it would be easy to prove. Tiffert wasn't ruling out that Guan was military, just couldn't say for sure based on the records available to him.

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____04/05/2021_____

Glenn TIFFERT was interviewed telephonically from the FBI Los Angeles Field Office and other locations by Special Agents Timothy Hurt and Michael Robinson, and AUSAs George Pence and William Rollins. After being advised of the identity of the interviewers and the nature of the interview, TIFFERT provided the following information:

TIFFERT found numerous documents pertaining to the admissions policy and recruitment of students at the National University of Defense Technology and tried to use them to understand GUAN. TIFFERET did not know a formal policy that would require civilian students to wear uniform for holiday/events, etc. to fill seats, but he reasoned it could be an informal requirement. TIFFERT assumed that the chancellor / senior leadership at NUDT were uniformed military members; however, they would not be a typical combat arms military member, but rather a military education specialist. At NUDT, the Ministry of Defense would be responsible for the military members and the Ministry of Education would be responsible for the civilian members.

TIFFERT was inconclusive about whether GUAN was a military student or not and thought GUAN could be a civilian student because of the educational path he followed from graduating Lanzhou University. A traditional military student career/education path looked different than GUAN's path. Normally military graduate students would come from a undergraduate military school. Based on document page 708, if a graduate student wanted to join the military but did not graduate from an undergraduate military school, they would not officially join the military until after they graduated from graduate school. Also, military students would normally have a military assignment between undergraduate and graduate school, however, GUAN did not appear to have an assignment.

TIFFERT used the words possible, plausible, and probable to describe

Investigation on  03/31/2021  at  Los Angeles, California, United States (Phone)

File #  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                  Date drafted  04/02/2021

by  Timothy Daniel Hurt

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Serial 211

Continuation of FD-302 of         Seventh TIFFERT Interview         , On  03/31/2021 , Page   2 of 5

GUAN's status as a civilian. TIFFERT responded to questions about what they meant by stating he understand the term possible to mean a low percentage chance such as 1 percent, he understood plausible to mean a greater percentage chance, and he understood probable to mean more likely than not. After the terms were clarified, TIFFERT said that it was not probable that GUAN was a civilian. However, he said it was possible or plausible that GUAN was a civilian. When asked whether it was also possible, plausible, or probable that GUAN was in the military, TIFFERT said it was possible, but declined to opine whether it was plausible or probable. When asked the basis for his conclusion that it was possible or plausible that GUAN was a civilian, TIFFERT said that GUAN's path into NUDT suggests he was a civilian because he didn't take any time off between ungraduated and graduate studies to serve in a military roll. When asked about the NUDT admissions document from 2019 indicating that GUAN's advisor only accepted soldier students, TIFFERT said that to construe that document as evidence that GUAN was in the military would be highly prejudicial to the GUAN and noted that in previous years there was no indication one way or another as to whether the advisor only accepted soldier students.  However, TIFFERT also stated that, statistically, most of the students at NUDT for the relevant time periods during which GUAN would have been admitted to his master's and PhD programs were in the military.  TIFFERT also said that, statistically, significantly more military students were accepted following entrance examinations than civilian students.

While discussing the specific document pages, TIFFERT made the following comments:

- Document Page 531-570:
  - 2016 master's program admissions document, when Guan was just completing his master's degree
  - Nothing unusual
  - 100 military slots for computer science and no defined amount of slots for civilians
- Document Page 571-615:
  - 2017 Ph.D admissions guide that was indicated it was not yet completed
  - This was the year Guan entered his Ph.D program
  - LU had no restriction showing regarding military requirements of his students; no designations throughout
  - It's possible the complete 2017 guide was never posted
  - There was a professor from Colorado on the guide

FD-302a (Rev. 5-8-10)

Serial 211

Continuation of FD-302 of  (U)  Seventh TIFFERT Interview  , On  03/31/2021  , Page  3 of 5

