**DECLARATON OF AUSA ROLLINS**

1. I am an Assistant U.S. Attorney ("AUSA") in the Central District of California assigned to United States v. Guan Lei, CR 20-127-MWF. I make this declaration in support of the government's opposition to defendant's ex parte application for release.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of draft verbatim translations that the Federal Bureau of Investigation ("FBI") informed me contains the contents of a jail call recorded at the Metropolitan Detention Center ("MDC") on February 18, 2021 (and provided to the FBI by the Bureau of Prisons), between defendant and an employee of the People's Republic of China's ("PRC") consulate in Los Angeles.

3. Attached hereto as **Exhibit B** is a true and correct copy of an expert disclosure letter provided to defense counsel on April 6, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of an expert disclosure letter provided to defense counsel on October 22, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of a supplemental expert disclosure letter provided to defense counsel on February 12, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles County, California, on April 15, 2021.

WILLIAM M. ROLLINS
Assistant United States Attorney