| | |
|---|---|
| File Number: | |
| Requesting Official(s): | SA Tim Hurt |
| Request ID and Task ID(s): | |
| Date Completed: | 4/14/2021 |
| Linguist(s): | |
| Reviewer(s): | |
| Source Language(s): | Chinese |
| Target Language: | English |

Source File Information
2 audio files, see translation

VERBATIM TRANSLATION

[TN: Verbatim translation of 2 jail calls provided by SA Hurt.]

File Number:
Task ID:
Participants:
TC          TANG Changan
GL          GUAN Lei

Abbreviations:
[ ] Exegesis
[TN:] Translator's Notes
[PH] Phonetic
[UI] Unintelligible (heard but garbled)
[IA] Inaudible
[SC] Simultaneous conversation
[OV] Overlapping voices
[RC] Recorded messages
[sic] Stated incorrectly in the original
[-] Stuttering
[--] Faltered Speech
[. . .] Intentional pause in speech
[IL] Illegible
*Italics*          English

Audio:          1 of 2
File Name:      79705112_Feb_18_2021_17_52_49_PM_2137983370
Duration:       10:25

[Recorded message stating the call is from GUAN, an inmate at federal prison]

GL:   Hi, teacher TANG.

TC:   Hi, GUAN Lei.

GL:   I want to ask you about the issues recently. I feel the government, at the court today, the judge is working with the government. I feel there is no way to win this case.

TC:   What good does it do you to say such words to me, YANG, oh GUAN?

GL:   I know. But, therefore I say, the government made an offer that if I plead guilty to any of the charges, I could go home right away.

TC:   YANG can go back now. Did you know?

1

File Number: 
Task ID: 

| | |
|---|---|
| GL: | She is... it seems she can go back after I sign the consent tomorrow. |
| TC: | Mn. |
| GL: | Oh, right. The government said I can go home if I plead guilty to whatever charges. |
| TC: | [OV] When did they say that to you? |
| GL: | Uh? |
| TC: | When did they say that to you? |
| GL: | It has been about one or two weeks. The attorney ... last week maybe, last week. Last week he told my attorneys. Said that to my two attorneys. |
| TC: | Who proposed this? Was it the judge or the prosecutor who proposed this? |
| GL: | The government. The government. It was the U.S. government. The government attorney told my attorneys that if I admit to any crime, I could go home right away, but this is to smear China. Actually I don't care about those accusations myself. [OV] [IA] |
| TC: | So what does the judge have anything to do with this for judging the case? Who did he propose this to? |
| GL: | He told my attorneys. He told my attorneys that as long as I admit one, admit to any charge, I could go home right away. |
| TC: | Was it via the official channel? [OV] |
| GL: | [OV] The case will thus be closed. Uh? |
| TC: | Was it via the official channel? |
| GL: | It is the official channel. It is an agreement. There will be an agreement. In the agreement it says [I] randomly admit to any of the crimes. And then he promises not to add other charges, and will remove the other two. The case will end at this point, and I can thus go home right away. |
| [Pause] | |
| GL: | But for me personally I don't care; but I am afraid it imposes a bad image to the country in the future, you know? |
| [Pause] | |

2

File Number:
Task ID:

| | |
|---|---|
| GL: | Teacher TANG? |
| TC: | For this situation I cannot give you specific suggestions to you over the phone. You know what you should do. |
| GL: | But I myself personally... I feel the judge and the government are like the same family. It is very difficult to... |
| TC: | Isn't it progressing slowly now? Don't be impatient. |
| GL: | I really... teacher TANG, I have a feeling that my life is ending, to be honest, really. I am not lying to you. |
| TC: | I know you have the pressure. It is not easy on you, but for this case now we have to endure it. There is no way [to solve it]. |
| GL: | But the government's offer I feel I can consider it because I personally do not care about the random ... I am just worried this may impose a bad image to China. The just want to smear China deliberately. Just want to force a Chinese person to plead guilty to smear China. |
| TC: | What is your attorneys' suggestion? |
| GL: | My attorneys of course want to see what I and my family want. Teacher TANG, it has been a long time since I saw you. How about visiting me? Pay a visit? |
| TC: | Visiting and calling are of the same effect. |
| GL: | I know they are of the same effect, but still I want a visit which feels somewhat... it has been a long time since I've seen a person from our own country. |
| TC: | I will report it. |
| GL: | Yes, yes, yes. I want to tell you that I personally really don't care, but I feel they are smearing our country on purpose. They have really put a lot of pressure on me by doing this. Now they are torturing me at their will. This period of time ... |
| TC: | I feel you still should solve your mentality problems. You need to be calm. I know you have pressure. It is not easy on you. |
| GL: | I am under great pressure, you know. |
| TC: | I know, but GUAN I have to emphasize it to you that this thing cannot be rushed. |
| GL: | Oh. |

3

File Number: ▉
Task ID: ▉

| | |
|---|---|
| TC: | To obtain the best result, you should solve the problem on your side through the attorneys' regular channels to fight for your own rights. |
| GL: | Oh. What the key [point] is, teacher TANG ... |
| TC: | Do not fall in their trap when you are being careless. If you are not calm, things will be ruined. |
| GL: | Oh. I know this, but they... the attorneys and I asked them. This should be real, [will] be stipulated in the agreement. If they they deny the agreement, then what I have admitted... are all in this agreement. This agreement will become invalid. |
| TC: | I have already told you what I should say, GUAN. You are the person who is in control of whether you should plead guilty or not, but the limit of this situation is under your control. [OV] Some words on what you should do and what you should not do are not what I can tell you on the phone. |
| GL: | [OV] I know, right, right. |
| TC: | But you need to control the limit yourself. |
| GL: | I know, I know, I know. The key is, I heard from the attorneys say, there is pressure from Washington on the government attorney... |
| TC: | You do not need to call me to tell me this over and over, GUAN. Actually I know it is not easy on you, but, sometimes it is not convenient for us to talk this way. |
| GL: | Oh, right, right, therefore ... can you visit me? |
| TC: | Visiting is the same thing. |
| GL: | Oh, it is still better to visit. It has been a long time since the last visit... [OV] Can you report it? |
| TC: | [OV] You…I will report it. No problem, but whether I can visit or not is not decided by me, OK? |
| GL: | OK, OK, OK. I just want to tell this to you. I am really ... |
| TC: | OK, I see. OK. |
| GL: | I still have a concern, teacher TANG. |
| TC: | Uh? |

4