

# United States Department of Justice

## United States Attorney's Office
## Central District of California

*William M. Rollins*



*George E. Pence*

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

April 6, 2021

**VIA E-MAIL**

Bin Li
Law Offices of Bin Li and Associates

Harland Braun
Braun & Braun LLP

Re: United States v. Guan Lei,
    CR 20-127-MWF

Dear Counsel:

The government hereby supplements and revises its previous notices, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), that the government intends to use the testimony of the following witnesses under Federal Rules of Evidence 404(b), 602, 702, 703, and/or 705.

**The People's Republic of China's ("PRC") National University of Defense Technology ("NUDT"), the PRC's Military-Civil Fusion Strategy, and the CCP**

In addition to the summaries of Dr. Glenn Tiffert's expected testimony previously provided in letters and interview reports in discovery in this case, the government expects that Dr. Tiffert's testimony may include additional matters disclosed in the attached interview reports. The bases for Dr. Tiffert's conclusions include his training and experience (as detailed in our prior disclosure letters), as well as the sourcing materials he recently provided to us (but which are too large to attach via email), available at GUAN_00037944 to GUAN_00038652.

RE:  <u>United States v. Guan Lei</u>, CR 20-127-MWF
April 6, 2021
Page 2

**Machine Learning and Artificial Intelligence ("AI")**

In addition to the summaries of Lieutenant Colonel Isaac Faber's anticipated testimony previously provided in letters and interview reports in discovery in this case, the government expects that his testimony may include matters disclosed in the attached interview report.  The bases for Lieutenant Colonel Faber's conclusions include his training and experience (as detailed in our prior disclosure letters), as well as the sourcing materials he recently provided to us and that are attached to the FBI interview report.

**CSC Codes and PLA or "Cadre" Designations**

In addition to the summaries of Alex Joske's anticipated testimony previously provided in letters and interview reports in discovery in this case, the government expects that his testimony may include the opinions in the attached interview report (date of entry April 2, 2021) and described below to the government on April 6, 2021:

- Mr. Joske explained his research on the Chinese Scholarship Council's (CSC) scholarship-recipient code that includes the "317" sequence.  Joske selected 30-40 CSC students identified with that sequence between 2017 and 2018.  He selected individuals with uncommon names to lessen the chances of mistakenly attributing identifying information found online to a different person with the same name.  Through his analysis, Joske found that scholarship recipients with the 317 sequence in their CSC code studied at People's Liberation Army (PLA) institutions, to include military medical universities and NUDT.  Joske concluded that the 317 sequence identified an individual as either a PLA member or associated with a PLA university.  Joske provided the bases for his analysis, source materials, and notes related to his analysis via email, attached to this disclosure letter.

- Based on his analysis to date, Joske concluded that no less than about half of the individuals with the 317 sequence in their CSC code are in the PLA.  The information upon which he relied to ascertain PLA membership included membership in the National Defense Students (NDS) program, which is like ROTC programs in the United States.  Additionally, Joske found photographs showing some of the individuals he was researching in military uniform.  And some of persons he researched were admitted to NUDT before NUDT began to admit civilians.  Moreover, Joske concluded that if an individual went to Lanzhou University, for example, and was in the PLA, it would be highly likely that individual would have been in the NDS.  Students who enrolled in the NDS as undergraduates could then go directly to graduate school as officer cadets.

- For students with the 317 sequence in their CSC code, Joske concluded there was a 50% likelihood that person was, a member of the PLA.  He clarified that does not mean that the remaining 50% are necessarily civilian.  Instead, for the remaining 50% of CSC award recipients he researched, Joske simply had, to date, uncovered insufficient information to determine whether those persons were PLA or civilian.

- In all his analysis to date, Joske has not definitively identified a single individual who whose CSC Code includes the 317 sequence that is a civilian. Of those students with the

RE:  United States v. Guan Lei, CR 20-127-MWF
April 6, 2021
Page 3

      317 sequence in their CSC code from NUDT who were studying abroad, he assesses, based on his research to date, that between 60-70% of them are members of the PLA, when taking into account the number of civilians that NUDT has admitted as students.

- Joske was asked about the phrase "non-military ranking" in the key referencing advisors from the 2019-2020 NUDT admissions/course catalogue seized on Guan's laptop.  Joske explained that his assumption was that this phrase was meant to delineate between members of the PLA civilian cadre and civilians. Joske added that the PLA civilian cadre do have a ranking system that is different from that used by the PLA, but it is unclear from the NUDT document what that ranking system is.

The bases for Mr. Joske's conclusions include his training and experience (as detailed in our prior disclosure letters), the attached CV, and the analysis described above.

**Supplementation of This Notice**

The government reserves the right to revise and supplement this notice, and to give advance notice of additional expert witnesses whom it intends to call at trial.

**Request for Reciprocal Discovery**

With this letter, the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact me immediately if you believe that this notice is insufficient.

Very truly yours,

/s/ William M. Rollins

William M. Rollins
Assistant United States Attorney
National Security Division

Enclosures:  Expert Witness Interview Reports, Sourcing Materials, and Joske CV