```
HARLAND BRAUN SBN 41842
Braun & Braun LLP
10250 Constellation Blvd., Suite 1020
Los Angeles, California 90067
Tel: (310) 277-4777
Fax: (310) 507-0232
email: harland@braunlaw.com

BIN LI, State Bar No. 223126
LAW OFFICES OF BIN LI, PLC
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 861-6880
Facsimile: (909) 861-8820
email: bli@libinlaw.com

Attorneys for Defendant
GUAN LEI
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-127-MWF |
| Plaintiff, | DEFENDANT GUAN LEI'S EX PARTE APPLICATION TO AMEND THE COURT ORDER DATED APRIL 26, 2021 RE BAIL OF DEFENDANT LEI GUAN |
| v. | |
| GUAN LEI, | |
| Defendant. | |

Defendant Guan Lei, by and through his attorneys of record, Bin Li, and Harland Braun, applies ex parte for an order to amend the court order dated April 26, 2021 regarding the bail of Defendant Lei Guan.

The ex parte motion is based upon the declaration of Defendant's Counsel Bin Li.

```
                              Respectfully submitted,

Dated:  May 2, 2021

                              LAW OFFICES OF BIN LI, PLC

                              /s/ Bin Li
                              Bin Li, Esq.
                              Attorney for Defendant
                              Guan Lei
```

DECLARATION OF BIN LI, ESQ.

I, Bin Li, Counsel for the Defendant, Lei Guan, declare as follows:

1. On March 29, 2021, on behalf of Defendant Lei Guan, Harland Braun and I filed the motion for reconsideration the denial of release and imposing detention under 18 U.S.C. 3142€. In the motion, I offered to pledge my property at 2882 Apricot Ln, Pomona, CA 91776 ("Pomona Property") as surety for about $500,000.00 as bail bond for Guan's release.

2. On April 1, 2021, the Government filed its objection.

3. ON April 7, 2021, we filed reply.

4. On April 22, 2021, the court heard the oral arguments from both side of the case.

5. On April 26, 2021, the judge issued an order granting Defense' motion to release Guan on certain conditions including my pledging the Pomona Property as surety. A true and correct copy of the court order is attached herein as Exhibit "A".

6. As I advised the parties at the April 22, 2021 hearing, due to the fact that my child was accepted in a school on the westside of LA, and will no longer attending the Foothill Country Day School in the fall, my wife and I had to sell the Pomona Property in order to use the sales proceed to pay for a deposit for a house near her new school for the fall semester.

7. As a result of the change, I would request the court to change the order to replace the Pomona Property with the Counsel Bin Li's primary resident property at 3009 Payne Ranch Rd, Chino Hills, CA 91765 ("Chino Hills Property"). In terms of equity, this Chino Hill Property has more than Pomona Property ($800k to $1 million equity).

8. I have met and conferred with AUSA George Pence, who has confirmed that the government has no objection to the substitution of the Chino Hills property being offered as surety, and no objection to the restrictions on defendant's travel based on the location of the Chino Hills property, subject to the government's review and approval of other necessary surety documentation, including an Affidavit of Surety.

9. As a result, Defendant Lei Guan requests the court to replace the condition #1 and #5 in the April 26, 2021 order replacing the Pomona Property with the Chino Hill Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 2, 2021.

Dated: May 2, 2021

                        LAW OFFICES OF BIN LI, PLC

                        /s/ Bin Li
                        Bin Li, Esq.
                        Attorney for Defendant
                        Guan Lei