# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF, | **8:20-cr-00127-MWF** |
| v. | |
| LEI GUAN | **AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on _____April 26, 2021_____ to take third-party custody of
Defendant LEI GUAN                I, Bin Li _____
agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness'
appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness
violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my
obligations under this agreement I may be held in contempt of court.


_____
Signature of Third-Party Custodian (Person or Organization)

**Third-Party Custodian**
Relationship to Defendant/Material Witness


_____
Address (only if the above is an organization)

**Los Angeles, CA**
City and State only

**(909) 861-6880**

Date: _____May 02, 2021_____          Telephone Number