# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACR 20-127 MWF |
| v. | |
| LEI, GUAN | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/10/2021 | 196 | Notice of Withdrawal of Counsel |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

    The Court ordered counsel to file a Notice of Withdrawal of Counsel (see Order, Docket No. 190). The Clerk of Court shall terminate Bin Li as attorney for Defendant.

Clerk, U.S. District Court

Dated: May 11, 2021          By: Rita Sanchez/sjm
                                            Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge