# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thompson
Acting Chief Probation & Pretrial Services Officer

*FILED 2021 MAY -7 AM 10:54 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF. LOS ANGELES BY:*

Date: May 7, 2021
Re: Release Order Authorization
Docket Number: 8:20CR-00127-MWF
Defendant: Lei Guan

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Fernando Basulto
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-8850