UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.     **SACR 20-127-MWF**                                                        Dated: June 7, 2021
================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  Rita Sanchez  |  Amy Diaz  |  William Rollins  |
|---|---|---|
|  Courtroom Deputy  |  Court Reporter  |  George Pence  |
|   |   |  Asst. U.S. Attorney  |

Sunny Johnston
Mandarin Interpreter

================================================================

U.S.A. v. Guan Lei                                                              Attorneys for Defendants

1.   Guan Lei                                                                  1.   Harland W. Braun
     Present - Bond                                                                   Present - Retained

---

**PROCEEDINGS:**        **VTC - GOVERNMENT'S SECOND RENEWED AND SUPPLEMENTAL MOTION TO COMPEL RECIPROCAL DISCOVERY [195]; STATUS CONFERENCE**

Case called and counsel make their appearances. The defendant is also present. The hearing is held.

For reasons stated on the record, yhe Court ADOPTS the government's proposed pretrial schedule with the understanding that as to the experts, the government is ORDERED to disclose to the defense, in writing, prior to June 21, 2021, the experts that it in good faith intends to call at trial. In response to the government's disclosures, the defense is ORDERED to disclose to the government, in writing, on or before June 21, 2021, its reciprocal expert discovery. Any motions to compel further compliance with the expert disclosure requirement shall be filed no later than June 28, 2021.

IT IS SO ORDERED.