TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
GEORGE E. PENCE (Cal Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7407/2253
     Facsimile: (213) 894-2927
     E-mail:    william.rollins@usdoj.gov
                george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-127(B)-MWF |
|---|---|
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| GUAN LEI, | |
| Defendant. | |

Having considered the United States of America's Ex Parte Application for Scheduling Order, which is incorporated herein, and for GOOD CAUSE shown, the Court ORDERS the following pre-trial schedule in this case:

| Event | Date |
|---|---|
| Motions to Suppress, Motions to Dismiss, and Motions Raising Constitutional Challenges to Statutes Due; Defendant's Notice of Defense(s) Due (including Fed. R. Crim. P. Rules 12.1, 12.2, 12.3, entrapment); Government's Motion in Limine for Pre-Trial Ruling on the Foundational Admissibility of NUDT Document Due | 6/14/2021 |

| Event | Date |
|---|---|
| Reciprocal Disclosures of Expert Witness Notices and Scientific/Medical Reports Due | 6/21/2021 |
| Motions to Compel Compliance with Reciprocal Disclosure Requirements Due | 6/28/2021 |
| Oppositions to Motions to Suppress, Motions to Dismiss, Motions Raising Constitutional Challenges, and Motion in Limine for Pre-Trial Ruling on the Foundational Admissibility of NUDT Document Due | 6/28/2021 |
| Oppositions to Motions to Compel Compliance with Reciprocal Disclosure Requirements Due | 7/5/2021 |
| Optional Replies to Motions to Compel Compliance with Reciprocal Disclosure Requirements Due | 7/12/2021 |
| Optional Replies to Motions to Suppress, Motions to Dismiss, Motions Raising Constitutional Challenges, and Motion in Limine for Pre-Trial Ruling on the Foundational Admissibility of NUDT Document Due | 7/12/2021 |
| **Hearing on Motions to Suppress, Motions to Dismiss, and Motions Raising Constitutional Challenges, and Motion in Limine for Pre-Trial Ruling on the Foundational Admissibility of NUDT Document** | 7/19/2021 |
| **Hearing on Motions to Compel Compliance with Reciprocal Disclosure Requirements** | 7/19/2021 |
| All other Motions in Limine Due | 8/2/2021 |
| Deadline for Government to Serve Proposed Jury Instructions, Verdict Form, Statement of the Facts and Charges, and Time Estimate for Government's Examination of Witnesses on Defense | 8/2/2021 |
| Deadline for Defendant to Serve Objections to Government's Proposed Jury Instructions, Verdict Form, Statement of the Facts and Charges; to Provide Time Estimates for Cross-Examination of Government Witnesses; and to Serve Defendant's Additional Proposed Jury Instructions | 8/9/2021 |
| Oppositions to Motions in Limine Due | 8/9/2021 |
| Optional Replies in Support of Motions in Limine Due | 8/16/2021 |
| Deadline to File Joint and Disputed Jury Instructions, Verdict Form, and Statement of the Facts and Charges | 8/16/2021 |

| Event | Date |
|---|---|
| Proposed Voir Dire Questions Due from Both Parties | 8/16/2021 |
| **Final Status Conference; Hearing on Motions in Limine and Jury Instructions** | 8/23/2021 at 3:00pm |
| Government's Trial Brief Due | 8/24/2021 |
| Trial | 8/31/2021 at 8:30am |

IT IS SO ORDERED.

June 7, 2021
DATE

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
GEORGE E. PENCE
Assistant United States Attorney