TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
GEORGE E. PENCE (Cal Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7407/2253
     Facsimile: (213) 894-2927
     E-mail:    william.rollins@usdoj.gov
                george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-127(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS; PROPOSED ORDER |
| v. | |
| GUAN LEI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys George E. Pence and William M. Rollins, hereby moves to dismiss the Second Superseding Indictment in this case.

///

This motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 23, 2021            Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney

                                CHRISTOPHER D. GRIGG
                                Assistant United States Attorney
                                Chief, National Security Division


                                     /s/
                                _____
                                GEORGE E. PENCE
                                WILLIAM M. ROLLINS
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby moves to dismiss the Second Superseding Indictment (CR 105).  Should the Court grant the motion, the United States further requests that all hearings and deadlines in this case be vacated (CR 208), that defendant's bond be exonerated, and that his terms and conditions of pre-trial release be terminated.

Dated: July 23, 2021            Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

          /s/
GEORGE E. PENCE
WILLIAM M. ROLLINS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA