TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
GEORGE E. PENCE (Cal Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7407/2253
     Facsimile: (213) 894-2927
     E-mail:   william.rollins@usdoj.gov
               george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-127(B)-MWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GUAN LEI, | |
| Defendant. | |

On the government's motion, the Second Superseding Indictment is hereby dismissed. All further hearings and deadlines are vacated,

///

///

///

defendant's bond is exonerated, his passports shall be returned to him, and the terms and conditions of defendant's pretrial release are terminated.

IT IS SO ORDERED.

July 26, 2021
DATE

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

cc: Pretrial Services

Presented by:

     /s/
GEORGE E. PENCE
WILLIAM M. ROLLINS
Assistant United States Attorneys