TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253
     Facsimile: (213) 894-2927
     E-mail:    george.pence@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that **George Emel Pence IV** is departing the United States Attorney's Office, and all the cases in **Attachment A** should have the contact

//

information replaced with the generic USAO email used for docketing.

Dated: December 9, 2021          Respectfully submitted,

                                 TRACY L. WILKISON
                                 United States Attorney

                                 CHRISTOPHER D. GRIGG
                                 Assistant United States Attorney
                                 Chief, National Security Division

                                  /s/
                                 _____
                                 GEORGE E. PENCE
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

# ATTACHMENT A

1  2:08-cr-00820
   2:13-cr-00157
2  2:15-cr-00194
   2:15-cr-00534
3  2:15-cr-00559
   2:16-cr-00067
4  2:16-cr-00133
   2:16-cr-00225
5  2:16-cr-00260
   2:16-cr-00352
6  2:16-cr-00394
   2:16-cr-00256
7  2:16-cr-00614
   2:16-cr-00721
8  2:16-cv-04397
   2:17-cr-00111
9  2:17-cr-00193
   2:17-cr-00301
10 2:17-cr-00369
   2:18-cr-00733
11 2:19-cr-00014
   2:19-cr-00015
12 2:19-cr-00017
   2:94-cr-00623
13 5:17-cr-00078
   8:20-cr-00127
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28