- This one was interesting because[RW(1)] it provided military class examples
- NUDT computer science field would be the "cream of the crop"
- NUDT gets all of the resources because applied fields for defense
- Seven Sons universities in general get all of the resources because working on applied fields for defense
- Students are recruited by being told they can come to NUDT and be civilians and can exploit NUDT's pipeline to defense contractors and government
- They are told they can also go to the private sector
- NUDT does state the central part of its mission is national security
- Document Page 616:
  - NUDT webpage about the 2013 master's program criteria, the same year it began admitting civilians
  - Criteria not defined well
  - Guan fell in the criteria of being eligible for military admission based on his age
  - In China there is always a way regardless
  - Ex-military could join up to age 40, while others were cut off at 24 years old
  - First they tested on ideology and politics, followed by a second academic exam; only 8 were selected as civilians this way in Guan's academic year
- Document Page 617:
  - If Guan had joined in 2012, he would have definitely been military
  - The year Guan joined the program NUDT admitted 400 civilians who were not Army
  - There were 780 admitted as military
  - Ultimately, the MOE and PLA got the final say on how many were admitted
- Document Page 618:
  - In 2015 the numbers were almost exactly the same
  - If you were a master's student and had originally applied to a Ph.D track, you would get master's along the way and go directly to a Ph.D
- Document Page 619:
  - Document describing NUDT as creating a high tech military workforce in 2013
- Document Page 620:
  - 2017 Ph.D program guide
  - Guan's year there were 270 military slots
  - Guan's year there were 74 civilian slots
  - Civilian men and women can be an inch shorter than military
  - Minimum height is 1.62 meters
- Document Page 621:

FD-302a (Rev. 5-8-10)

Serial 211

Continuation of FD-302 of ▮▮▮▮ Seventh TIFFERT Interview _____ On 03/31/2021 Page 4 of 5

- This document had stats for the Ph.D testing in track
- There were 49 military and 8 civilians admitted
- 104 military took the test and 44 civilians took the test
- Document Page 622-678:
  - 2018 Ph.D admissions guide
  - Guan's Ph.D advisor LU, the 2-Star General, had a restriction only accepting military students
- Document Page 679:
  - Document about job placement office at NUDT for students
  - Mentions beginning to accept civilians in 2013
  - Graduate over 1000 civilians at the time
  - Key goal was to contribute to national defense science and technology projects
  - The audience of the document was employers, welcoming them to come to the campus and start interviewing
- Document Page 680:
  - Stats for 2020 class entering NUDT in Ph.D program
  - The class numbers are low for military compared to the previous year
  - 49 to 9 pervious 2019/2020
- Document Page 681:
  - Master students numbers admitted
- Document Page 682:
  - Target dates and information for the 2021 class
  - Entrance exam dates
  - Admission plans for civilian and military students
  - Military numbers were smaller
- Document Page 683-688:
  - Provisional NUDT regulations for admitting master and Ph.D students
  - Approval needed for admitting Master's graduate to a Ph.D program.
- Document Page 689-695:
  - History of NUDT, when it was founded, and name changes
- Document Page 696:
  - Notice of work regulations
  - Regulations announced in 2007 and were in effect to 2017
  - Military training requirements
  - Applies to all Chinese universities
  - Military training is scored and graded, and it goes into the student record
  - Have to complete military training or can not graduate
- Document Page 697:
  - Curriculum or course plan effective August 2019 establishing what student will be studying in undergraduate military training
  - Included 36 hours of military theory
- Document Page 698:
  - Chinese journal article

FD-302a (Rev. 5-8-10)

Serial 211

Continuation of FD-302 of ▮  Seventh TIFFERT Interview _____ , On  03/31/2021 , Page  5 of 5

- • 2018 military education and training
- • Document Page 700-702:
  - • NUDT website recruitment brochure for faculty and staff, including civilian uniformed command
  - • Identifies potential job openings, requests applicants to apply, and describing application process
  - • This would have been similar to GUAN'smaster's advisor
- • Document Page 703-705:
  - • Journal article about the training of civilian student at military universities, not just NUDT
  - • Described goals and point of training
- • Document Page 706:
  - • Curriculum guide for NUDT undergraduates in effect 2010
  - • NUDT attempts to keep it clear who is military and who is civilian
- • Document Page 707
  - • Regulation for admitting non-military personnel who work on campuses, which are notional requirements and not NUDT specific
- • Document Page 708:
  - • 2016 FAQ on PRC Ministry of Defense webpage discussing graduate students
  - • Described way to join the military as a graduate student even if you didn't come from an undergraduate military school
  - • Ministry of Defense can refund tuition once a student graduates

Exhibit E

Serial 41

FD-302 (Rev. 5-8-10)

- 1 of 3 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ____04/05/2021____

On April 5, 2021 at the FBI Los Angeles Field Office, SA Michael Robinson and Assistant United States Attorneys William Rollins and George Pence conducted an interview of US Army Lieutenant Colonel Isaac Faber. After being advised of the nature of the interview, FABER provided the following information:

FABER had trouble locating publications from GUAN Lei's (GUAN) Chinese advisors in Google Scholar. GUAN's UCLA advisor, WOTAO Yin, was part of a very small and "elite" group of people in the parallel processing field. WOTAO had many publications available in Google Scholar. WOTAO had a significant impact in parallel computing and machine learning. FABER found two other researchers named GUAN Lei; one was from Canada and the other possibly from Ohio.

Serial processing solved a problem in a sequential order. Parallel processing solved a problem by breaking the problem down in multiple parts, solving parts simultaneously, and then combining the solved parts together. Almost all machine learning relied on parallel processing. While not military specific, many computer reliant systems in the US Army would benefit from advancements in machine learning and parallel processing.

GUAN's research was generally applicable to the military, in that it could be applied to anything the military does relating to machine learning. Expert systems in artificial intelligence (AI) have been in the US military since the 1980's and could be found in targeting and other systems. Expert systems were tailored solutions that only worked for a specific and known problem. Machine learning was more general than AI expert systems. Machine learning was found in applications such as logistics and business problems. There was nothing inherently military in GUAN's research that FABER reviewed, but it did have military applications.

| Investigation on | 04/05/2021 | at | Los Angeles, California, United States (Phone) |
|---|---|---|---|

| File # | | Date drafted | 04/05/2021 |
|---|---|---|---|

by  Michael Terry Robinson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Serial 41

5 Apr Lt. Colonel Isaac Faber

Continuation of FD-302 of _Interview_ ,On 04/05/2021 ,Page 2 of 3

   The use of super computers for nuclear applications was outside of
FABER's expertise.

   While discussing the specific documents, FABER made the following
comments:

- Guan's Master's Thesis Abstract (English Translation):
  - In the same subfield as GUAN's other machine learning research
  - Addressed how AI and machine learning interact with large amounts
    of data, and how to increase efficiencies between this interaction
    - Search for a better algorithm that was more cost and resource
      efficient
  - There were acronyms used in the abstract that appeared nonstandard
    may reflect a translation error
    - GUAN compared his performance to UTS and Open MP - open sources
      used in the field
  - FABER would be "surprised" if this specific data analyzed in the
    paper was a military related dataset
    - Used open benchmark
    - Unbalanced Research developed by Ohio State University

- XPipe: Efficient Pipeline Model Parallelism for Multi-GPU DNN Training:
  - Article on a better, more efficient parallel processing method
  - GUAN's UCLA advisor was also listed as an author
  - Graphics processing units allowed for parallel processing of data
    on multiple computational cores and therefore are of great
    assistance in processing large amounts of data where parallel
    processing is possible

- pdlADMM: An ADMM-Based Framework for Parallel Deep Learning Training
  with Efficiency:
  - Article about "tweaking" a learning algorithm until it gets closer
    to the correct outcome - optimization process
  - All authors were Chinese
    - FABER suspected, but did not know for sure, that the paper did
      not meet GUAN's UCLA advisor's criteria for publication
  - Appears to relate to the same subject matters and techniques as
    GUAN's master thesis

- An efficient parallel and distributed solution to nonconvex penalized
  linear SVMs:
  - Article on the potential general use of Support Vector Machines
  - Interesting because the research focused on the use of SVM and not
    the popular machine learning framework
    - SVM were popular 15 years ago
    - SVMs were complicated and limited, as most datasets were not

FD-302a (Rev. 5-8-10)

Serial 41

5 Apr Lt. Colonel Isaac Faber

Continuation of FD-302 of Interview                                             , On   04/05/2021  , Page   3 of 3

linear and do not follow the vector method
- Although FBAER was familiar with SVM's, and their use and
application, they were not a subject matter that he researched